6 September 1995

Memorandum

From: LtCol J.W. Ferrari
To: Record

Subj: TELEPHONE CALL WITH [redacted] USMC (Ret)

1. [redacted] was contacted through relatives in the State of Alabama, where he currently resides, on 6 September 1995. The following is an approximate summation of the relevant portions of that conversation.

I identified myself and informed him that I was conducting a preliminary inquiry into allegations of mis-conduct by LtCol Schwanda. He responded, somewhat humorously, that he was surprised they were not investigating him.

I informed him that the inquiry was generated by the circumstances surrounding the C-117D -- C-118B exchange he had arranged in 1991 prior to his retirement. He responded that he was very familiar with that transaction.

I went over the facts of the trade as related to me by LtCol Schwanda. He is in concurrence with those facts.

I asked him if he had entered into an undocumented agreement with the Lan-Dale Company to trade the C-117D BuNo# 50834 back to the Marine Corps for $430,000 in trade stock. He concurred with the undocumented agreement but not with the $430,000 in trade stock. He said that although he was confident that he would have struck a deal that was mutually agreeable to both the MCAGM and the Lan-Dale Company, he didn't think it would have been for quite that much trade stock, implying that he probably would have been successful in bargaining [redacted] down from the $430,000 figure.

[redacted]

I asked him how he arrived at the $500,000 valuation for the VC-118B. He replied that when he first saw the aircraft and the condition it was in, the number that stuck in his mind was $700,000, which was his own personal estimation. When [redacted] mentioned that he would be willing to assign a valuation of $500,000 he thought it was a great deal and jumped at it. He related it is very difficult to assign accurate valuations to one-of-a-kind aircraft when you have nothing to compare it to, and, therefore, did not do a comparative survey of DC-6/C-188B market.

The rest of the conversation was small talk though he did speak of LtCol Schwanda and [redacted] in laudatory terms.

J.W. Ferrari
J.W. Ferrari

Encl #16