# DEPARTMENT OF THE AIR FORCE

HEADQUARTERS, AEROSPACE MAINTENANCE AND REGENERATION CENTER (AFMC)
DAVIS-MONTHAN AIR FORCE BASE, ARIZONA

5 June 2000

MEMORANDUM FOR DIRECTOR, NAVICP Det FSO

FROM: AMARC/FMW
4855 S. Wickenburg Ave
Davis-Monthan AFB AZ 85707-4334

SUBJECT: Cost Estimate – T-39 - Tow to Gate (***Revised***)

1. Our rough order of magnitude (ROM) estimate to prep and tow 5 each T-39 aircraft to Landale Air as per FSO ltr 19 Nov 99, SER 357 and revised to reflect actual cost customer and Demil requirements is $5,735.00 for aircraft 150548 and $10,884 per aircraft for the remaining 4 aircraft.

2. Breakdown by process to perform the work equates to 65.0 hours for aircraft 150548. Hours that would be worked are listed below:

| RCC | SHOP | HOURS |
|---|---|---|
| LAR | RECLAMATION | 20.3 |
| LASG | EGRESS | 2.0 |
| LASAR | RADIO | 22.0 |
| LAIR | RECEIVING | 4.0 |
| LAET | TRANSPORATION | 14.0 |
| LASN | PNEUDRAULIC | 2.0 |
| LARIS | SMALL PARTS | 0.5 |

3. Breakdown by process to perform the work equates to 129.0 hours per aircraft for aircraft numbers 151336,150543,150547 & 150969. Hours that would be worked are listed below:

| RCC | SHOP | HOURS |
|---|---|---|
| LAR | RECLAMATION | 37.3 |
| LASG | EGRESS | 2.0 |
| LASAR | RADIO | 69.0 |
| LAIR | RECEIVING | 4.0 |
| LAET | TRANSPORATION | 14.0 |
| LASN | PNEUDRAULIC | 2.0 |
| LARIS | SMALL PARTS | 0.5 |

4. If you have any further questions, please contact Mr. Gary Criss, FMW, ext. 228-8200.

WILLIAM H. POPE
Acting Chief, Workload Division

ITEMS ON AIRCRAFT TO BE DEMIL

T-39 62-150548

SECTION - A – FORWARD FUSELAGE

1. VOL-FIG-INDEX: 6-8-10
NSN 5821-00-613-2241
Item Name: RECEIVER,TRANSMITTER
Part Number: RT332ARC52 or 118777 or 522-0952-005
DML: C

2. VOL-FIG-INDEX: 6-8-12
NSN 5821-00-592-5059
Item Name: RELAY ASSY UHF
Part Number RE219ARR40 OR 284D200 OR 808848G1
DML: D

3. VOL-FIG-INDEX: 6-8-17
NSN 5895-00-729-1250
Item Name: AMPLIFIER,ELECTRONIC CONTROL
Part Number AM1777ARA25A
DML: C

SECTION - B – PILOT'S COMPARTMENT

4. VOL-FIG-INDEX: 6-13A-24
NSN 5840-00-950-9135
Item Name: CONTROL UNIT
Part Number C-6280A(P)/APX
DML: D

5. VOL-FIG-INDEX: 6-10-1
NSN 5820-00-511-9051
Item Name: CONTROL,RADIO SET TRANSFER
Part Number C2010ARN52
DML: D

6. VOL-FIG-INDEX: 6-11-5
NSN 5826-00-505-1675
Item Name: CONTROL,RECEIVER
Part Number C-996/A
DML: D

7. VOL-FIG-INDEX: 5-12-3
NSN 6610-00-165-5827
Item Name: INDICATOR,SPECIAL
Part Number MS17401-1 or 112940
DML: D

8. VOL-FIG-INDEX: 6-9-13
NSN 5821-00-611-8107
Item Name: CONTROL
Part Number C1607ARC52 or 118548 or 522-0274-004
DML: D

SECTION - C – COAT COMPARTMENT

9 . VOL-FIG-INDE[illegible]-11-15
NSN: 5826-00-223-4872
Item Name: RECEIVER,RADIO
Part Number R-540/ARN-14 or R-540/ARN-14C OR R541/ARN14D
DML: C

