
427







