**Swetman Herb Civ AMARC/FSO**

**om:** Starn GS11 Michael E [STARNME@NT QUANTICO USMC.MIL]
**ent:** Tuesday June 06, 2000 8 48 AM
**To:** 'herb.swetman@dm.af mil'
**Cc:** Sullivan LtCol Robert J. Smith-Christmas GS12 Kenneth; Yohn Mr James L; Watson Mr Gary E; 'dietrich john@hq navy mil'
**Subject:** Lan-Dale AC Removal

Starn GS09 Michael E vcf

Herb,

After talking with you this morning I called Mr Yohn to confirm my facts on the removal of the aircraft negotiated with Mr D'Alesandris. These are the facts of this case

1. This office was directed by the Secretary of the Navy and the Armed Forces Contract Settlement Board to negotiate with the Lan-Dale Company in order to close this eleven years litigation

2. Through the negotiation process it was decided that Mr D'Alesandris would receive, among other items, five T-39 engines and five T-39 aircraft located at Davis Monthan in an "as is where is" condition

3. After confirming with your office the availability of these aircraft and ngines it would cost $35,029 00 for removal

All of the conditions of the contract have been met with the exception of the removal of the engines and aircraft at Davis Monthan It is my understanding that Mr. D'Alesandris is coming out today with a partial payment to remove the engines and that removal of the aircraft will be at a future date. It must be reiterated at this time that the engines and aircraft where negotiated on an "as is where is" basis and that there is to no repeat NO parts removed from the engines or aircraft. Once Mr. D'Alesandris has paid the balance of the $35,029.00 the engines and aircraft are his to be picked up there is to be NO DEMIL on any of these items.

If there are any problems or if someone needs clarification I am in the office M-F 0630-1500 Eastern Time

Have a great MARINE CORPS day

Mike

Michael E Starn
Aviation Curator
History and Museums Division, Museums Branch
2014 Anderson Ave
Quantico, VA 22134-5002

(703)784-2606/7/8 DSN 278-2606/7/8
FAX (703)784-5856 DSN 278-5856
<<Starn GS09 Michael E.vcf>>