The Lan-Dale Co.
[illegible] TERMINAL WAY
RENO, NEVADA [illegible]
AREA CODE [illegible]

P-1of2

ARIZONA OFFICE
[illegible] E. AIRPORT DRIVE
TUCSON, ARIZONA [illegible]
[illegible]
PLEASE REPLY TO: TUCSON

June 21, 1991

Lt. Colonel W.A. BEEBE II USMC
Officer-in-Charge
Marine Corps Air-Ground Museum
Quantico, Va. 22134-5001

Dear LtCol Beebe:

The attached exchange proposal is within the parameters we discussed a few days ago.

The Lan-Dale CO. will assume all costs and furnish all required insurance for the Flight Delivery of the VC-118B Bu.#128427 from Tucson, Az. to MCAS Cherry Point, NC. and the Flight Delivery of the C-117D Bu.# 50834 from MCAS Quantico Va. to MCAS Cherry Point, North Carolina.

Based on the agreed value of $500,000.00 for the VC-118B Bu.#128427 the value of the C-117D Bu.#50834, after deducting the balance of the items listed in the attached Proposal, would amount to $430,000.00. The Lan-Dale Co. will retain ownership of the C-117D Bu.#50834, which will be in a loan Status at MCAS Cherry Point, North Carolina, until such time as a mutually agreed upon exchange is consummated.

Very Truly Yours

A.J. D'Alessandris Pres.

(EXHIBIT B-1)

The Lan-Dale Co.
1400 TERMINAL WAY
RENO, NEVADA 89502
AREA CODE 702/786-1400

P-2of2

ARIZONA OFFICE
3000 E. AIRPORT DRIVE
TUCSON, ARIZONA 85706
(602) 746-1130
PLEASE REPLY TO: TUCSON

June 21, 1991

LT. Colonel W.A. BEEBE II USMC
Officer-in-Charge
Marine Corps Air-Ground Museum
Quantico, VA. 22134-5001

Dear LtCol Beebe:

I propose the exchange of one VC-118B Bu.#128427 Flight delivered to MCAS Cherry Point, North Carolina for the following:

- 1- C-117D Bu.# 50834
- 1- Cessna 02 Bu.# 721300
- 2- 0470 Continental Engines & Propellers
- 1- BT-13
- 2- CJ5 Jeeps

Very Truly Yours

A.J. D'Alessandris Pres.

00072

(EXHIBIT B-2)