DEPARTMENT OF THE NAVY
OFFICE OF THE GENERAL COUNSEL
NAVY LITIGATION OFFICE
720 KENNON STREET SE RM 233
WASHINGTON NAVY YARD DC 20374-5013

VIA TELEFACSIMILE TRANSMISSION AND U.S. MAIL

8 August 2000

Thomas Hamilton, Esq.
LaFont, Tunnell, Formby, LaFont & Hamilton, L.L.P.
Attorneys and Counselors
P.O. Box 1510
Plainview TX 79073-1510

Re: ASBCA No. 50829
Appeal of Lan-Dale Company
Under Contract No. M00264-92-C-0010

Dear Mr. Hamilton:

Enclosed you will find several documents pertaining to the delivery of the aircraft to LanDale as discussed over the last several business days.

The first document is date 8 August 2000, entitled, "MEMORANDUM FOR DIRECTOR, NAVICP Det FSO." It contains the final cost estimate to tow the T-39 aircraft to the gates for delivery to LanDale. The costs are broken-down by plane.

The second document explains the payment instructions.

The third document is an express notice of export restrictions on these items called to you and your client's attention to ensure compliance with applicable laws.

The final series of documents contains DLA 1822 forms for each aircraft. LanDale must complete the forms completely, and Federal Express (to expedite the process) the signed originals to Mr. Michael Starn at:

Mr. Michael E. Starn
Aviation Curator
Marine Corps Air-Ground Museum
& Museum Branch Activities
2014 Anderson Avenue
Quantico, VA 22134-5002

Although Mr. D'Alissandris most likely is familiar with these forms, instructions are included.

I am available for discussing this matter. My number is (202) 685-6559, ext. 302.

Sincerely,

JOHN A. DIETRICH
Senior Trial Attorney

Enclosures (as stated)

# DEPARTMENT OF THE AIR FORCE

HEADQUARTERS, AEROSPACE MAINTENANCE AND REGENERATION CENTER (AFMC)
DAVIS-MONTHAN AIR FORCE BASE, ARIZONA

8 August 2000

MEMORANDUM FOR DIRECTOR, NAVICP Det FSO

FROM: AMARC/FMW
4855 S. Wickenburg Ave
Davis-Monthan AFB AZ 85707-4334

SUBJECT: Cost Estimate – T-39 - Tow to Gate (*3rd Revision*)

1. Our rough order of magnitude (ROM) estimate to prep and tow 5 each T-39 aircraft to Landale Air as per FSO ltr 19 Nov 99, SER 357 and revised to reflect actual cost customer and Demil requirements is $5,228.00 for aircraft 150548, $8,812.00 per aircraft for aircraft 151336 & 150547, and $7,868.00 per aircraft for aircraft 150969 & 150543.

2. Breakdown by process to perform the work equates to 58 8 hours for aircraft 150548. Hours that would be worked are listed below:

| RCC | SHOP | HOURS |
|---|---|---|
| LAR | RECLAMATION | 17.3 |
| LASG | EGRESS | 2.0 |
| LASAR | RADIO | 19.0 |
| LAIR | RECEIVING | 4.0 |
| LAET | TRANSPORATION | 14.0 |
| LASN | PNEUDRAULIC | 2.0 |
| LARIS | SMALL PARTS | 0.5 |

3 Breakdown by process to perform the work equates to 103.8 hours per aircraft for aircraft numbers 151336 & 150547. Hours that would be worked are listed below:

| RCC | SHOP | HOURS |
|---|---|---|
| LAR | RECLAMATION | 27.3 |
| LASG | EGRESS | 2.0 |
| LASAR | RADIO | 54.0 |
| LAIR | RECEIVING | 4.0 |
| LAET | TRANSPORATION | 14.0 |
| LASN | PNEUDRAULIC | 2.0 |
| LARIS | SMALL PARTS | 0.5 |

