4

UNITED STATES MARINE CORPS
MARINE CORPS AIR-GROUND MUSEUM
AND
MUSEUMS BRANCH ACTIVITIES
QUANTICO, VIRGINIA 22134-5001

IN REPLY REFER TO:
13000
HDM-2 MCAGM 5-91
28 Jun 91

Mr. A. J. D'Alessandris
President, The Lan-Dale Company
2000 E. Airport Drive
Tucson, AZ 85706

Dear Mr. D'Alessandris:

The Marine Corps Air-Ground Museum accepts your proposal of June 21, 1991 pending approval by higher authority. In exchange for a C-118B, BuNo: 128427, flight delivered to MCAS Cherry Point, NC, the Marine Corps will transfer title to the following:

(1) C-117D, BuNo: 50834
(1) Cessna 02A, BuNo: 721300
(2) 0470 Continental engine and propellers
(1) BT-13A, BuNo: 41-10886
(2) CJ-5 jeeps

Please note that all transportation, insurance, and other expenses are to be incurred by the Lan-Dale Company for all exchanged material. The Marine Corps on acceptance of the C-118B in museum display condition will transfer title to the government-owned equipment in an "as is, where is" condition with no warranty implied.

Mr. D'Alessandris, we are looking forward to seeing you again in the future, and thank you for your interest in Marine Corps history.

Sincerely,

W. A. Beebe II

W. A. BEEBE II
LtCol USMC
Officer-in-Charge