DEPARTMENT OF THE NAVY
OFFICE OF THE GENERAL COUNSEL
NAVY LITIGATION OFFICE
720 KENNON STREET SE RM 233
WASHINGTON NAVY YARD DC 20374-5013

**VIA TELEFACSIMILE TRANSMISSION AND U.S. MAIL**

11 September 2000

Thomas Hamilton, Esq.
LaFont, Tunnell, Formby, LaFont & Hamilton, L.L.P.
Attorneys and Counselors
P.O. Box 1510
Plainview TX 79073-1510

Re: ASBCA No. 50829
Appeal of Lan-Dale Company
Under Contract No. M00264-92-C-0010

Dear Mr. Hamilton:

In response to your fax from last week, enclosed you will find a document from DLA that identifies the items that are subject to demilitarization. Although undated, it was prepared on August 3, 2000.

I am available for discussing this matter. My number is (202) 685-6559, ext. 302.

Sincerely,

JOHN A. DIETRICH
Senior Trial Attorney

By TH Date 9/18/00

DEPARTMENT OF DEFENSE
DEMILITARIZATION PROGRAM OFFICE
8725 JOHN J. KINGMAN ROAD, SUITE 2533
FT. BELVOIR, VIRGINIA 22060-6221

IN REPLY REFER TO J-33

MEMORANDUM FOR MARINE CORPS AIR AND GROUND MUSEUM,
Attn: M. Starn, Aviation Curator

SUBJECT: Demilitarization Requirements for Components Contained in T-39 Aircraft

We have reviewed the list of components parts forwarded to us on June 26, 2000 by the Aircraft Regeneration and Maintenance Center, Davis-Mothan AFB. Of the 71 items on the listing, the attached list (ATT 1) enumerates those validated as requiring demilitarization prior to release from DoD control.

To satisfy the requirements of DoDD 2030.8, Trade Security Controls on DoD Excess and Surplus Personal Property, request that you require the recipient to complete DLA Form 1822, End Use Certification (available at http://www.drms.dla.mil/catalog/forms/Form1822.pdf) and ensure that the transfer/release documentation contains the "Recipient Notification" found at ATT 2. A copy of the release document and the completed DLA Form 1822 should be forwarded to this office.

If there are any questions regarding this matter, please contact the undersigned at DSN 427-1539/28/42, COMM (703)767-xxxx.

JACK W. BLACKWAY
DoD Demilitarization Program Manager
DoD Demilitarization and Trade
Security Control Program Office
HQ DLA, J-33

DEMIL Required Items on T-39 Aircraft

| NSN | ITEM | CODE |
|---|---|---|
| 5820-00-511-9051 | Control | D |
| 5821-00-592-5059 | Relay Assy | D |
| 5821-00-596-9796 | Control | D |
| 5821-00-601-0481 | Receiver | C |
| 5821-00-611-8107 | Control | D |
| 5821-00-613-2241 | Receiver | C |
| 5826-00-001-7116 | Generator | D |
| 5826-00-223-4872 | Receiver | C |
| 5826-00-505-0992 | Receiver | C |
| 5826-00-505-1675 | Control | D |
| 5826-00-506-3097 | Receiver | C |
| 5826-00-813-3020 | Indicator | D |
| 5826-00-910-4756 | Receiver | C |
| 5828-01-096-7531 | Indicator | D |
| 5841-00-001-7109 | Computer | D |
| 5841-00-110-4130 | Indicator | D |
| 5841-00-110-5370 | Control | D |
| 5841-00-110-5377 | Indicator | D |
| 5841-00-148-5997 | Control | D |
| 5841-00-148-5998 | Processor | D |
| 5841-00-148-5999 | Processor | D |
| 5841-00-470-5164 | Antenna | D |
| 5841-00-470-5196 | Transmitter | D |
| 5841-00-723-9473 | Receiver | C |
| 5895-00-089-7179 | Receiver | C |
| 5895-00-729-1250 | Amplifier | D |
| 5895-00-729-1250 | Amplifier | D |
| 5895-00-804-7640 | Indicator | D |
| 5895-00-947-5234 | Receiver Transmitter Subassy | C |
| 5985-00-106-0906 | Antenna | D |
| 5985-00-538-0741 | Antenna | D |
| 5985-00-757-0550 | Antenna | D |
| 5985-00-762-9925 | Antenna | D |
| 5996-00-806-8120 | Amplifier | D |
| 6610-00-165-5827 | Indicator | D |
| 6615-00-768-5019 | Gyro | D |
| 6615-00-803-8211 | Gyro | D |
| 6615-00-903-4414 | Gyro | D |
| 6615-01-059-7909 | Gyro | D |
| P/N AS-1233/APN-141A | Antenna | D |