DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
MARINE CORPS HISTORICAL CENTER
WASHINGTON NAVY YARD
WASHINGTON, D.C. 20374-0580

IN REPLY REFER TO:
13000
HDM-2 MCAGM S-
3 Jul 91

From: Commandant of the Marine Corps (HDM)
To: Assistant Secretary of the Navy (RD&A), Washington, DC, 20380-5000
Via: (1) Commander, NAVAIRSYSCOM, Washington, DC 20361 (AIR 41213)
(2) Chief of Naval Operations, Pentagon Room 4E379, Washington, DC, 20350 (OP 505J [redacted]

Subj: REQUEST APPROVAL TO EXCHANGE GOVERNMENT-OWNED EQUIPMENT WITH THE CIVILIAN SECTOR

Ref: (a) SECNAVINST 5755 DTD Apr 22, 1989

Encl: (1) Estimated Values of Exchange
(2) Letter of proposal from A. J. D'Alessandris, the Lan-Dale Company, dtd June 21, 1991

1. In accordance with the guidance in the reference, the following request is submitted.

2. The Marine Corps Air-Ground Museum at Quantico, VA, has been offered an historically significant C-118B aircraft, BuNo: 128427, configured for a former Commandant, in Marine Corps colors and markings, owned by A. J. D'Alessandris, The Lan-Dale Company, 1460 Terminal Way, Reno, NV, 89502, in exchange for the following:

(1) C-117D, BuNo: 50834 (located at Quantico)
(1) Cessna O2A, BuNo: 721300 (located at Quantico)
(2) O470 Continental engines and propellers (located at Quantico)
(1) BT-13A, BuNo: 41-10886 (located at Yankee Air Force Museum)
(2) CJ-5 jeeps (located at Quantico)

Mr. D'Alessandris will flight deliver, in museum display condition, the C-118B aircraft to MCAS Cherry Point, NC. He will pay all transportation and preparation costs. This exchange is considered to be fair and equitable in value for both parties.

3. Because of the benefit to the Marine Corps and the Marine Corps Air-Ground Museum in acquiring this aircraft, I believe the exchange to be in the best interest of the government and recommend approval.

[redacted]
By direction

(EXHIBIT D-1)

00[illegible]8

# ESTIMATED VALUES OF EXCHANGE

| | |
|---|---|
| EA-1E, BuNo: 128427 | $80,000.00 |
| C-117D, BuNo 50834 | $430,000.00 |
| Cessna O2A, BuNo: 721300 | 30,000.00 |
| 2 O470 engine & props | 30,000.00 |
| BT-13A, BuNo: 41-10856 | 5,000.00 |
| 2 CJ-5 jeeps | 5,000.00 |
| | $500,000.00 |