# HARALSON, MILLER, PITT & McANALLY, P.L.C.

(A PROFESSIONAL LIMITED LIABILITY COMPANY COMPRISED OF
DALE HARALSON, P.C. AND MILLER, PITT & McANALLY, P.C.)
ONE SOUTH CHURCH AVENUE, SUITE 900
TUCSON, ARIZONA 85701-1620
(520) 792-3836
FAX (520) 624-5080
WWW.HMPMLAW.COM

MILLER, PITT & McANALLY, P.C.
G. EUGENE ISAAK
GERALD MALTZ
T. PATRICK GRIFFIN
PHILIP J. HALL
THOMAS G. COTTER
LINDSAY BREW
ARMANDO RIVERA
GUS ARAGÓN, JR.
CAROLE A. SUMMERS
BRADLEY P. MILLER
TRACI L. RICCITELLO
PETER T. LIMPERIS

DALE HARALSON, P.C.
DALE HARALSON
JOHN P. LEADER

OF COUNSEL
RICHARD I. McANALLY
JANICE A. WEZELMAN
GRACE McILVAIN

RETIRED
ROBERT F. MILLER
DONALD PITT

BARRY N. AKIN
(1939-1998)

October 24, 2000

Gary Watson
Purchasing and Contracting Board (B-215)
2010 Henderson Road
Quantico, VA 22134

*Re: Contract No. M00264-99-C-0003*
*Lan-Dale Co.*

Dear Mr. Watson:

On October 3, 2000, we wrote to you as the designated contracting officer on the above-referenced contract. A second copy of the letter is enclosed. Please give us the courtesy of a response.

Sincerely,

HARALSON, MILLER, PITT & McANALLY, P.L.C.

Lindsay Brew

/bks
Enclosure

cc: James Yohn/Via Fax (703)784-5128

309\leb\2000102415413700