DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
MARINE CORPS HISTORICAL CENTER
WASHINGTON NAVY YARD
WASHINGTON, D.C. 20374-0580

IN REPLY REFER TO
13000
HDM-2 MCAGM 5-91
15 Nov 91

From: Commandant of the Marine Corps (HDM)
To: Assistant Secretary of the Navy (RD&A), Washington, DC 20380-5000
Via: (1) Commander, NAVAIRSYSCOM, Washington, DC 20361 (AIR 41213)
(2) Chief of Naval Operations, Pentagon Room 4E379, Washington, DC 20350 (OP 505J LCdr Baxter)

Subj: REQUEST APPROVAL TO EXCHANGE GOVERNMENT-OWNED EQUIPMENT WITH THE CIVILIAN SECTOR

Ref: (a) SECNAVINST 5755 dtd 27 Apr 89

Encl: (1) Letter of proposal from A. J. D'Alessandris, The Lan-Dale Company, dtd June 21, 1991
(2) Letter of acceptance, pending approval by higher authority, from LtCol W. A. Beebe II, Marine Corps Air-Ground Museum, dtd June 28, 1991

1. IAW reference (a), the following request is submitted.

2. The Marine Corps Air-Ground Museum at Quantico, VA, has been offered a C-118B aircraft, BuNo: 128427, configured for a former Commandant in Marine Corps colors and markings, owned by A. J. D'Alessandris, The Lan-Dale Company, 1460 Terminal Way, Reno, NV, 89502, in exchange for the following:

(1) C-117D, BuNo: 50834 (located at Quantico)
(1) Cessna 02A, BuNo: 721300 (located at Quantico)
(2) 0470 Continental engines and propellers (located at Quantico)
(1) BT-13A, BuNo: 41-10886 (located at Yankee Air Force Museum)
(2) CJ-5 jeeps (located at Quantico)

Enclosures (1) and (2) are the proposed exchange agreements between the museum and Mr. A. J. D'Alessandris.

3. The C-118 is historically significant, as it was the official transportation for several Commandants. It has been restored and is in excellent original condition and is also in final operational configuration. It has been indicated that it is the last remaining VC-118B of its type and configuration and is definitely historically valuable.

4. A determination of the fair market value was made utilizing trade journals and corresponding with aircraft dealers and is as follows:

| | |
|---|---|
| (1) C-118 | $350,000 |
| (1) C-117 | $240,000 |
| (1) BT-13 | $ 5,000 |
| (1) 02A | $ 75,000 |

00034

Subj: REQUEST APPROVAL TO EXCHANGE GOVERNMENT-OWNED EQUIPMENT WITH THE CIVILIAN SECTOR

| | |
|---|---|
| (2) C-J5 jeeps | $ 5,000 |
| (2) 0470 engines | $ 16,000 |
| (2) McCauley props | $ 7,000 |
| | $348,000 |

The acquisition costs have been determined to the best of our knowledge as:

| | |
|---|---|
| C-118 | $1,200,000 |
| C-117 | 398,000 |
| BT-13 | 20,000 |
| 02A | 92,000 |
| (1) C-J5 jeep | 4,000 |
| (1) 0470 engine | 8,402 |
| (1) McCauley prop | 5,000 |

5. This exchange is at "no cost to the government." Mr. D'Alessandris will flight deliver, in museum display condition, the C-118 aircraft to MCAS Cherry Point, NC. He will pay all transportation, preparation, insurance, and other expenses to be incurred for all exchanged material.

6. All government-owned equipment is an "as is, where is" condition, with no warranty implied.

7. Because of the benefit to the U.S. Marine Corps and the Marine Corps Air-Ground Museum in acquiring this aircraft, I believe this exchange to be in the best interest of the government and highly recommend approval.

D. M. SMITH
By direction



00 5