UNITED STATES MARINE CORPS
MARINE CORPS BASE
QUANTICO, VIRGINIA 22134-5001

IN REPLY REFER TO:
4200
B 215
26Oct00

Haralson, Miller, Pitt & McAnally, P.L.C.
One ··th Church Avenue
.ite 900
Tucson, AZ 85701-1820

Ref: Contract No. M00264-99-C-0003 (Lan-Dale)

Dear Ms. Brew:

We have received and read your October 3, 2000, letter. We are currently in the process of formulating a response, and it will be mailed to your shortly.

Should you require additional information, please feel free to contact the undersigned at telephone 703-784-1921 or via facsimile at 703-784-3597.

Sincerely,

GARY E. WATSON