# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING

PAGE 1 OF 14 PAGES

2. CONTRACT (Proc. Inst. Ident.) NO. M00264-92-C-0010

3. EFFECTIVE DATE FEB 13 1992

4. REQUISITION/PURCHASE REQUEST/PROJECT NO. 13000 HDM-2 MCAGM 5-91

5. ISSUED BY CODE M00264

RCHASING & CONTRACTING BRANCH
J10 ZEILIN ROAD
QUANTICO, VA. 22134-5098

ATTN: GARNETTE CANNON (703-640-3596)

6. ADMINISTERED BY (If other than Item 5) CODE

**DUPLICATE ORIGINAL**
**CONTRACTORS' COPY**

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

THE LAN-DALE COMPANY
Mr. A. J. D'Alessandris
1460 Terminal Way
Reno, Nevada 89502

CODE — FACILITY CODE

8. DELIVERY
[ ] FOB ORIGIN [X] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: — ITEM

11. SHIP TO/MARK FOR CODE

SEE SCHEDULE

12. PAYMENT WILL BE MADE BY CODE

EXCHANGE - NO EXCHANGE OF FUNDS

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA

EXCHANGE/SALE TRANSACTION

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

15G. TOTAL AMOUNT OF CONTRACT ▶ $

## 16. TABLE OF CONTENTS



| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I — THE SCHEDULE | | | | PART II — CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 7 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III — LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | | X | J | LIST OF ATTACHMENTS ("A"-"G") | 8 |
| | D | PACKAGING AND MARKING | | | | PART IV — REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 3 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 9-14 |
| X | F | DELIVERIES OR PERFORMANCE | 4 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 4 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 5-6 | | M | EVALUATION FACTORS FOR AWARD | |



*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 1 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [ ] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ________ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
A.J. D'Alessandris
President

20A. NAME OF CONTRACTING OFFICER
WANDA D. LABELLE

19B. NAME OF CONTRACTOR
The Lan-Dale Co.
BY [signature] (Signature of person authorized to sign)

19C. DATE SIGNED 02-10-92

20B. UNITED STATES OF AMERICA
BY Wanda D. LaBelle (Signature of Contracting Officer)

20C. DATE SIGNED 2/13/92

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

26-107

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS
AND
ECTION C - DESCRIPTION/SPECS/WORK STATEMENT

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | | AMOUNT |
|---|---|---|---|---|
| | EXCHANGE OF AIRCRAFT, JEEPS, ENGINES & PROPELLERS (CLIN's 0001 THRU 0006) owned by the Marine Corps, for Aircraft (CLIN 0007) owned by The Lan-Dale Company, (Mr. A. J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502. | | | |
| 0001. | Aircraft, C-117D, BuNo 50834; | 1 | EA | EXCHANGE |
| 0002. | Aircraft, Cessna 02A, BuNo 721300; | 1 | EA | EXCHANGE |
| 0003. | Engine, Continental, Model 0470-4, Serial #51063-5-M and #116216R; | 2 | EA | EXCHANGE |
| 0004. | Propeller, McCauley, Model 2AF34C55-0, Serial #851543 and #851540; | 2 | EA | EXCHANGE |
| 0005. | Aircraft, BT-13A, BuNo 41-10886; | 1 | EA | EXCHANGE |
| 0006. | CJ-5 Jeep, 1975, Model 8300, Serial #063605 and #063606; | 2 | EA | EXCHANGE |
| 0007. | Aircraft, C-118-B, BuNo 128427; configured for a former Commandant in Marine Corps colors and markings, in Museum display condition; | 1 | EA | EXCHANGE |

CLIN's 0001, 0002, 0003, 0004 and 0006 are located at: Marine Corps Air-Ground Museum, MCCDC, Quantico, Va. CLIN 0005 is located at: Yankee Air Force Museum, Ypsilanti, Michigan.

## SECTION E - INSPECTION AND ACCEPTANCE

E-1. MATERIAL INSPECTION AND RECEIVING REPORT
As evidence of acceptance of CLIN 0007, the Contracting Officer's Technical Representative (COTR) shall prepare and sign or as appropriate, have the Contractor, sign a Material Inspection and Receiving Report (DD 250) with the block numbers 1, 2, 3, 7, 8, 9, 15, 16, 17 and 21B completed. The original shall be furnished to the Contracting Officer, MCCDC, Quantico, Virginia, with a copy furnished to the Contractor or the Contracting Officer's Technical Representative, as appropriate.

