LAFONT, TUNNELL, FORMBY, LAFONT & HAMILTON, L.L.P.

ATTORNEYS AND COUNSELORS

P.O. BOX 1510
PLAINVIEW, TEXAS 79073-1510

H.M. LAFONT
GRADDY TUNNELL
MARSHALL FORMBY (1911-1984)
BILL LAFONT*
*BOARD CERTIFIED, CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
TOM HAMILTON
BRENT HAMILTON

701 BROADWAY
SKAGGS BUILDING
Telephone: (806) 293-5361
Telecopy: (806) 293-5366
e-mail: thamilton@lafontlaw.com

October 23, 2000

Mr. John A. Dietrich
Senior Trial Attorney
Navy Litigation Office
General Counsel of the Navy
901 M. Street, SE Bldg. 36
Washington, DC 20374
*Via Fax:* *202685-6795*

**Re: ASBCA No. 50829**
**Appeal the Lan-Dale Company**
**Under Contract No. M00264-C-0010**

Dear Mr. Dietrich:

In your letter of 8 August, 2000, you sent the following documents to this office, you requested that Lan-Dale complete and sign the enclosed DLA Forms 1822, and forward by Federal Express to Mr. Michael E. Starn.

We are unable to comply with the request for the following reasons:

1. DLA Form 1822 states in the instructions, in part: "This form must be fully completed by applicants for Munitions List Items (MLI)/Strategic List Items (SLI) **prior to acceptance by the US Government and constitutes an integral part of this bid.**"

2. Under SECTION 1, APPLICABILITY, is stated: "This statement applies to the property for which we have submitted our bid/offer pursuant to the above identified invitation."

Lan-Dale **is not** an applicant making a bid **for Government property.**

This substitute Contract began as a Proposal submitted to the Marine Crops Air Ground Museum in 1991 by the Lan-Dale Co. at the Museum's request. The Proposal was accepted and a Contract was entered into in 1992. As a result of disputes related to that Contract, the issue was

referred to the Board of Contract Appeals as ASBCA No. 50829 which resulted in a Settlement meeting in May 1998. An agreement was reached at that meeting, and substitute Contract M00264-92-C-0003 was signed on January 18, 2000. Enclosed were Bills of Sale for the aircraft and engines dated February 7, 2000. The contract stated the items covered by the Bills of Sale were the property of Lan-Dale "as is where is" as of the date of the Bills of Sale and Lan-Dale was to remove the items within 60 days, which was 8 April 2000.

3. Under DLA Form 1822 "SECTION 1. GENERAL INFORMATION APPLICABILITY. "This statement applies to the property for which we have submitted our bid/off pursuant to the above identified invitation."

Lan-Dale was not appraised of the requirement to submit DLA Form 1822 until August, 2000, and cannot meet the requirement that Form 1822 be submitted along with the proposal in 1991.

In summary, DLA Form 1822 does not accommodate these exigencies, and is inconsistent with the terms of the contract. We believe that attempting to complete the form after the fact would require Lan-Dale provide false or misleading information in violation of SECTION III. 2.

Also another matter needs to be brought to your attention. Your letter of 24 November 1999 states "Further the additional T-39 appraised at $70,000.00." A. J. D'Alessandris was not given the opportunity to inspect this particular aircraft, BuNo 150548, until after the contract was consummated. Then upon inspection it became readily apparent to him that 150548 was not of the quality and value of the other four T-39 aircraft. Many critical components had been removed from the airframe and engines.

At this point A. J. D'Alessandris requested an independent appraisal of 150548 for the purpose of determining the market value. A copy of the appraisal is attached marked Exhibit "A". You will note that the appraisal is $20,000.00.

Sincerely yours,

LaFONT, TUNNELL, FORMBY,
LaFONT & HAMILTON, L.L.P.

By: Tom Hamilton
Tom Hamilton

TH:js

Enclosure

xc: Mr. A. J. D'Alessandris
LAN-DALE COMPANY
2000 East Airport Drive
Tucson, Arizona 85706