


"I have a very [illegible] attachment to this aircraft," ... Maj. Gen. Richard D. Hearney, commanding general of the 2d Marine Air Wing.

Hearney flew the "Gooney Bird" in Vietnam where he was part of the last command to own the aircraft in Iwakuni, Japan in 1983.

"It's a fantastic aircraft. I was just up at Quantico and I watched them prepare it for its flight here."

Hearney was joined for the plane's arrival by Brig. Gen. David A. Richwine, commanding general of Cherry Point.

27 FEB 92

C-117D BuNo 50834

Mission accomplished--------

On the ramp---MCAS CHERRY POINT

OFFICIAL U.S.M.C. PHOTOGRAPH



C-117D BuNo 50834
C-130 Escort enroute to
MCAS Cherry Point, NC.

OFFICIAL U.S.M.C. PHOTOGRAPH





**Top inset: "It flew beautifully." Bottom inset: Maj Jerry Banner, C-117 pilot, briefed Maj William A. Franchi and Capt Christopher P. Balesteri who followed in a KC-130.**




TM
UNITED STATES MARINES
834