*The Lan-Dale Co.*

1460 TERMINAL WAY
RENO, NEVADA 89502
AREA CODE 702/786-1460

ARIZONA OFFICE:
2000 E. AIRPORT DRIVE
TUCSON, ARIZONA 85706
(602) 746-1130

PLEASE REPLY TO: TUCSON

May 26, 1992

LtCol Carmen Dragotta
Officer-in-Charge
Marine Corps Air-Ground Museum
Quantico, VA 22134-5001

Dear LtCol Dragotta:

The enclosed documentation and pictures are for your files with regard to the VC-118B exchange. The motivating factor that prompted the exchange at the time was the MCAM's desire to have the C-117D, Bureau #50834 located at MCAS, Quantico,VA relocated to MCAS Cherry Point, NC.

This exchange was mutually agreed upon both in concept and monetary values by LtCol Beebe and myself.

Enclosed are the following:

1) My two page exchange proposal dated June 21, 1991 (marked Exhibit "A") and LtCol Bebee's acceptance dated June 28, 1991 (marked Exhibit "B"). The value of the VC-118B, Bureau #128427, based on current market values, was established at $500,000 and the values of the items to be received by the Lan-Dale Co. were established by the MCM.

2) Recent or current values of cargo C-118's (marked Exhibit "C") high time engines and air frames valued at $415,00 +. These are well used straight cargo air craft.

Also enclosed are pictures of the VC-118B taken the day prior to its delivery to MCAS Cherry Point, NC; the C-117D, Bureau #50834 was successfully flown to MCAS, Cherry Point, NC and is in a loan status pending a mutually agreed upon exchange. Its exchange value is as previously agreed $430,000.

This is the total and complete file and all of the information I have regarding this exchange.

Very truly yours,

A. J. D'Alessandris

AJD/b
Copies to: LtCol Rudy Schwanda
LtCol W. Beebe
Mr. Joseph Payton