UNITED STATES MARINE CORPS
MARINE CORPS BASE
QUANTICO, VIRGINIA 22134-5001

IN REPLY REFER TO:
4200
B40
23 May 02

JUN 2002
RECEIVED
S.S.G.H. & R.

Slutes, Sakrison, Grant, Hill & Rubin, P.C.
33 North Stone, Suite 1100
Tucson, Arizona 85701-1489

Attention: Mr. James M. Sakrison

Ref: Contract M00264-99-C-0003 (Lan-Dale Co.)

Dear Mr. Sakrison,

I am in receipt of Lan-Dale's letter dated 9 May 2002 identifying you as the attorney of record for a revised claim against the Government filed on 6 May 2002. I received the revised claim on 8 May 2002.

In order to become better informed of the facts of this case, I spoke to your assistant on 20 May 2002 about my need for additional information. The questions are as follows:

1. When was the payment for the de-militarization of the aircraft tendered to the Air Force Aerospace Maintenance and Regeneration Center (AMARC)?
2. Who was the Government agent at AMARC that Lan-Dale tendered payment to? (Please furnish the agent's name and telephone number)
3. What reason, if any, did the Government agent give refusing the payment?—
4. In order to substantiate your claim for lost profits, please provide proof of the existence of the business agreement for which potential profits were allegedly lost.

Please furnish me with answers to the foregoing questions by 5 June 2002 so I can make a timely decision.

For additional information please contact me at (703) 784-1921.

Gary E. Watson
Contracting Officer