Defense, the Coast Guard, the National Oceanic and Atmospheric Administration, or the Public Health Service [see 37 U.S.C. §801(b)].

c. For the purposes of 37 U.S.C. §801(b), "selling" means:

(1) Signing a bid, proposal, or contract;

(2) Negotiating a contract;

(3) Contacting an officer or employee of any of the foregoing departments or agencies for the purpose of:

(a) Obtaining or negotiating contracts,

(b) Negotiating or discussing changes in specifications, price, cost allowances, or other terms of a contract, or

(c) Settling disputes concerning performance of a contract: or

(4) Any other liaison activity with a view toward the ultimate consummation of a sale, although the actual contract therefor is subsequently negotiated by another person.

3. Neither these statutes nor this instruction preclude a retired Regular officer from accepting employment with private industry solely because his or her employer is a contractor with the Government.

Other laws applicable to present or former DOD personnel.

X. There are legal prohibitions concerning the following activities which may subject present and former DOD personnel to criminal or other penalties:

A. Aiding, abetting, counseling, commanding, inducing, or procuring another to commit a crime under any criminal statute (see 18 U.S.C. §201).

B. Concealing or failing to report to proper authorities the commission of a felony under any criminal statute if such personnel knew of the actual commission of the crime (see 18 U.S.C. §4).

C. Conspiring with one or more persons to commit a crime under any criminal statute or to defraud the United States, if any party to the conspiracy does any act to effect the object of the conspiracy (see 18 U.S.C. §371).

D. Lobbying with appropriated funds (see 18 U.S.C. §1913).

E. Disloyalty and striking (see 5 U.S.C. §7311, 18 U.S.C. §1918).

F. Disclosure of classified information (see 18 U.S.C. §798, 50 U.S.C. §783); and disclosure of confidential information (see 18 U.S.C. §1905).

G. Habitual use of intoxicants to excess (see 5 U.S.C. §7352).

H. Misuse of a Government vehicle (see 31 U.S.C. §1349).

I. Misuse of the franking privilege (see 18 U.S.C. §1719).

J. Deceit in an examination or personnel action in connection with Government employment (see 18 U.S.C. §1917).

K. Committing fraud or making false statements in a Government matter (see 18 U.S.C. §1001).

L. Mutilating or destroying a public record (see 18 U.S.C. §2071).

M. Counterfeiting and forging transportation requests (see 18 U.S.C. §508).

N. Embezzlement of Government money or property (see 18 U.S.C. §641); failing to account for public money (see 18 U.S.C. §643); and embezzlement of the money or property of another person in the possession of an employee by reason of his or her Government employment (see 18 U.S.C. §654).

O. Unauthorized use of documents relating to claims from or by the Government (see 18 U.S.C. §285).

P. Certain political activities (see 5 U.S.C. §§7321-27 and 18 U.S.C. §§602, 603, 606, and 607). These statutes apply to civilian employees; regulations govern military personnel.