JUL. 23. 2002 11:44AM SLUTES SAKRISON NO. 6490 P. 2/2

UNITED STATES MARINE CORPS
MARINE CORPS BASE
QUANTICO, VIRGINIA 22134-5001

IN REPLY REFER TO:
4200
B40
17

JUL 2002
RECEIVED
S.S.G.H. & R.

Slutes, Sakrison, Grant, Hill & Rubin, P.C.
33 North Stone, Suite 1100
Tucson, Arizona 85701-1489

Attention: Mr. James M. Sakrison

Ref: Contract M00264-99-C-0003 (Lan-Dale Co.)

Dear Mr. Sakrison,

On 3 July 2002 I received a response to my letter of 23 May 2002 requesting additional information. The response was provided by Mr. Tom Hamilton of LaFont, Tunnell, Formby, LaFont & Hamilton, L.L.P. Mr. D'Alessandris of Lan-Dale Co. previously identified your office as the attorney of record and directed that I submit all correspondence relative to the claim to you. I am confused at the present time why I received the response from Mr. Hamilton and not your firm.

Currently, I am awaiting additional information from the Air Force and anticipate a decision to your claim NLT 16 August 2002.

Gary E. Watson
Contracting Officer