UNITED STATES MARINE CORPS
MARINE CORPS BASE
QUANTICO, VIRGINIA 22134-5001

IN REPLY REFER TO:
4200
16 Aug 02

AUG 2002
RECEIVED
S.S.G.H. & R

Slutes, Sakrison, Grant, Hill & Rubin, P.C.
33 North Stone, Suite 1100
Tucson, Arizona 85701-1489

Attention: Mr. James M. Sakrison

Ref: Contract M00264-99-C-0003 (Lan-Dale Co.)

Dear Mr. Sakrison,

I drafted a response to your claim submitted under the referenced contract and have forwarded to my legal department for review and comment

I should have a final decision to you NLT 23 August 2002.

Gary E. Watson
Contracting Officer