HEADQUARTERS UNITED STATES MARINE CORPS
MUSEUMS BRANCH
MARINE CORPS HISTORY AND MUSEUMS DIVISION
2014 ANDERSON AVENUE
QUANTICO, VIRGINIA 22134-5002

In Reply Refer To:
HDM/AJP
20 Sep 1994
[redacted]

MEMORANDUM FOR THE RECORD

Subj: ISSUES FOR INVESTIGATION BY THE INSPECTOR GENERAL

1. Due to recently disclosed actions, I am concerned that an employee of the U.S. Government, Rudy T. Schwanda, Command Historian, MCAS Cherry Point, North Carolina may have acted in a manner inappropriate for an employee in his position.

2. Mr. Schwanda is a retired Marine Lieutenant Colonel currently employed by MCAS Cherry Point as the Command Historian and Liaison to the A.A. Cunningham Aviation Museum Foundation. While on active duty he served as the Officer-in-Charge of the Marine Corps Air-Ground Museum at MCB Quantico.

3. In the course of a U.S.C. Title 10 exchange transaction between the Marine Corps Air-Ground Museum (MCAGM) and The Lan-Dale Co., I believe Mr. Schwanda established a personal relationship with the President of that company, Mr. A. J. D'Alessandris. That personal relationship has interfered with this matter. It is possible that LtCol Schwanda, USMC (Ret) has:

1) acted as representative or agent for The Lan-Dale Co.,

2) given Mr. D'Alessandris information relating to museum aircraft and their disposition,

3) has advised Mr. D'Alessandris on his opinion relating to discussions between the MCAGM and Lan-Dale in which he has no authority to interfere,

4) traveled with Mr. D'Alessandris,

5) received copies of government documents from Mr. D'Alessandris for his personal comment, guidance, and review,

6) attempted to negotiate on behalf of The Lan-Dale Co. in order to ensure a significant margin of profit for that company,

7) arranged storage and ramp space at MCAS Cherry Point, at government expense, for a C-117D, BuNo 50834 aircraft, which is owned by The Lan-Dale Co.,

8) conspired with Col B. Nihart, USMC (Ret) to create a favorable circumstance in which Mr. D'Alessandris could introduce an exchange proposal to the Marine Corps which, if approved, would result in significant profit (about $500,000) for The Lan-Dale Co. which would violate existing regulations,

C C

9) drafted and faxed a letter to Col Nihart, USMC (Ret)(which Col Nihart partially retyped and presented to BGen Simmons USMC (Ret), the Director of the History and Museums Division, HQMC) which was used in an unsuccessful effort to gain approval for an exchange proposal from which was received on 15 Sept 1994.

4. All documents relating to the exchange of the C-117D, BuNo 50834 are on file at the Marine Corps Air-Museum, Building 2014, MCB Quantico, Va. and have been reviewed by the Counsel to the Commanding General, Marine Corps Combat Development Command, Quantico, Va. This entire matter was reviewed by Counsel during the entire period of discussions with Mr. D'Alessandris. It is with Counsel's concurrence that I bring this matter before the Inspector General.

A. J. PONNWITZ
Colonel, U.S. Marine Corps
Head, Museums Branch

00320