UNITED STATES MARINE CORPS
MARINE CORPS AIR BASES, EASTERN ARE
CHERRY POINT, NORTH CAROLINA 28533-5000

IN REPLY REFER TO:

INS
10 Jul 95

From: Chief of Staff, Marine Corps Air Bases, Eastern Area, Cherry Point
To: Lieutenant Colonel John W. Ferrari [redacted] USMC

Subj: PRELIMINARY INQUIRY INTO ALLEGATIONS OF MISCONDUCT AND CONSPIRACY WHILE CONDUCTING U.S.C. TITLE 10 AIRCRAFT EXCHANGES FOR THE MARINE CORPS MUSEUM

1. You are directed to conduct a preliminary inquiry to inquire into the circumstances surrounding the subject allegations.

2. You shall investigate all facts and circumstances surrounding the allegations and report findings of facts, opinions, and recommendations upon completion of the inquiry.

3. The Staff Judge Advocate, Marine Corps Air Station, Cherry Point will be available to provide technical and legal advice throughout the course of the inquiry. The Station Inspector's Office, Marine Corps Air Station, Cherry Point will provide necessary clerical assistance for recording the proceedings and preparing the record.

W. W. SCHEFFLER

Copy to:
SJA, MCAS
Inspector, MCAS

ENC. (1)

From: Lieutenant Colonel J.W. Ferrari
To: Chief of Staff Marine Corps Air Bases Eastern Area, Cherry Point
Via: Staff Judge Advocate Marine Corps Air Station, Cherry Point

Subj: PRELIMINARY INQUIRY INTO ALLEGATIONS OF MISCONDUCT AND CONSPIRACY WHILE CONDUCTING U.S.C. TITLE 10 AIRCRAFT EXCHANGES FOR THE MARINE CORPS MUSEUM

Ref: (a) Yr ltr 5800 ovr INS dtd 10 Jul 95
(b) CMC ltr 5370 ovr IGA dtd 13 June 95
(c) Phonecon w/Major Sabal, CMC, of 17 June 95

1. Reference (a) indicates that the subject inquiry should investigate all the facts and circumstances surrounding the allegations. The issues outlined reference (b) regard allegedly inappropriate actions taken by an officer (since retired) while on active duty as a member of the HQMC Museums Branch and stationed at MCB Quantico. Reference (c) indicates that the reason the investigation was assigned to MCABE was that MCAS Cherry Point was the primary beneficiary of his actions. Accordingly, the extent of the investigation may demand a considerable period of time before resolution can be reached, and involve 1 or more funded trips to review pertinent documents and interview those who could have information bearing on the subject.

2. Given the complexity of the issues and the fact that these actions took place while the subject officer was on active duty, working for the HQMC Museums Division and based at MCB Quantico, it would appear that the investigation should properly fall under the cognizance of HQMC vice MCABE. The reasoning cited by reference (c) is not relevant. JAGINST 5800.7C para 0206 supports this.

3. Recommend the investigation be returned to the Inspector General without action as a matter that falls under the purview of HQMC vice MCABE. If this is not possible, request clarification on the intended scope of the inquiry.

Very Respectfully

**UNITED STATES MARINE CORPS**
MARINE CORPS AIR STATION
PSC BOX 8003
CHERRY POINT, NORTH CAROLINA 28533-0003

IN REPLY REFER TO:
7510
INS
3 Aug 95

From: Chief of Staff, Marine Corps Air Bases, Eastern Area, Cherry Point
To: Lieutenant Colonel John W. Ferrari [redacted] USMC

Subj: PRELIMINARY INQUIRY INTO ALLEGATIONS OF MISCONDUCT AND CONSPIRACY WHILE CONDUCTING U.S.C. TITLE 10 AIRCRAFT EXCHANGES FOR THE MARINE CORPS MUSEUM

Ref: (a) Yr ltr 5800 FSC of 19 Jul 95

1. In response to the reference, I do not concur with your recommendation to return this investigation over to the HQMC Inspector General without action.

2. There are many issues concerning Lieutenant Colonel Schwanda, USMC (retired) which can and should be addressed by this Command. It is the Investigating Officer's responsibility to investigate and resolve all possible issues. Those issues that you believe can not be answered through Lieutenant Colonel Schwanda's testimony and records he has on file should be addressed separately. We will take further action as deemed appropriate at that time.

3. If you believe that funded temporary additional duty trips are required, contact me and we will discuss the matter. For now, proceed with your inquiry and keep me informed of your progress.

W. W. SCHEFFLER

ENCL. (2)