P. 01

MEMORANDUM 8 August 1995

RE: Preliminary Inquiry

Dear Mr. D'Alessandris,

I sincerely enjoyed talking with you the other evening and apologize for not faxing this immediately, too much going on around here.

What you should have is a copy of the forwarding correspondence from the Headquarters U.S. Marine Corps Inspector General's office sending the allegations made by Col. Ponnwitz down to Cherry Point for resolution, and the memorandum which contains Col. Ponnwitz's original allegations...4 pages total including this note.

In all there are 10 points to answer. The first is in the forwarding correspondence where it alleges that LtCol. Schwanda, while on active duty, established a relationship with the Lan Dale Company which ultimately led to the creation of a favorable circumstance for his employment at MCAS Cherry Point. Curiously, you will note that this is not an allegation made by Col. Ponnwitz in his original memorandum. I can only speculate as to why the Inspector General's office is adding this to the claims made by Col. Ponnwitz. It seems rather odd to me. The other 9 allegations are contained in the memorandum from Col. Ponnwitz to the Inspector General.

Some of these claims are poor works of fiction that are readily transparent. Never-the-less, they need to addressed in order to provide the proper response to the Inspector General. Any comment you may have to offer will be more than adequate. If you do not wish to comment or have no knowledge of specific allegations that is certainly acceptable.

Your assistance in bringing this matter to a conclusion is sincerely appreciated, especially since you are under no obligation to provide any help at all. It is hoped that the conclusion of this inquiry will speed favorable resolution of the issue with the Quantico Museum.

I will give a copy of the inquiry to LtCol Schwanda when it is comleted. Since Col. Ponnwitz is not available before the 20th of August to interview, that probably won't happen before the end of this month. I believe this inquiry is the "IG investigation" mentioned by Ms. Clark in her 16 June 95 letter to Mr. Hamilton.

Semper Fidelis,

John W. Ferrari
LtCol. USMC

OPTIONAL FORM 99 (7-90)

| FAX TRANSMITTAL | # of pages ► 4 |
|---|---|
| To A.J. D'Alessandris | From LT COL J.W. FERRARI |
| Co./Agency LAN DALE Company | Phone # 919 466-5901 |
| Fax # | Fax # |