15 FEB 1998

AIRFREIGHT OPERATION - MEXICO
SABRELINER/T-39 (NA 265)

OPERATING COST ANALYSIS

FIXED COSTS: (based on 1,300 hours per year per aircraft).

| | | Per Hour |
|---|---|---|
| Salaries: | | |
| Pilot: | $2,500 per month; $30,000 per year | $23.07 |
| Copilot: | $1,000 per month; $12,000 per year | 9.23 |
| Insurance: | Approximately $15,000 per year | 11.53 |
| Administrative expense: | | 76.92 |
| | TOTAL FIXED COSTS PER HOUR | $120.75 |

DIRECT COSTS:

| | |
|---|---|
| Fuel, 600 gallons per hour | $180.00 |
| Engine reserves | 75.00 |
| Hot section - 2 engines, $40,000 @ 1,500 hours | 26.66 |
| Mechanic - labor | 75.00 |
| Parts | 175.00 |
| TOTAL DIRECT COSTS PER HOUR | $531.66 |
| TOTAL FIXED COSTS & DIRECT COSTS PER HOUR | $652.41 |