07

LAFONT, TUNNELL, FORMBY, LAFONT & HAMILTON, L.L.P.
ATTORNEYS AND COUNSELORS

P.O. BOX 1510
PLAINVIEW, TEXAS 79073-1510

H.M. LAFONT
GRADDY TUNNELL
MARSHALL FORMBY (1911-1984)
BILL LAFONT*
*BOARD CERTIFIED, CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
TOM HAMILTON

701 BROADWAY
SKAGGS BUILDING
Telephone(806)293-5361
Telecopy(806)293-5366

January 19, 1995

Penny M. Clark
Counsel for the Commanding General
Marine Corp Combat Division Development Command
Quantico, Virginia 22134-5001

Re: Exchange of C-117D BuNo. 50834 for four (4) HH-1Ks and three (3) T-34Bs

Dear Ms. Clark:

I have attempted to contact you by telephone on several occasions in regard to the above referred to exchange contract. It is my understanding that you have been out of the office. We need to take some action in regard to this matter in the near future. Consequently, I am forwarding to you three letters which I have in my file concerning the exchange contract. It is my understanding that the letter dated August 3, 1994 addressed to General Simmons, which outlines the circumstances regarding the exchange contract was prepared by Lieutenant Colonel R. Schwanda for Colonel F. Brooke Nihart. You should have in your file a cover letter from Colonel Nihart which was attached to the letter addressed to General Simmons, dated August 3, 1994.

Also enclosed is a letter from E. H. Simmons, Brigadier General, United States Marine Corps, Retired, to A. J. D'Alessandris, dated September 20, 1994, and a letter to this firm from Major Gerald A. Banner.

The enclosed documents set forth a rather detailed history of the circumstances relating to the exchange agreements entered into between the parties.

I believe it would be helpful to you to talk personally with the individuals with the United States Marine Corps who were directly involved in the transactions which are the subject matter of this dispute. For this reason, I am furnishing to you the name, address and telephone number so that you can contact the individuals personally for the purpose of reviewing the facts and circumstances relating to the exchange contract:

1. Colonel F. Brooke Nihart
United States Marine Corps, Retired
6208 Kellogg Drive
McLean, Virginia 22101
Telephone Number: (703) 356-6714

2. Lieutenant Colonel William Beebe II
United States Marine Corps, Retired
250 Maverick
Route 3, Box 705
Ashville, Alabama 35953-9511
Telephone Number: (205) 594-4419

3. Lieutenant Colonel R. Schwanda
United States Marine Corps, Retired
202 Sumpter Court
Havelock, North Carolina 28532
Telephone Number - Office: (919) 466-4479
Home: (919) 444-6220
Fax: (919) 466-3287

4. Major Gerald A. Banner
United States Marine Corps, Retired
Defense Attache Office
United States Embassy
Windhoek, Namibia
Telephone Number: 264-61-221601
Private Fax: 264-61-426811

Mr. D'Alessandris has in the past enjoyed good and cordial working relationship with the United States Marine Corps Museum. It is certainly not his desire to become entangled in litigation regarding the exchange contracts, however, this issue has to be resolved promptly.

After you have had an opportunity to review the enclosed documents and talk with the above named individuals concerning this matter, I would certainly appreciate it if you would contact me at your earliest convenience.

41



Sincerely yours,

LaFONT, TUNNELL, FORMBY,
LaFONT & HAMILTON, L.L.P.

By: Tom Hamilton
Tom Hamilton

TH:tjb
Enclosures

xc: A. J. D'Alessandris
*Via Fax 602-889-0226*

xc: Colonel F. Brooke Nihart
United States Marine Corps, Retired
6208 Kellogg Drive
McLean, Virginia 22101

xc: Lieutenant Colonel William Beebe II
United States Marine Corps, Retired
250 Maverick
Route 3, Box 705
Ashville, Alabama 35953-9511

xc: Lieutenant Colonel R. Schwanda
United States Marine Corps, Retired
202 Sumpter Court
Havelock, North Carolina 28532

xc: Major Gerald A. Banner
United States Marine Corps, Retired
Defense Attache Office
United States Embassy
Windhoek, Namibia

92

LAFONT, TUNNELL, FORMBY, LAFONT & HAMILTON, L.L.P.

ATTORNEYS AND COUNSELORS

P.O. BOX 1510
PLAINVIEW, TEXAS 79073-1510

H.M. LAFONT
GRADDY TUNNELL
MARSHALL FORMBY (1911-1984)
BILL LAFONT*
*BOARD CERTIFIED, CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
TOM HAMILTON

701 BROADWAY
SKAGGS BUILDING
Telephone(806)293-5361
Telecopy(806)293-5366

February 7, 1995

*Certified Mail, Return Receipt Requested No. Z 698 619 584*

Penny M. Clark
Counsel for the Commanding General
Marine Corps Combat Development Command
Quantico, Virginia 22134-5001

Re: Exchange of C-117D BuNo. 50834 for four (4) HH-1Ks and three (3) T-34Bs

Dear Ms. Clark:

On January 19, 1995, I wrote a letter to you which contained pertinent documentation regarding exchange of the above referred to aircraft. I have received no response from you. A. J. D'Alessandris is interested in getting the issues relating to the exchange of aircraft resolved at the earliest possible date. It is certainly not his desire to become involved in litigation; however, this issue has been pending for quite sometime and no real progress has been made in solving the problem. Consequently, it is beginning to appear that unless we can get some response from the U.S. Marine Corps Museum concerning the matter, the only option available to Mr. D'Alessandris is litigation.

I have talked at length with Mr. D'Alessandris concerning this matter. He would like to make arrangements to have a meeting with counsel, along with representatives of the U.S. Marine Corps Museum and the various parties who have been involved in this transaction for the purpose of attempting to resolve the problem.