10. VOL-FIG-INDEX: 6-11-19
NSN 5826-00-519-7559
Item Name: INDICATOR,COURSE
Part Number ID-251/ARN OR 7301-1C3B1
DML: D

11. VOL-FIG-INDEX: 6-12-6
NSN 5841-00-845-4271
Item Name: SWITCHING UNIT,RADI
Part Number SA791AAPN141V OR 1267 OR 1267-2900
DML: D

12. VOL-FIG-INDEX: 6-12-5
NSN 5841-00-723-9473
Item Name: RECEIVER-TRANSMITTER,RADAR
Part Number RT601AAPN141V
DML: D

SECTION - D – NAVIGATOR COMPARTMENT

13. VOL-FIG-INDEX: 5-10-5 [THREE EACH]
NSN 6610-00-804-6312
Item Name: INDICATOR,VERTICAL VELOCITY
Part Number AAU-9/A OR MIL-127196
DML: D

SECTION - R – EXTERIOR FUSELAGE

14. VOL-FIG-INDEX: 6-10-5, 9, 24F & 6-13A-16, 19 & 6-13-7, 23
NSN 5985-00-106-0906 four each
Item Name: ANTENNA
1:TOP FUSELAGE STATION 40
2: TOP FUSELAGE STATION 143
3: BOTTOM FUSELAGE STATION 150
4: BOTTOM FUSELAGE STATION 365
Part Number AT-741B/A or AT741A
DML: D

15. VOL-FIG-INDEX: 6-4-7
NSN 5985-00-538-0741 two each
Item Name: ANTENNA
Part Number AT536ARN
DML: D

16. VOL-FIG-INDEX: 6-9-26 & 34
NSN 5985-00-757-0550
Item Name: ANTENNA
Part Number D-1347
DML: D

B-6

THE FOLLOWING ITEMS FOR DEMILITARIZATION ARE FROM A PERSONNAL INVENTORY OF THE AIRCRAFT AND THE AIRCRAFT INVENTORY RECORD AND NAVAIR 01-60GBA-4-SERIES, ILLUSTRATED PARTS BREAKDOWN MANUALS FOR NAVY MODEL T-39D AIRCRAFT. [dated: 1 February 1965, with Change 22, dated 15 October 1984,] [As of Monday, June 05, 2000]

SECTION "A": FORWARD FUSELAGE

1. NSN 5821-00-601-0481
Item Name: RECEIVER ASSY,RADIO
Part Number: R550ARR40 or 808833G1
DML: D

CODE EXPLANATION
D MLI-Demilitarize by mutilation (total destruction of item and components) by melting, cutting, tearing, scratching, crushing, breaking, punching, neutralizing, etc. (As an alternate, burial and deep-water dumping may be used when authorized by the DoD Demilitarization officer.)

2. NSN 5821-00-613-2241
Item Name: RECEIVER,TRANSMITTE
Part Number: RT332ARC52 or 118777 or 522-0952-005
DML: C

CODE EXPLANATION
C MLI-Remove and/or demilitarize installed key point(s) as prescribed in Defense Demilitarization Manual (DoD 4160.21-M-1), or lethal parts, components, and accessories.

3. NSN 5821-00-592-5059
Item Name: RELAY ASSY
Part Number: RE219ARR40 or 284D200 or 808848G1
DML: D

4. NSN 5895-00-729-1250
Item Name: AMPLIFIER,ELECTRONIC CONTROL
Part Number AM1777ARA25A
DML: C

5. NSN 5895-00-089-7179
Item Name: RECEIVER-TRANSMITTER,RADIO
Part Number: RT859APX72
DML: D

6. NSN 5841-00-470-5164
Item Name: ANTENNA-RECEIVER
Part Number AS2272APQ126
DML: D

7. for NSN 5841-00-470-5196
Item Name: TRANSMITTER,RADAR
Part Number T1091APQ126V
DML: D

B-7

8. NSN 6130-00-168-7712
Item Name: POWER SUPPLY
Part Number PP6130APQ126V
DML: D

9. NSN 5841-00-001-7109
Item Name: COMPUTER,COMMAND
Part Number CP954APQ126V
DML: D.

SECTION "B" : PILOT'S COMPARTMENT

10. for NSN 6610-00-855-9349
Item Name: INDICATOR,ATTITUDE
Part Number : MM-3A or ARU-13/A or MIL-I-27710
DML: D