4. Breakdown by process to perform the work equates to 91.8 hours per aircraft for aircraft numbers 150969 & 150543. Hours that would be worked are listed below

| RCC | SHOP | HOURS |
|---|---|---|
| LAR | RECLAMATION | 25.3 |
| LASG | EGRESS | 2.0 |
| LASAR | RADIO | 44.0 |
| LAIR | RECEIVING | 4.0 |
| LAET | TRANSPORATION | 14.0 |
| LASN | PNEUDRAULIC | 2.0 |
| LARIS | SMALL PARTS | 0.5 |

5 If you have any further questions, please contact Mr. Gary Criss, FMW, ext. 228-8200.

RICHARD B. FAGAN
Chief, Workload Division

| | | | | |
|---|---|---|---|---|
| | 58.8hrs | | | |
| | 207.6hrs | | | |
| | 183.6hrs | | | |
| TOTAL | 450.0hrs | @ | $38,588.00 | equals $85.75 per/hour |

AUG-05-2000 09:05

# DEPARTMENT OF THE AIR FORCE

HEADQUARTERS, AEROSPACE MAINTENANCE AND REGENERATION CENTER
(AFMC)
DAVIS-MONTHAN AIR FORCE BASE, ARIZONA

Date: 3 August 2000

MEMORANDUM FOR ALL CIVILIAN CUSTOMERS

FROM: AMARC/FM
4850 S. Wickenburg Avenue
Davis-Monthan AFB, AZ 85707-4333

SUBJECT: Check Preparation Procedures

1. The following information is provided reference procedures for issuance of check (company or certified) for payment of AMARC services (to be provided prior to induction of work requirement):

**MAKE CHECK PAYABLE TO:**

Accounting and Finance Officer

**NOTE:** *These are to be the only words on the check. If the check is made out different than from what is stated above or if additional information is provided on the check, it will be returned as unacceptable. I can not accept checks made out to me personally.*

**MAIL CHECK TO:**

AMARC/FM
ATTN: Mrs. Jenny Henderson
4850 S. Wickenburg Ave., Bldg 7513
Davis-Monthan AFB, AZ 85707-4333

2. If you have any questions or concerns, please contact Mrs. Jenny Henderson at (520) 228-8340. Our fax number is (520) 228-8223.

*Debbie Ledbetter*
DEBBIE LEDBETTER
DPEM/MSD Program Manager

# RECIPIENT NOTIFICATION

The use, disposition, export and re-export of this property is subject to all applicable U.S. laws and regulations, including the Arms Export Control Act (PL 90-629), the Export Administration Act of 1979 (P.L. 96-72), continued under Executive Order 12924; International Traffic in Arms Regulations (22 CFR 120 et seq.); Export Administration Regulations (15 CFR 730 et seq.); Foreign Assets Control Regulations (31 CFR 500 et seq.); and the Espionage Act (37 U.S.C. 791 et seq.) which among other things, prohibits:

a. The making of false statements and concealment of any material information regarding the use or disposition, export or re-export of the property, and

b. Any use or disposition, export or re-export of the property which is not authorized in accordance with the provisions of the above cited laws and regulations.

Before any export or re-export of this property is attempted, contact the Office of Defense Trade Controls, Department of State and the Bureau of Export Administration, Department of Commerce to obtain a validated export license or other authorization.

# INSTRUCTIONS FOR COMPLETING DLA FORM 1822, END-USE CERTIFICATE (9/21/98)

All individuals wanting to acquire DoD surplus property, identified as Munitions List Items or Strategic List Items, are required to fully complete this End-Use Certificate (EUC), DLA Form 1822, which will become part of the contract. It is your responsibility to fully complete the DLA Form 1822. The use of "home made" EUCs is discouraged because they are not covered under the Paperwork Reduction Act. Due to the critical nature of this document, failure to comply with these instructions or use of a "home made" EUC will cause your transaction to be placed on hold to undergo additional review. This could significantly delay or preclude the award/offer.