E-2. Inspection and acceptance shall be made at MCAS, Cherry Point, N.C., with the final acceptance made by the Marine Corps Air-Ground Museum, Marine Corps Combat Development Command, Quantico, Virginia.

E-3. FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| NUMBER | FAR REFERENCE | CLAUSE OR PROVISION TITLE | DATE |
|---|---|---|---|
| 1. | 52.246-02 | Inspection of Supplies-Fixed Price | JUL 1985 |
| 2. | 52.246-16 | Responsibility for Supplies | APR 1984 |

SECTION F - DELIVERIES OR PERFORMANCE

F-1. CLIN 0007 shall be delivered by the Contractor, via air transportation, to MCAS, Cherry Point, N.C., on an F.O.B. Destination basis within sixty (60) days from effective date of contract. All transportation, preparation, insurance, etc. shall be at Contractor's expense. CLIN 0007 shall be delivered in Marine Corps Colors and markings in Museum display condition.

F-2 Title to CLIN 0007 shall transfer to the Government upon acceptance and will be evidenced by execution of a Material Inspection and Receiving Report (DD-250).

F-3. Title to CLIN's 0001-0006 shall transfer to the Contractor upon execution by the Government of a Bill of Sale which shall be accomplished after receipt of the Material Inspection and Receiving Report referenced in F-2 above. Sample Bill of Sale shown in Attachments "A" thru "G".

F-4. (FAR) 52.252-2 CLAUSES INCORPORATED BY REFERENCE (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| NUMBER | FAR REFERENCE | CLAUSE OR PROVISION TITLE | DATE |
|---|---|---|---|
| 1. | 52.247-34 | F.O.B. Destination | APR 1984 |

SECTION G - CONTRACT ADMINISTRATION DATA

G-1. All contract administration functions will be retained by the Procuring Office.

G-2. Any inquiries pertaining to the administration or performance of this contract should be directed to the Contract Administrator, telephone 703/640-3466.

G-3. Report of Property Received (DD 250) shall be prepared by the Officer in Charge, Marine Corps Museum, or his authorized representative, in accordance with local requirements and paragraph E-1 in Section E.

CTION H - SPECIAL PROVISIONS

H-1 The Contracting Officer's Technical Representative (COTR) for this project is The Officer in Charge, Marine Corps Air-Ground Museum, MCCDC, Quantico, Virginia or his duly authorized representative.

H-2 The authority of the Technical Representative or his duly authorized representative is confined to inspection and acceptance of the deliverable items as specified herein, and to coordinate and monitor the service performed hereunder. Only the Contracting Officer has the authority to authorize deviations from the terms and conditions of this contract, including deviation from specification requirements. In the event the Contractor does deviate without written approval of the Contracting Officer, such deviation shall be at the risk of, and any cost related thereto shall be borne by the Contractor.

H-3 CLIN's 0001-0006 shall be delivered in an "AS IS" condition. Contractor shall obliterate all stars, bars, insignia and service markings wherever they appear, prior to asssuming ownership, without expressed or implied warranty of any kind. Removal of CLIN's 0001-0006 shall not take place until CLIN 0007 has been delivered and accepted by the Government and a Bill of Sale issued. Removal of CLIN's 0001-0006 shall take place within sixty (60) days after the issuing of Bill of Sales.

H-4. Both the Contractor and Government represent that the equipment exchanged hereunder is for static display purposes only and neither party warrants its fitness for any purpose other than static display. The Contractor undertakes and agrees to indemnify and hold the Government, its agents, officer and employees harmless from any and all loss or liability (whether in tort or in contract) which might arise from the use of the equipment exchanged under this contract for any purpose other than static display when such use results in (i) injury to or death of personnel of the Contractor or third parties; or (ii) damage to or destruction of real or personal property of the contractor or third parties.

( continued )

-5. GOVERNMENT BILL OF SALE (CLIN's 0001-0006)

As evidence of transfer of title of Government-owned equipment to the Contractor as required by DOD Property Disposal Manual DOD 4160.21-M-1, the Contracting Officer shall, upon the receipt of DD Form 250 evidencing delivery and acceptance of CLIN 0007, furnish the Contractor a Bill of Sale covering CLIN's 0001-0006 using the format required by DOD Property Disposal Manual DOD 4160-21-M-1. A copy of the Bill of Sale Document to be provided is included as Attachments "A" thru "G".