Mr. D'Alessandris has requested that we make arrangements for a meeting in the near future to review all of the aspects of the exchange contract with Colonel F. Brooke Nihart, Lieutenant Colonel William Beebe II, and Lieutenant Colonel R. Schwanda present at the meeting.

We suggest that the meeting take place at the U.S. Marine Corps Museum in Quantico, Virginia, or such other location as might be convenient with all the parties.

COPY

Please contact me concerning this matter at your earliest convenience and let me know what is being done to get this problem resolved.

Sincerely yours,

LaFONT, TUNNELL, FORMBY,
LaFONT & HAMILTON

ORIGINAL SIGNED BY
TOM HAMILTON

By:
Tom Hamilton

TH:dey

xc: Tony D'Alessandris
The Lan-Dale Company
2000 East Airport Drive
Tucson, Arizona 85706

xc: Colonel F. Brooke Nihart
United States Marine Corps, Retired
6208 Kellogg Drive
McLean, Virginia 22101

xc: Lieutenant Colonel William Beebe II
United States Marine Corps, Retired
250 Maverick
Route 3, Box 705
Ashville, Alabama 35953-9511

xc: Lieutenant Colonel R. Schwanda
United States Marine Corps, Retired
202 Sumpter Court
Havelock, North Carolina 28532

77

LAFONT, TUNNELL, FORMBY, LAFONT & HAMILTON, L.L.P.

ATTORNEYS AND COUNSELORS

P.O. BOX 1510
PLAINVIEW, TEXAS 79073-1510

H.M. LAFONT
GRADDY TUNNELL
MARSHALL FORMBY (1911-1984)
BILL LAFONT*
*BOARD CERTIFIED, CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
TOM HAMILTON

701 BROADWAY
SKAGGS BUILDING
Telephone (806)293-5361
Telecopy (806)293-5366

March 3, 1995

*(Certified Mail - Return Receipt Requested - #Z 033 759 583)*

Penny M. Clark
Counsel for the commanding General
Marine Corps Combat Development Command
Quantico, Virginia 22134-5001

Re: Exchange of C-117D BuNo. 50834 for four (4) HH-1Ks and three (3) T-34Bs

Dear Ms. Clark:

On February 7, 1995, I wrote a letter to you in regard to the above referred to exchange contract. The purpose of this letter was to furnish information which would be helpful in evaluating the circumstances relating to the contracts. We believe that a review of the facts relating to the exchange agreement would establish the following:

1. A. J. D'Alessandris was originally contacted by the Officer in Charge of the U. S. Marine Corps Museum and asked if he would assist the museum in making arrangements to transport the C117D located at MCAS Quantico, Virginia to MCAS Cherry Point, North Carolina.

2. It was determined that A. J. D'Alessandris would become the temporary owner of the C-117D and at the suggestion of the Officer in Charge exchange agreements, which are the subject matter of this dispute, were prepared for the purpose of accommodating the U.S. Marine Corps Museum in their effort to transport the C-117D to MCAS Cherry Point, North Carolina.

3. The two page exchange proposal submitted by A. J. D'Alessandris was approved by the Museum subject to approval by higher authority.

4. Upon receipt of the Exchange Contract from the Museum's Contracting Office, Mr. D'Alessandris signed this contract knowing that his two page proposal had been approved by higher authority as submitted.

5. Representatives of the U. S. Marine Corps Museum either through

95



negligence or willful intent failed to notify Mr. D'Alessandris that the aforesaid two page exchange proposal had been modified.

6. In reliance upon the representations which were made to him, Mr. D'Alessandris performed his part of the exchange contract.

7. After the contract had been completed by Mr. D'Alessandris, he was notified by representatives of the museum that his two page proposal, which was the basis for this contract, had been modified without his knowledge, approval or consent.

8. Once the aircraft was transferred to the MCAS Cherry Point, North Carolina, the representatives of the museum seem to have lost interest in taking action necessary to uphold the agreements entered into between the parties.

I have previously sent a number of letters to you concerning this matter, including the name and addresses of individuals who have pertinent knowledge of the facts relevant to the negotiations and agreements entered into between the parties.

To date I have received no response from any party concerning this matter. I believe if representatives of the museum would take the time necessary to investigate the circumstances relating to these transactions, the merit of Mr. D'Alessandris's claim would become readily apparent.

As I indicated to you in my letter of February 7, 1995, it is not Mr. D'Alessandris's desire to become involved in litigation; however, he has sustained substantial damages as a result of the failure of representatives of the museum to notify him that the proposed agreement had been modified.

Ignoring this problem will not make it go away. It is the desire of Mr. D'Alessandris to resolve the issue in an equitable matter without litigation. However, if the museum continues to ignore his request that some action be taken to remedy this inequity, the parties will become involved in Congressional action-litigation.

96



Sincerely yours,

LaFONT, TUNNELL, FORMBY,
LaFONT & HAMILTON, L.L.P.

By: Tom Hamilton
Tom Hamilton

COPY

TH:tjb

xc: A. J. D'Alessandris
The Lan-Dale Company
2000 East Airport Drive
Tucson, Arizona 85706

xc: Colonel F. Brooke Nihart
United States Marine Corps, Retired
6208 Kellogg Drive
McLean, Virginia 22101

xc: Lieutenant Colonel William Beebe II
United States Marine Corps, Retired
250 Maverick
Route 3, Box 705
Ashville, Alabama 35953-9511

xc: Lieutenant Colonel R. Schwanda
United States Marine Corps, Retired
202 Sumpter Court
Havelock, North Carolina 28532