11. NSN 5840-00-950-9135
Item Name: CONTROL UNIT
Part Number C-6280A(P)/APX
DML: D

12. NSN 5826-00-813-3020
Item Name: INDICATOR,BEARING-HEADING
Part Number 9813-07
DML: D

13. NSN 5895-00-804-7640
Item Name: INDICATOR,AZIMUTH-RANGE
Part Number: IP626AAPQ94
DML: G

| CODE | EXPLANATION |
|---|---|
| G | MLI Demilitarization Required-AEDA. Demilitarization, and, if required, declassification and/or removal of sensitive marking or information, will be accomplished prior to physical transfer to a DRMO. This code will be used for all AEDA items including those which also require declassification and/or removal of sensitive markings or information.. |

14. for NSN 5821-00-611-8107
Item Name: CONTROL UHF
Part Number C1607ARC52
DML: D

15. NSN 5820-00-511-9051
Item Name: CONTROL,RADIO SET TRANSFER TACAN
Part Number C2010ARN52
DML: D

7-B-8

16. NSN 5826-00-505-1675
Item Name: CONTROL,RECEIVER VOR
Part Number C-996/A
DML: D

17. NSN 5826-00-813-3020
Item Name: INDICATOR,BEARING-HEADING
Part Number 9813-07
DML: D

18. NSN 6610-00-933-5951
Item Name: INDICATOR,ATTITUDE
Part Number MS17400-1 OR 102300
DML: D

19. NSN 6610-00-968-6602
Item Name: INDICATOR,INDICATED AIR SPEED
Part Number A3675210001
DML: D

20. NSN 5841-00-845-5264
Item Name: INDICATOR,HEIGHT
Part Number ID881APN141
DML: D

21. NSN 6610-00-804-6312
Item Name: INDICATOR,VERTICAL VELOCITY [TWO EACH]
Part Number AAU-9/A
DML: D

22. NSN 6610-00-939-5237
Item Name: INDICATOR,ATTITUDE
Part Number ARU2BA
DML: D

23. NSN 6605-01-223-2399
Item Name: INDICATOR,HORIZONTAL SITUATION
Part Number AQU-2/A
DML: D

24. NSN 5821-00-596-9796
Item Name: CONTROL,RADIO SET
Part Number C1457ARR40
DML: C

25. NSN 5841-00-110-5377
Item Name: INDICATOR,DISPLAY
Part Number IP940APQ126V
DML: D

26. NSN 5841-00-110-5370 THREE EACH
Item Name: CONTROL,RADAR SET
Part Number C8251APQ126V
DML: D

8-89

27. NSN 5841 00 148 5998.
Item Name: CONTROL,RADAR SET
Part Number C9443APQ126VT1
DML: D

28. NSN 5841 00 148 5997 THREE EACH
Item Name: CONTROL,CURSOR
Part Number C9444APQ126VT1
DML: D

SECTION "C": BAGGAGE COMPARTMENT

29. NSN 5841 00 109 6060
Item Name: ISOLATOR,FAULT
Part Number MX8195APQ126
DML: D

30. NSN 6610-00-872-4303
Item Name: COMPUTER,FLIGHT DIRECTOR
Part Number MIL-C-27170
DML: D

31. NSN: 5841 001485999
Item Name: PROCESSOR,TRAIN
Part Number MX9468APQ126VT1
DML: D

32. NSN: 5841 001486001
Item Name: INTERCONNECTING
Part Number: J3209APQ126VT1
DML: D

33. NSN 5826-00-505-3097
Item Name: RECEIVER,RADIO
Part Number R666AARN32
DML: C

34. NSN 6615-00-803-8211
Item Name: GYROSCOPE,DISPLACEMENT
Part Number 522-1513-06
DML: D

35. NSN 6615-01-059-7909
Item Name: GYROSCOPE, RATE
Part Number TRU-2A/A
DML: D

36. NSN 5895-00-947-5234
Item Name: RECEIVER-TRANSMITTER SUBASSEMBLY
Part Number 265-710021-51
DML: D

37. NSN 6615-00-903-4414
Item Name: GYROSCOPE,DISPLACEMENT
Part Number MD1
DML: D

P-B-15

38. NSN 6615-00-768-5019
Item Name: GYROSCOPE,RATE
Part Number MC-1
DML: D

39. NSN 5826-00-910-4756
Item Name: RECEIVER-TRANSMITTER,TACAN