Type or print all entries clearly. When providing the required information and additional space is needed, you may use a separate sheet of paper citing the appropriate block number and/or letter. **Every block must have an entry**. When the information being requested does not apply to you, the only entries which will be acceptable are: "NONE", "DOES NOT APPLY", or "NOT APPLICABLE" (do not use N/A or N/R). If you have previously entered similar information in another block, you should cite that block number and/or letter; i.e., "SAME AS BLOCK X". The Approving Official (Sales Contracting Officer, Plant Clearance Officer, or other designated individual) will review the EUC for completeness.

## PAGE 1
## AT TOP OF FORM

1. IFB/CONTRACT/OFFER/SF122/SF123 ORDER NO:
   Enter the number of the Invitation for Bid (IFB), contract offer, proposal number, or order number which is used to identify the sale or exchange (if it has not been pre-printed).

2. THIS STATEMENT IS SUBMITTED IN CONNECTION WITH:
   Check the block that best identifies the type of transaction you are entering into:
   - SALE – DRMS or Excess Property Contractor Sales.
   - EXCHANGE – used for Service Museum transactions where title to government property passes to an entity in exchange for agreed upon property.
   - OTHER – for those transactions which are not a sale or exchange and where title to property may or may not pass from government control.

3. LINE ITEM NUMBER/COMMODITY:
   Enter the line item number for each MLI/SLI item you are interested in acquiring. For negotiated exchanges, or other types of transactions, enter the name or nomenclature of the property for which you are negotiating.

4. NAME (Last, First, Middle Initial):
   Please print/type your complete name so it is legible. The name you place here must be the same as the name placed on the bid document/exchange proposal. Do not use initials in place of first name; full name must be provided. Include any other names ever used (i.e., maiden name, nick-names, acronyms, aliases, doing business as (dba) and/or "also known as (aka)"

name(s)). Failure to provide your complete name could result in delays or denial in obtaining the Trade Security Control Clearance.

5. SSN (SOCIAL SECURITY NUMBER)/ALIEN CARD NO./COUNTRY ID:
   If you are a US Citizen/National, enter your Social Security Number.
   If you are a Permanent Resident, enter your Alien Identification Number.
   If you are a non-US citizen/national, non-Permanent Resident, enter your Country Identification Number.
   If you are bidding as a company, enter Not Applicable.

6. DATE OF BIRTH: Enter as Month/Day/Year (MM/DD/YY).
   If bidding as a company, enter Not Applicable.

7. PLACE OF BIRTH (City or County, State, Country):
   If using abbreviations for State or Country, make sure they are accurate.
   If bidding as a company, enter Not Applicable.

8. TELEPHONE NUMBER: Remember to include Area Code.

9. MAILING ADDRESS:
   Enter mailing address of individual or company/business submitting bid.
   If your mailing address is a Post Office Box, enter your actual (physical) address in Block 10.
   Do not use abbreviations for street or city names.
   The two-letter abbreviation for your state or country is acceptable.

10. PHYSICAL ADDRESS:
   If your physical address is the same as your mailing address, write Same As Mailing Address. If you have provided a Post Office Box number in the Mailing Address box, you must write in your actual (physical) address.
   Do not use abbreviations for street or city names.
   The two-letter abbreviation for your state is acceptable.
   Any address other then a physical address will result in delays in processing this certificate and your transaction.

<u>SECTION I. GENERAL INFORMATION</u>

11. BLOCK 1. TYPE OF FIRM:
   Check the box which most closely describes your organization.
   If you are acting as an agent, check Other and specify.
   If you bid as an individual, enter Not Applicable.

12. BLOCK 2. NATURE OF END-USER'S BUSINESS:
   Self-explanatory.
   If you are acting as an agent for someone else, describe the association and the end user's business.
   If this does not apply to you enter Not Applicable.