H-6. CONSTRUCTIVE CHANGE ORDERS:

No understanding or agreement, contract modification, change or other matter deviating from or constituting an alteration or change of terms of the contract will be effective or binding upon the Government unless formalized by contractual documents executed by the Contracting Officer or his duly authorized representative.

H-7. SPECIAL CANCELLATION PROVISION:

IN THE EVENT THE CONTRACTOR FAILS TO DELIVER/PERFORM IN ACCORDANCE WITH THE TERMS OF THIS CONTRACT, THE GOVERNMENT RESERVES THE RIGHT TO ISSUE A SIMPLE NO-COST/NO-LIABILITY CANCELLATION OF THE ENTIRE CONTRACT. THIS RIGHT IS IN ADDITION TO THE PROVISIONS OF GENERAL PROVISIONS NO. 23 (TERMINATION FOR CONVENIENCE OF THE GOVERNMENT) AND NO. 24 (DEFAULT) AND MAY BE EXERCISED AT THE SOLE OPTION OF THE GOVERNMENT IN LIEU THEREOF.

RT II - CONTRACT CLAUSES

SECTION I - CONTRACT CLAUSES

(FAR 52.252-2) CLAUSES INCORPORATED BY REFERENCE (JUN 1988) This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| NUMBER | FAR REFERENCE | CLAUSE OR PROVISION TITLE | DATE |
|---|---|---|---|
| 1. | 52.202-01 | Definitions | APR 1984 |
| 2. | 52.203-01 | Officials Not To Benefit | APR 1984 |
| 3. | 52.203-03 | Gratuities | APR 1984 |
| 4. | 52.203-05 | Covenant Against Contingent Fees | APR 1984 |
| 5. | 52.203-07 | Anti-Kickback Procedures | OCT 1988 |
| 6. | 52.215-01 | Examination of Records by Comptroller General | APR 1984 |
| 7. | 52.215-02 | Audit - Negotiation | DEC 1989 |
| 8. | 52.219-08 | Utilization of Small Business Concerns and Small Disadvantaged Business Concerns | FEB 1990 |
| 9. | 52.219-13 | Utilization of Woman-Owned Small Businesses | AUG 1986 |
| 10. | 52.220-03 | Utilization of Labor Surplus Area Concerns | APR 1984 |
| 11. | 52.222-20 | Walsh Healey Public Contracts Act | APR 1984 |
| 12. | 52.222-26 | Equal Opportunity | APR 1984 |
| 13. | 52.222-35 | Affirmative Action for Special Disabled and Vietnam Era Veterans | APR 1984 |
| 14. | 52.222-36 | Affirmative Action for Handicapped Workers | APR 1984 |
| 15. | 52.222-37 | Employment Records on Special Disabled Veterans and Veterans of the Vietnam Era | JAN 1988 |
| 16. | 52.223-06 | Drug-Free Workplace | JUL 1990 |
| 17. | 52.229-03 | Federal, State and Local Taxes | JAN 1991 |
| 18. | 52.229-05 | Taxes, Contracts Performed in U.S. Possessions or Puerto Rico | APR 1984 |
| 19. | 52.232-11 | Extras | APR 1984 |
| 20. | 52.233-01 | Disputes | APR 1984 |
| 21. | 52.243-01 | Changes - Fixed Price | AUG 1987 |
| 22. | 52.246-23 | Limitation of Liability | APR 1984 |
| 23. | 52.249-01 | Termination for Convenience of the Government (Fixed Price) (Short Form) | APR 1984 |
| 24. | 52.249-08 | Default (Fixed Price Supply and Service) | APR 1984 |

( continued )

## [illegible]ART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

### SECTION J - LIST OF ATTACHMENTS

| | |
|---|---|
| ATTACHMENT "A" | Government Bill of Sale, Aircraft C-117D; |
| ATTACHMENT "B" | Government Bill of Sale, Aircraft, Cessna 02A |
| ATTACHMENT "C" | Government Bill of Sale, Engines (2), Continental, Model 0470-4; |
| ATTACHMENT "D" | Government Bill of Sale, Propellers (2), McCauley, Model 2AF34C55-0; |
| ATTACHMENT "E" | Government Bill of Sale, Aircraft, BT-13A; |
| ATTACHMENT "F" | Government Bill of Sale, CJ-5 Jeep, Model 8300, 1975, Serial #063605; |
| ATTACHMENT "G" | Government Bill of Sale, CJ-5 Jeep, Model 8300, 1975, Serial #063606; |

RT IV- REPRESENTATIONS AND INSTRUCTIONS

SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS

K-1. (FAR) 52.203-4 CONTINGENT FEE REPRESENTATION AND AGREEMENT (APR 1984)

(a) Representation. The offeror represents that, except for full-time bona fide employees working solely for the offeror, the offeror -
NOTE: The offeror must check the appropriate boxes.
For interpretation of the representation, including the term "bona fide employee", see Subpart 3.4 of the Federal Acquisition Regulation.