Part Number RT384ARN52V
DML: D

40. NSN 5841-00-723-9473
Item Name: RECEIVER-TRANSMITTER,RADAR
Part Number RT601AAPN141V
DML: D

41. NSN 5841-00-845-4271
Item Name: SWITCHING UNIT,RAD2
Part Number SA791APN141
DML: D

42. NSN 5826-00-505-0992
Item Name: RECEIVER,RADIO
Part Number R541ARN14D
DML: C

43. NSN 5996-00-806-8120
Item Name: AMPLIFIER ASSEMBLY
Part Number 522-1619-04
DML: D

44. NSN 5826-00-519-7559
Item Name: INDICATOR,COURSE
Part Number ID-251/ARN
DML: D

45. NSN 5841-00-927-4103
Item Name: COUPLER,LINEARIZER
Part Number CU1464APN141V
DML: D

46. NSN 5826-00-001-7116
Item Name: GENERATOR,SWEEP
Part Number SG811APQ126V
DML: D

SECTION "D" NAVIGATOR'S COMPARTMENT [STUDENTS]

47. NSN 5826-01-096-7531
Item Name: INDICATOR,BEARING-DISTANCE-HEADING
Part Number MIL-1-22075
DML: D

P-B-15

48. NSN 5841-00-110-4130 THREE EACH
Item Name: INDICATOR,HEIGHT
Part Number MIL-A-19679A
DML: D

50. NSN 5841-00-110-5377 THREE EACH
Item Name: INDICATOR,DISPLAY
Part Number IP940APQ126V
DML: G

51. NSN 5841-00-110-5370 TWO EACH
Item Name: CONTROL,RADAR SET
Part Number C8251APQ126V
DML: D

SECTION "R" EXTERIOR FUSELAGE

52. for NSN 5985-00-106-0906
Item Name: ANTENNA
<u>FOUR EACH</u>
1:TOP FUSELAGE STATION 40
2: TOP FUSELAGE STATION 143
3: BOTTOM FUSELAGE STATION 150
4: BOTTOM FUSELAGE STATION 365
Part Number AT-741B/A or AT741A
DML: D

53. NSN 5985-00-538-0741 two each
Item Name: ANTENNA
Part Number AT536ARN
DML: D

54. for NSN 5985-00-757-0550
Item Name: ANTENNA
Part Number D-1347
DML: D

55. NSN 5985-00-762-9925
Item Name: ANTENNA
Part Number AS578BARA25
DML: D

56. NIIN: UNKN [WING ROOT R.H. STATION 190]
ITEM NAME ANTENNA two each
Part Number AS-1233/APN-141A
DML: D

DE[illegible]RTMENT OF THE AIR FOR[illegible]

HEADQUARTERS, AEROSPACE MAINTENANCE AND REGENERATION CENTER (AFMC)
DAVIS-MONTHAN AIR FORCE BASE, ARIZONA

2 June 2000

MEMORANDUM FOR DIRECTOR, NAVICP Det FSO

FROM: AMARC/FMW
4855 S. Wickenburg Ave
Davis-Monthan AFB AZ 85707-4334

SUBJECT: Cost Estimate – T-39 Engines (***Revised***)

1. Our rough order of magnitude (ROM) estimate to prep and tow T-39 engines to a contractor gate as identified in FSO ltr 14 Dec 99, SER 366 and revised to reflect actual cost customer is $13,030.00

2. Breakdown by process to perform the work equates to 27.5 hours per engine. Hours that would be worked are listed below

| RCC | SHOP | HOURS |
|---|---|---|
| LAR | RECLAMATION | 13.0 |
| LAEM | MOTOR POOL | 6.0 |
| LASAR | RADIO SHOP | 2.0 |
| LARI | NDI | 1.0 |
| LAIS | STORAGE SERVICES | 5.0 |
| LGLPM | SHIPPING | 0.5 |

NOTE: Estimate is based on customer supplying engine transportation stand and providing waiver for HAZMAT fluids.

3. If you have any further questions, please contact Mr. Gary Criss, FMW, ext. 228-8200.

| | |
|---|---|
| Amount Paid | $13,030.00 |
| Refund | 9,138.97 |
| Cost | 3,891.03 |

RICHARD B FAGAN
Chief, Workload Division

HOURLY RATE:
27.5hrs per/engine X 5= 137.5hrs
137.5hrs @ $13,030.00 = $94.76per/hour

$3,891.03 divided by $94.76 per/hour = 41.06 hours.