13. BLOCK 3 - NATURE OF PRINCIPAL'S BUSINESS
   If you are the principle, enter SAME AS BLOCK 2.
   If you are acting for someone else, describe that person/companies' business.

If this block does not apply to you, enter Not Applicable.

14. BLOCK 4 - FIRM'S ID/FEDERAL TAX NUMBER:
Self-explanatory
If bidding as an individual, enter Not Applicable.

15. BLOCK 5 – BUSINESS/CORPORATION HEADQUARTERS
If bidding as an individual, enter Not Applicable.

16. BLOCK 5A - NAME:
Enter the complete name (including aliases and acronyms). If business name is the same as used in the NAME block, enter Same As Name Block.
If you are acting as agent, enter the business/company name of the principle's business headquarters.
If you are bidding as an individual, enter Not Applicable.

17. BLOCK 5B - ADDRESS:
Give full physical address.
If business/company address is same as physical address (para 10 above), enter Same As Physical Address.
If address of business/company headquarters is different, enter address of the headquarters.
Do not use abbreviations for street or city names.
The two-letter abbreviation for your state is acceptable.
Any address other then a physical address will result in delays in processing this certificate and your transaction.
If you are acting as an agent, enter the address of the principle's business/company headquarters.
If you do not have a business enter None.

18. BLOCK 6 - BRANCH OFFICE
If this block does not apply to you, enter Not Applicable.

19. BLOCK 6A - NAME:
If names of branch offices are the same as BLOCK 5A, enter Same as BLOCK 5A.
If names of branch offices are different, enter new names.
If names of principle's branch offices are different, enter the names of the branch offices.
If there are no branch offices, enter None.
If this block does not apply to you, enter Not Applicable.

20. BLOCK 6B - ADDRESS:
Enter full, physical addresses of branch offices.
Do not use abbreviations for street or city names.
The two-letter abbreviation for your state is acceptable.
Any address other then a physical address will result in delays in processing this certificate and your transaction.
If there are no branch offices, enter None.
If this block does not apply to you, enter Not Applicable.

21. BLOCK 7 - ATTACH A SEPARATE SHEET OF PAPER WITH NAMES, ADDRESSES, SSNs, DATES AND PLACES OF BIRTH OF CORPORATE OFFICERS, DIRECTORS AND/OR PARTNERS.

Failure to comply will cause your transaction to be placed on hold or not considered.
If this block does not apply to you, enter Not Applicable.

22. BLOCK 8 - ATTACH A SEPARATE SHEET OF PAPER WITH NAMES, ADDRESSES, SSNs, DATES AND PLACES OF BIRTH OF PRINCIPALS (if applicant is acting as agent).

Failure to comply will cause your transaction to be placed on hold or not considered.
If this block does not apply to you, enter Not Applicable.

SECTION II. END-USERS/USER INFORMATION

"X" and complete appropriate item(s) below. In the case of resale, item 1F or 1G must be marked and each successful purchaser/recipient must also complete this certificate and retain in their files or deliver it to the Approving Official. If this is a negotiated exchange, identify the property being exchanged. If this is not a negotiated exchange, enter Not Applicable.

23. BLOCK 1 - PURPOSE. THE PROPERTY REFERRED TO IN ABOVE IFB/NEGOTIATED EXCHANGE NUMBER WILL BE UTILIZED FOR THE FOLOWING:

24. BLOCK 1A - RETENTION FOR THE FOLLOWING SPECIFIC USE (see note at bottom of page 1 of this form)

Give specific information about use of item(s).
If this block does not apply to you, enter Not Applicable.

25. BLOCK 1B - Resold in form received for the following use (see note at bottom of page 1 of this form).

Give specific information about resale of item(s).
If this block does not apply to you, enter Not Applicable.

26. BLOCK 1C - The property will not be sold or otherwise disposed of for use outside of the U.S. or to non-U.S. Citizens/Nationals in the U.S.