(1) [ ] has, [X] has not employed or retained any person or company to solicit or obtain this contract; and

(2)[ ] has, [X] has not paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(b) Agreement. The offeror agrees to provide information relating to the above Representation as requested by the Contracting Officer and, when subparagraph (a)(1) or (a)(2) is answered affirmatively, to promptly submit to the Contracting Officer -

(1) A completed Standard Form 119, Statement of Contingent or Other Fees, (SF 119); or

(2) A signed statement indicating that the SF 119 was previously submitted to the same contracting office, including the date and applicable solicitation or contract number, and representing that the prior SF 119 applies to this offer or quotation.

K-2. (FAR) 52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (MAY 1989)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--

(A) Are [ ] are not [X] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have [ ] have not [X], within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for; commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and

( continued )

(C) Are [ ] are not [X] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) or this provision.
(ii) The Offeror has [ ] has not [X] within a three year period preceding this offer, had one or more contracts terminated for default by any Federal agency.
(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).
THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.
(b) The Offeror shall provide immediate written notice tothe Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.
(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.
(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinasry course of business dealings.
(e) The certification in paragraph (a) of this provision is a material representation of a fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

3. (FAR) 52.215-06 TYPE OF BUSINESS ORGANIZATION (JUL 1987)
The offeror or quoter, by checking the applicable box, represents that-
(a) It operates as [X] a corporation incorporated under the laws of the State of NEVADA, [ ] an individual, [ ] a partnership, [ ] a nonprofit organization, or [ ] a joint venture.
(b) If the offeror or quoter is a foreign entity, it operates as [ ] an individual, [ ] a partnership, [ ] a nonprofit organization, [ ] a joint venture, or [ ] a corporation, registered for business in ______________.
(country)

K-4. (FAR) 52.219-01 SMALL BUSINESS CONCERN REPRESENTATION (FEB 1990)
(a) Representation. The offeror represents and certifies as part of its offer that it [ ] is, [X] is not a small business concern and that [ ] all, [ ] not all end items to be furnished will be manufactured or produced by a small business concern in the United States, its territories or possessions, Puerto Rico, or the Trust Territory of the Pacific Islands.
(b) Definition.
"Small business concern", as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in this solicitation.
(c) Notice. Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small business concern in paragraph (a) of this clause in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall (1) be punished by imposition of a fine, imprisonment, or both; (2) be subject to administrative remedies; and (3) be ineligible for participation in programs conducted under the authority of the Act.

K-5. (FAR) 52.219-3 WOMEN-OWNED SMALL BUSINESS REPRESENTATION (APR 1984)
(a) Representation. The offeror represents that it [ ] is, [X] is not a women-owned small business concern.
(b) Definitions.
"Small Business Concern" as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in 13 CFR 121.
"Women-owned", as used in this provision, means a small business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business.

-6. (FAR) 52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (APR 1984)
The offeror represents that:
(a) It [ ] has, [X] has not participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;
(b) It [ ] has, [ ] has not, filed all required compliance reports; and
(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

N/A.

K-7. (FAR) 52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)
The offeror represents that (a) it [ ] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

N/A/

K-8. (DFAR) 252.219-7000 SMALL DISADVANTAGED BUSINESS CONCERN REPRESENTATION (DoD Contracts)(DEC 1991)

(a) Definition.

"Small disadvantaged business concern", as used in this provision, means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR Part 124, the majority of earnings of which directly accrue to such individuals. This term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively, In general, 13 CFR Part 124 describes a small disadvantaged business concern as a small business concern--

NA

(1) Which is at least 51 percent unconditionally owned by one or more socially and economically disadvantaged individuals; or

(2) In the case of any publicly owned business, at least 51 percent of the voting stock is unconditionally owned by one or more socially and economically disadvantaged individuals; and

(3) Whose management and daily business operations are controlled by one or more such individuals.