If this block does not apply to you, enter Not Applicable.

27. BLOCK 1D - The property may be re-exported in the form received to the following country/countries:

List all countries that apply. (If necessary use a separate sheet of paper for this. Refer to "BLOCK 1D" on the sheet of paper).
If this block does not apply to you, enter Not Applicable.

28. BLOCK 1E - Resale after following alteration (description of final production): describe what the final product will be (if necessary, use a separate sheet of paper. Refer to "BLOCK 1E" on that sheet);

in (Country/Countries): list all countries that apply (if necessary, use a separate sheet of paper. Refer to "BLOCK 1E" on that sheet);

and distribution in Country/Countries: list all countries that apply (if necessary, use a separate sheet of paper. Refer to "BLOCK 1E" on that sheet).

If this block does not apply to you, enter Not Applicable.

29. BLOCK 1F - If sold, name, address, and telephone number of sub-purchaser(s):

If this/these item(s) is/are sold, give the full name, physical address and telephone number of the individual/company that purchased the item(s).

If this block does not apply to you, enter Not Applicable.

30. BLOCK 1G - The customers are unknown at this time. If required by the contract/offer, I will obtain prior written approval for the resale of any of the property covered by this contract. I will require the sub-purchaser to submit a DLA Form 1822 to the Approving Official as required in Section IV.

If this block does not apply to you, enter Not Applicable.

31. ADDITIONAL INFORMATION: State any other material facts relating to end user and use of the property which may be of value to considering the proposal:

If this block does not apply to you, enter Not Applicable.
For negotiated exchanges, enter description of the item(s) being exchanged.

PAGE 2

SECTION III - UNDERSTANDING AND NOTIFICATION

32. Please read carefully. This section cites the various laws and regulations you must adhere to which govern the use, disposition and export of property.

SECTION IV - CERTIFICATION STATEMENT TO BE SIGNED BY BIDDER AT TIME OF RESPONSE TO IFB.

33. This section is self-explanatory. By signing and dating this form, you are certifying that all the information you are providing is true and correct and you understand and agree to all the provisions in this end use certificate. This form will become part of the contract.

34. PARAGRAPH 4. The person signing this DLA Form 1822 is:

Check the block that applies to you.

34. BLOCK A - NAME (Type or Print)

Be sure your name is legible.

35. BLOCK B - SIGNATURE

Be sure you sign this form.

36. BLOCK C - DATE SIGNED

Be sure you date this form.

SECTION V - CERTIFICATION STATEMENT TO BE SIGNED BY ANY U.S. CITIZEN/NATIONAL/PERMANENT RESIDENT HOLDER TO WHOM MATERIAL IS SOLD

37. **Original Purchaser, do not complete this section. It is intended for completion by the sub-purchaser**. This section is to be completed only when the property is being resold/transferred/exchanged by the party whose name appears on this End-Use Certificate. When the subpurchaser signs and dates this section, it is acknowledged that the seller has advised that subpurchaser of the export requirements stated in SECTION III of this form and that the subpurchaser agrees to be bound by the U.S. laws cited. The subpurchaser also agrees to inform any subsequent buyers of the conditions stated in this End-Use Certificate when reselling the property.

Ensure that the Sale/IFB Number appears on all paperwork.

IFB/CONTRACT/OFFER/SF122/SF123 ORDER NO. Enter the IFB # M00264-99-C-0003

# END-USE CERTIFICATE
## *(STATEMENT REGARDING DISPOSITION AND USE OF PROPERTY)*

*(Please read Privacy Act Statement on reverse before completing this form. If additional space is required, use separate sheets and identify by Block Number)*

TYPE OR PRINT ALL INFORMATION

| FOR AGENCY USE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| TSC CLD | PRIMARY PURCHASER | SUB-PURCHASER 1 | 2 | 3 | 4 | |
| YES | | | | | | |
| NO | | | | | | |

*Form Approved OMB No. 0704-0382 Expires Sep 30, 2001*

The public reporting burden for this collection of information is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to DoD, Washington Headquarters Services, DIOR (0704-0382), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please DO NOT RETURN your form to either of these addresses. RETURN COMPLETED FORM TO THE OFFICE STATED ON THE IFB, SOLICITATION OR PROPOSAL.