( continued )

(b) Representation.

Check the category in which your ownership falls--

______Subcontinent Asian (Asian-Indian) American (US Citzen with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, or Nepal)

______Asian-Pacific American (US Citizen with origins from Japan, China, the Philippines, Vietnam, Korea, Samoa, Guam, U.S. Trust Territory of the Pacific Islands, (Republic of Palau), the Northern Mariana Islands, Laos, Kampuchea (Cambodia), Taiwan), Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Republic of the Marshall Islands, or the Federated States of Micronesia)

N.A.

______Black American (US Citizen)

______Hispanic American (US Citizen with origins from South America, Central America, Mexico, Cuba, the Dominican Republic, Puerto Rico, Spain or Portugal)

______Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians, including Indian tribes or Native Hawaiian Organizations)

______Individual/concern, other than one of the preceding, currently certified for participation in the Minority Small Business and Capital Ownership Development Program under section 8(a) of the Small Business Act.

______Other

(c) Certifications.
Complete the following--

(1) The Offeror is ____, is not __X__ a small disadvantaged business concern.

(2) The Small Business Administration (SBA) has ______has not ______ made a determination concerning the Offeror's status as a small disadvantaged business concern. If the SBA has made such a determination, the date of the determination was ____________________and the offeror--

______Was found by the SBA to be socially and economically disadvantaged and no circumstances have changed to vary that determination.

______Was found by the SBA not to be socially and economically disadvantaged but circumstances which caused the determination have changed.

( continued )

(d) Notification.
Notify the Contracting Officer before award if your status as a small disadvantaged business concern changes.

(e) Penalties and Remedies.
Anyone who misrepresents the status of a concern as a small disadvantaged business for the purpose of securing a contract or subcontract shall--

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under authority of the Small Business Act.

M00264-92-C-0010
ATTACHMENT "A"

BILL OF SALE- AIRCRAFT, C-117D

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of Aircraft, C-117D, BuNo 50834; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Aircraft unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the ________ day of ____________________ in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this ________ day of ____________________, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this ________ day of ____________, 1992 A.D.

Notary__________________________

__________________________

MY COMMISSION EXPIRES

M00264-92-C-0010
ATTACHMENT "B"

BILL OF SALE- AIRCRAFT, Cessna 02A

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of Aircraft, Cessna 02A, BuNo 721300; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Aircraft unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the ________ day of ____________________ in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this ________ day of ____________________, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this _______ day of ____________, 1992 A.D.

Notary____________________________

____________________________

MY COMMISSION EXPIRES

BILL OF SALE- ENGINE, CONTINENTAL

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of (2) Engines, Continental, Model 0470-4, Serial #51063-5-M and #116216R; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Engines, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Engines unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the _______ day of ___________________ in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this ________ day of ___________________, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this _______ day of ___________, 1992 A.D.

Notary_________________________

_________________________

MY COMMISSION EXPIRES

M00264-92-C-0010
ATTACHMENT "D"

BILL OF SALE- PROPELLERS, MCCAULEY

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of (2) Propellers, McCauley, Model 2AF34C55-0, Serial #851543 and #851540; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Propellers, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Propellers unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the ________ day of ____________________ in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this ________ day of ____________________, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this ________ day of ____________, 1992 A.D.

Notary______________________________

______________________________
MY COMMISSION EXPIRES

M00264-92-C-0010
ATTACHMENT "E"

BILL OF SALE- AIRCRAFT, BT-13A

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of Aircraft, BT-13A, BuNo 41-10886; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Aircraft unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the ________ day of __________________ in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this ________ day of __________________, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this ________ day of ____________, 1992 A.D.

Notary______________________________

______________________________
MY COMMISSION EXPIRES

BILL OF SALE- JEEP, CJ-5

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of Jeep, CJ-5, 1975, Model 8300, Serial #063605; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Jeep, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Jeep unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the ________ day of ______________________ in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this ________ day of ____________________, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this ________ day of ____________, 1992 A.D.

Notary____________________________

____________________________
MY COMMISSION EXPIRES

# BILL OF SALE- JEEP, CJ-5

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of Jeep, CJ-5, 1975, Model 8300, Serial #063606; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Jeep, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Jeep unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the ________ day of ____________________ in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this _________ day of ____________________, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this ________ day of _____________, 1992 A.D.

Notary_____________________________ ____________________________

MY COMMISSION EXPIRES