*INSTRUCTIONS. This form must be fully completed by all applicants for Munitions List Items (MLI)/Strategic List Items (SLI) prior to acceptance by the U.S. Government and constitues an integral part of this bid. The information given must be true and correct and will become a part of this contract. Every block MUST have an entry. If necessary, insert "NONE", "SAME AS BLOCK X", or "NOT APPLICABLE" (do not use "N/A"). If the applicant is acting solely as an Agent, A DLA Form 1822 must be signed by the Principal. The term Approving Official is used to indicate the person authorized to act for the U.S. Government (Sales Contracting Officer, Plant Clearance Officer, or other designated individual). FOR ALL SALES OF PROPERTY APPROVED BY PLANT CLEARANCE OFFICERS, UPON THE REMOVAL OF THE PROPERTY, ALL DOCUMENTATION REQUIRED BY THIS FORM WILL BE FORWARDED TO THE IDENTIFIED TRADE SECURITY CONTROL OFFICE.*

*The following applies to all property subject to sale using this form: the use, disposition, export, or reexport of this property is subject to the publications, penalties, and other provisions of the economic programs administered by the Office of Foreign Assets Control, U.S. Treasury Department, 31 CFR Chapter V.*

THIS STATEMENT IS SUBMITTED IN CONNECTION WITH:
☐ SALE ☑ EXCHANGE ☐ OTHER:

LINE ITEM NUMBER/COMMODITY: 0001AE T-39D BuNo 150969

NAME *(Last, First, M.I.)*

SSN/ALIEN CARD NO./COUNTRY ID

DATE OF BIRTH *(MM/DD/YY)*

PLACE OF BIRTH *(City or County, State, Country)*

TELEPHONE NUMBER *(Include Area Code)*

MAILING ADDRESS

PHYSICAL ADDRESS

## SECTION I. GENERAL INFORMATION

APPLICABILITY. This statement applies to the property for which we have submitted our bid/offer persuant to the above identified invitation.

1. TYPE OF FIRM
☐ SOLE PROPRIETORSHIP ☐ PARTNERSHIP ☐ CORPORATION ☐ OTHER *(Specify)*:

2. NATURE OF END-USER'S BUSINESS

3. NATURE OF PRINCIPAL'S BUSINESS

4. FIRM'S ID/FEDERAL TAX NUMBER

5. BUSINESS/CORPORATION HEADQUARTERS
A. NAME
B. ADDRESS *(Physical location)*

6. BRANCH OFFICE
A. NAME
B. ADDRESS *(Physical location)*

7. ATTACH A SEPARATE SHEET OF PAPER WITH NAMES, ADDRESSES, SSNs, DATES AND PLACES OF BIRTH OF CORPORATE OFFICERS, DIRECTORS OR PARTNERS.

8. ATTACH A SEPARATE SHEET OF PAPER WITH NAMES, ADDRESSES, SSNs, DATES AND PLACES OF BIRTH OF ALL PRINCIPALS *(If applicant is acting as agent)*.

## SECTION II. END USE/USER INFORMATION.

"X" and complete appropriate item*(s)* below. In the case of resale, Item 1.F. or 1.G. MUST be marked and each successful purchaser/recipient must also complete this certificate and retain in their files or deliver it to the Approving Official. If this is a negotiated exchange, identify the property being exchanged:

1. PURPOSE. THE PROPERTY REFERRED TO IN ABOVE IFB/OFFER NUMBER WILL BE UTILIZED FOR THE FOLLOWING:

☐ A. Retention for the following specific use *(see note)*:

☐ B. Resold in the form received for the following use *(see note)*:

☐ C. The property will not be sold or otherwise disposed of for use outside of the U.S. or to non-U.S. Citizens/Nationals in the U.S.

☐ D. The property may be reexported in the form received to the following country/

☐ E. Resale after following alteration *(description of final production)*
in *(Country/Countries)*:
and distribution in *(Country/Countries)*:

☐ F. If sold, name, address, and telephone no. of *sub-purchaser (s)*:

☐ G. The customers are unknown at this time. If required by the contract/offer, I will obtain prior written approval for the resale of any of the property covered by this contract. I will require the sub-purchaser to submit a DLA Form 1822 to the Approving Official as required in Section IV.

ADDITIONAL INFORMATION: State any other material facts relating to end user and use of the property which may be of value in considering the proposal:

NOTE: Example of specific uses: AIRCRAFT. The bidder/recipient certifies that the aircraft will be used: as a flyable aircraft; as a nonflyable aircraft to be used only for display, or ground instruction, etc.; for resale as a flyable aircraft. *(Furnish all data required in blocks 1C and 1D for each buyer/receiver.)*

Ensure that the Sale/IFB Number appears on all paperwork. Enter the IFB#____________________

**SECTION III. UNDERSTANDING AND NOTIFICATIONS**

1. The use, disposition, export and reexport of this property is subject to all applicable U.S. Laws and Regulations, including the Arms Export Control Act *(22 USC 2751 et seq.)*; Export Administration Act of 1979 (50 USC App. 2401 et seq.) continued under Executive Order 12924; International Traffic in Arms Regulations *(22 CFR 120 et seq.)*; Export Administration regulations *(15 CFR 730 et seq.)*; Foreign Assets Control Regulations *(31 CFR 500 et seq.)* and the Espionage Act *(18 USC 793 et seq.)*; which, among other things, prohibit:
   A. The making of false statements and concealment of any material information regarding the use or disposition, export or reexport of the property; and
   B. Any use, disposition, export or reexport of the property which is not authorized in accordance with the provisions of this contract.
2. The submission of false or misleading information and/or concealment of any material facts regarding the use, disposition or export of this property may constitute a violation of provisions of 18 USC 793/1001, 22 USC 2778/2779, 50 USC App. 2410, and 50 USC App. 1-44. Sanctions for violations will be in conformity with U.S. laws and regulations *(including Federal Acquisition Regulations and DoDI 2030.6)* and may include the denial of U.S. export privileges and of any participation in future U.S. Government contracts.
3. The Invitation For Bid and Sale/Exchange Contract number must be referenced when submitting an application for an export license to the Department of State for MLI or Department of Commerce for SLI.
4. When MLI/SLI property is transferred, the information regarding the above laws and regulations must be passed to the subsequent purchaser/receiver, who must be a U.S. Citizen/National or Permanent Resident of the United States of America, and who must sign the resale statement below. Records of Resale must be available for Trade Security Controls Office review, if required.
5. MLI and SLI property can only be transferred *(exported, sold, or given)* to a foreign country, non-U.S. Citizen/National or non-Permanent Resident by either the U.S. Government via a Foreign Military Sales Case or a U.S. Citizen/National or Permanent Resident possessing a validated export license from the appropriate licensing department or agency.
6. The Purchase/Recipient agrees to cooperate with and to permit all authorized Government representatives to inspect and verify the existence and condition of MLI/SLI.

**SECTION IV. CERTIFICATION STATEMENT TO BE SIGNED BY BIDDER AT TIME OF RESPONSE TO IFB**

1. I do certify that all information given in this statement is true and correct to the best of my knowledge and belief and have not knowingly omitted any information which is inconsistent with this statement. I understand this statement will be referred to and be a part of the contract of sale/exchange with the U.S. Government. I agree to submit a written request for amendment of this statement to the Approving Official prior to effecting any change of fact or intention from that stated herein or in any prior amendment, whether occurring before or after the release of the commodities, and not to effect such changes without first receiving written approval of the Approving Official.
2. I acknowledge having been advised that the MLI/SLI property I purchased is controlled by the U.S. Government and cannot be transferred *(exported, sold or given)* to a non-U.S. Citizen/National or non-Permanent Resident without a valid State/Commerce Department license. Should I transfer this property to another U.S. Citizen/National or non-Permanent Resident, I will obtain their signature as having read and understood this restriction and their certification that they will place the same restriction on any subsequent transfer and obtain signature thereto and will provide a copy to the Approving Official. Should I transfer this property to a non-U.S. Citizen/National or non-Permanent Resident, I will obtain a validated State/Commerce Department license before transferring the MLI/SLI to that person or any exportation from the U.S. I will not transfer this property to countries, regimes and nationals targeted under the sanctions program administered by the U.S. Treasury Department's Office of Foreign Assets Control.
3. Neither the applicant, corporate officers, directors or partners is:
   A. The subject of an indictment for or has been convicted of violating any of the U.S. Criminal statutes enumerated in 22 CFR 120.24 since the effective date of the Arms Export Control Act, Public Law 94-329, 90 Statute 729 *(June 30, 1976)*; or
   B. Ineligible to contract with, or to receive, a license or other approval from any agency of the U.S. Government.
4. The person signing this DLA Form 1822 is:

☐ a Citizen of the United States of America, or

☐ lawfully admitted to the U.S. for Permanent Residence and maintains such residence under the Immigration and Nationality Act, as amended, (8 USC 1101(a), 20, 60 Statute 163), or

☐ a Citizen of________________________________________, and/or

☐ is an official of a foreign government entity in the United States.

| A. NAME *(Type or print)* | B. SIGNATURE | C. DATE SIGNED |
|---|---|---|
| | | |

**SECTION V. CERTIFICATION STATEMENT TO BE SIGNED BY ANY U.S. CITIZEN/NATIONAL/PERMANENT RESIDENT HOLDER TO WHOM MATERIAL IS SOLD**

I, ____________________________________________, acknowledge having been advised that the MLI/SLI property I have purchased/received from Mr./Ms./Mrs./Miss________________________________ on *(date)*________________, is controlled by the U.S. Government and cannot be transferred *(exported, sold, or given)* to a non-U.S. Citizen/National or non-Green Card non-Permanent Resident without a validated State/Commerce Department license. Should I transfer this property to another U.S. Citizen/National or U.S. Permanent Resident, I will obtain their signature as having read and understood this restriction and their certification that they will place the same restriction on any subsequent transfer and obtain signature thereto and retain in their files or, upon request, provide a copy to the Approving Official. Should I transfer this property to a non-U.S. Citizen/National or non-Permanent Resident, I will obtain a validated State/Commerce Department license before I transfer the MLI/SLI to that person. I will not transfer this property to countries, regimes and nationals targeted under the sanctions programs administered by the U.S. Treasury Department's Office of Foreign Assets Control.

| A. NAME *(Type or print)* | B. SIGNATURE | C. DATE SIGNED |
|---|---|---|
| | | |

| | |
|---|---|
| AUTHORITY: | 10 USC 136; 40 USC 471;50 USC 2411; 22 USC 2751; and EO 9397. |
| PRINCIPAL PURPOSE(S): | Determine applicant eligibility to participate in the program and ensure that property recipients comply with the terms of the sale. |
| ROUTINE USES: | Data will be disclosed to Department of State, Department of the Treasury, the Federal Aviation Administration. |
| DISCLOSURE: | Voluntary; however, failure to provide the requested information may result in ineligibility to bid on or receive surplus or foreign personal property. DLA PRIVACY ACT SYSTEM NOTICE S800.10MM APPLIES. |