

BuNo. 150548









BuNo. 150648

C ST

| AMARC ID | NSN | C I | ISG # | UM | NOMENCLATURE | ERR | WHY | QTY | ISS | UNIT PRICE | AC S | MDS | ACFT SR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AN7T0008 | 1377007561384E | U | | EA | CART FIRE EXT | XB3 | | 2 | 0 | $42.49 | PC | T039D | 00150548 |
| AN7T0008 | 1560000182328 | U | 5074 | EA | PANEL ASSEMBLY,SLID | XB3 | | 1 | 0 | $3,094.32 | PC | T039D | 00150548 |
| AN7T0008 | 1560P0501432373 | U | | EA | MODIFICATION KIT | XB3 | | 1 | 0 | $1,000.00 | PC | T039D | 00150548 |
| AN7T0008 | 1650009045836 | U | 5976 | EA | CYLINDER ASSEMBLY,A | XD2 | | 1 | 0 | $3,777.27 | PC | T039D | 00150548 |
| AN7T0008 | 1660006530170 | U | | EA | INDICATOR ASSY O YG | XB3 | | 3 | 0 | $82.00 | PC | T039D | 00150548 |
| AN7T0008 | 1660010455827G | U | 4809 | EA | CONTROL BOX,ELECTR | XD2 | | 1 | 0 | $1,810.00 | PC | T039D | 00150548 |
| AN7T0008 | 1680004317945 | U | | EA | BELT,AIRCRAFT SAFET | XB3 | F | 1 | 0 | $228.66 | PC | T039D | 00150548 |
| AN7T0008 | 2915009170849P | U | | EA | FUEL CONTROL,MAIN T | XD2 | | 2 | 0 | $48,293.31 | PC | T039D | 00150548 |
| AN7T0008 | 2915009667731G | 7 | | EA | PUMP,SUBMERGED,AIR | XD2 | | 1 | 0 | $4,310.98 | PC | T039D | 00150548 |
| AN7T0008 | 2995008886103 | U | 5069 | EA | VALVE,REGULATOR,T39 | XD2 | | 1 | 0 | $1,966.07 | PC | T039D | 00150548 |
| AN7T0008 | 4140009672070G | U | | EA | FAN,VANE,AXIAL,T39 | XB3 | | 1 | 0 | $2,184.16 | PC | T039D | 00150548 |
| AN7T0008 | 4320008690561G | U | | EA | PUMP,AXIAL PISTONS | XD2 | | 2 | 0 | $4,960.00 | PC | T039D | 00150548 |
| AN7T0008 | 4820008066172 | U | | EA | VALVE,REGULATOR,FL | XD2 | | 1 | 0 | $3,702.49 | PC | T039D | 00150548 |
| AN7T0008 | 5110008142027 | U | | EA | AXE,CRASH | XB3 | | 1 | 0 | $46.50 | PC | T039D | 00150548 |
| AN7T0008 | 5821006010481FZ | 7 | | EA | RECEIVER ASSY,RADIO | XD2 | | 1 | 0 | $5,070.00 | PC | T039D | 00150548 |
| AN7T0008 | 5826008133020 | 7 | 5437 | EA | INDICATOR,BEARING | XD2 | | 2 | 0 | $4,402.71 | PC | T039D | 00150548 |
| AN7T0008 | 5826008821203 | 7 | 7583 | EA | INDICATOR,BEARING | XD2 | | 1 | 0 | $3,440.00 | PC | T039D | 00150548 |
| AN7T0008 | 5826009480417 | 7 | 1381 | EA | RECEIVER-TRANSMITTE | XD2 | | 1 | 0 | $14,330.00 | PC | T039D | 00150548 |
| AN7T0008 | 5826009539465 | 7 | 6750 | EA | INDICATOR,BEARING | XD2 | | 1 | 0 | $3,090.00 | PC | T039D | 00150548 |
| AN7T0008 | 5831000085602FZ | U | 1446 | EA | CONTROL,INTERCOMMU | XD2 | | 1 | 0 | $15,570.00 | PC | T039D | 00150548 |
| AN7T0008 | 5831009600839G | U | | EA | SWITCHING UNIT ASSE | XB3 | | 1 | 0 | $10,550.00 | PC | T039D | 00150548 |
| AN7T0008 | 5831009898978FZ | U | 6740 | EA | CONTROL,INTERCOMMU | XD2 | | 4 | 0 | $646.00 | PC | T039D | 00150548 |
| AN7T0008 | 5895001491319 | 7 | 5089 | EA | RECEIVER-TRANSMITTE | XD2 | | 1 | 0 | $12,400.00 | PC | T039D | 00150548 |
| AN7T0008 | 5895004713174C | 7 | 1590 | EA | MONITOR,TRANSPONDE | XD2 | | 1 | 0 | $2,979.73 | PC | T039D | 00150548 |
| AN7T0008 | 5985000198501 | U | 3851 | EA | ANTENNA | XB3 | | 2 | 0 | $69.00 | PC | T039D | 00150548 |
| AN7T0008 | 5985000198501 | U | 3851 | EA | ANTENNA | XB3 | L | 4 | 0 | $69.00 | PC | T039D | 00150548 |
| AN7T0008 | 5985007629925E | 7 | 5745 | EA | ANTENNA | XD2 | | 1 | 0 | $4,560.00 | PC | T039D | 00150548 |
| AN7T0008 | 6110000191385FZ | U | 7823 | EA | REGULATOR,VOLTAGE | XD2 | | 1 | 0 | $1,550.00 | PC | T039D | 00150548 |
| AN7T0008 | 6115009881713U | U | | EA | GENERATOR ALTERNATI | XD2 | | 1 | 0 | $4,162.58 | PC | T039D | 00150548 |
| AN7T0008 | 6125005002078FZ | U | 3361 | EA | MOTOR-GENERATOR | XD2 | | 1 | 0 | $305.00 | PC | T039D | 00150548 |
| AN7T0008 | 6130012206331 | U | | EA | CIRCUIT CARD ASSEMB | XB3 | F | 1 | 0 | $1,019.70 | PC | T039D | 00150548 |
| AN7T0008 | 6140009128935 | U | 1703 | EA | BATTERY | XF3 | | 2 | 0 | $1,317.60 | PC | T039D | 00150548 |
| AN7T0008 | 6605000342500 | 7 | 1805 | EA | INDICATOR,HORIZONTA | XD2 | | 1 | 0 | $8,405.05 | PC | T039D | 00150548 |

| AMARC ID | NSN | C I | SG # | UM | NOMENCLATURE | ERR | WHY | QTY | ISS | UNIT PRICE | AC S | MDS | ACFT SR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AN7T0008 | 6605008068120G | 7 | 3313 | EA | AMPLIFIER ASSEMBLY | XD2 | | 1 | 0 | $4,247.74 | PC | T039D | 00150548 |
| AN7T0008 | 6610001795175B | 7 | 1813 | EA | INDICATOR,VERTICAL | XD2 | | 1 | 0 | $481.47 | PC | T039D | 00150548 |
| AN7T0008 | 6610001811746FZ | 7 | 5994 | EA | TRANSDUCER,COUNTIN | XD2 | | 1 | 0 | $3,080.00 | PC | T039D | 00150548 |
| AN7T0008 | 6610004056461 | 7 | 7368 | EA | ALTIMETER,PRESSURE | XD2 | | 1 | 0 | $4,892.72 | PC | T039D | 00150548 |
| AN7T0008 | 6610008724303 | 7 | 3064 | EA | COMPUTER | XD2 | | 1 | 0 | $1,517.71 | PC | T039D | 00150548 |
| AN7T0008 | 6610009395237 | 7 | 1808 | EA | INDICATOR,ATTITUDE | XD2 | | 1 | 0 | $8,036.66 | PC | T039D | 00150548 |
| AN7T0008 | 6610010395020B | U | 2432 | EA | ALTIMETER,PRESSURE | XD2 | | 1 | 0 | $4,630.00 | PC | T039D | 00150548 |
| AN7T0008 | 6615000209327B | 7 | 3211 | EA | GYROSCOPE,DISPLACE | XD2 | | 1 | 0 | $8,650.00 | PC | T039D | 00150548 |
| AN7T0008 | 6615000613131 | 7 | 1914 | EA | GYROSCOPE,RATE | XD2 | | 2 | 0 | $2,408.38 | PC | T039D | 00150548 |
| AN7T0008 | 6615008038211 | 7 | | EA | GYROSCOPE,DISPLACE | XD2 | | 1 | 0 | $6,779.46 | PC | T039D | 00150548 |
| AN7T0008 | 6615008326601FZ | 7 | 3211 | EA | GYROSCOPE,DISPLACE | XD2 | | 1 | 0 | $8,650.00 | PC | T039D | 00150548 |
| AN7T0008 | 6615010597909 | 7 | 1916 | EA | GYROSCOPE,RATE | XD2 | | 1 | 0 | $4,312.29 | PC | T039D | 00150548 |
| AN7T0008 | 6620006781935 | U | 2039 | EA | INDICATOR RATE OF | XD2 | | 1 | 0 | $2,831.84 | PC | T039D | 00150548 |
| AN7T0008 | 6620006908905 | U | | EA | INDICATOR,PRESSURE | XB3 | | 1 | 0 | $311.00 | PC | T039D | 00150548 |
| AN7T0008 | 6620007379762 | U | 2917 | EA | TRANSMITTER,RATE OF | XD2 | | 1 | 0 | $5,426.57 | PC | T039D | 00150548 |
| AN7T0008 | 6620009933403 | U | 2039 | EA | INDICATOR | XD2 | | 1 | 0 | $2,831.84 | PC | T039D | 00150548 |
| AN7T0008 | 6645005887611 | J | 5878 | EA | CLOCK,AIRCRAFT | XD2 | | 2 | 0 | $913.07 | PC | T039D | 00150548 |
| AN7T0008 | 6645008141706 | J | 5878 | EA | CLOCK,AIRCRAFT,MECH | XD2 | | 1 | 0 | $913.07 | PC | T039D | 00150548 |
| AN7T0008 | 6680004660657G | U | 3314 | EA | INDICATOR LIQUID QU | XD2 | | 2 | 0 | $3,851.38 | PC | T039D | 00150548 |
| AN7T0008 | 6685009611677G | U | 3728 | EA | INDICATOR ASSEMBLY | XD2 | | 1 | 0 | $9,110.00 | PC | T039D | 00150548 |

**TOTAL $ 321,880.76**



BuNo. 156547





C. ST

| AMARC_ID | NSN | C I | ISG # | UM | NOMENCLATURE | ERR | WHY | QTY | ISS | UNIT PRICE | AC_S | MDS | ACFT_SR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AN7T0021 | 1377007561384E | U | | EA | CART FIRE EXT | XB3 | | 2 | 0 | $42.49 | PC | T039D | 00150547 |
| AN7T0021 | 1650009611678G | U | 4760 | EA | MOTOR,HYDRAULIC | XD2 | | 1 | 0 | $8,350.00 | PC | T039D | 00150547 |
| AN7T0021 | 1660010455827G | U | 4809 | EA | CONTROL BOX,ELECTR | XD2 | | 1 | 0 | $1,810.00 | PC | T039D | 00150547 |
| AN7T0021 | 1680004317945 | U | | EA | BELT,AIRCRAFT SAFET | XB3 | F | 1 | 0 | $228.66 | PC | T039D | 00150547 |
| AN7T0021 | 4240008513430 | U | | EA | GOGGLES,INDUSTRIAL | XB3 | | 1 | 0 | $6.72 | PC | T039D | 00150547 |
| AN7T0021 | 5110008142027 | U | | EA | AXE,CRASH | XB3 | | 1 | 0 | $46.50 | PC | T039D | 00150547 |
| AN7T0021 | 5821006010481FZ | 7 | | EA | RECEIVER ASSY,RADIO | XD2 | | 1 | 0 | $5,070.00 | PC | T039D | 00150547 |
| AN7T0021 | 5985000198501 | U | 3851 | EA | ANTENNA | XB3 | | 2 | 0 | $69.00 | PC | T039D | 00150547 |
| AN7T0021 | 5985000198501 | U | 3851 | EA | ANTENNA | XB3 | L | 6 | 0 | $69.00 | PC | T039D | 00150547 |
| AN7T0021 | 6130009667836 | U | | EA | POWER SUPPLY | XB3 | | 2 | 0 | $465.08 | PC | T039D | 00150547 |
| AN7T0021 | 6130012206331 | U | | EA | CIRCUIT CARD ASSEMB | XB3 | F | 1 | 0 | $1,019.70 | PC | T039D | 00150547 |
| AN7T0021 | 6645005887611 | J | 5878 | EA | CLOCK,AIRCRAFT | XD2 | | 2 | 0 | $913.07 | PC | T039D | 00150547 |
| AN7T0021 | 6645009508599 | J | 6832 | EA | CLOCK,PANEL | XD2 | | 1 | 0 | $653.70 | PC | T039D | 00150547 |

TOTAL $ 20,578.56













C...IST

| AMARC ID | NSN | C | ISG # | UM | NOMENCLATURE | ERR | WHY | QTY | ISS | UNIT PRICE | AC_S | MDS | ACFT SR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AN7T0025 | 1377007561384E | U | | EA | CART FIRE EXT | XB3 | | 2 | 0 | $42.49 | PC | T039D | 00151336 |
| AN7T0025 | 1650009045836 | U | 5976 | EA | CYLINDER ASSEMBLY,A | XD2 | | 1 | 0 | $3,777.27 | PC | T039D | 00151336 |
| AN7T0025 | 1660010455827G | U | 4809 | EA | CONTROL BOX,ELECTR | XD2 | | 1 | 0 | $1,810.00 | PC | T039D | 00151336 |
| AN7T0025 | 1680004317945 | U | | EA | BELT,AIRCRAFT SAFET | XB3 | L | 1 | 0 | $228.66 | PC | T039D | 00151336 |
| AN7T0025 | 2995008886103 | U | 5069 | EA | VALVE,REGULATOR,T39 | XD2 | | 1 | 0 | $1,966.07 | PC | T039D | 00151336 |
| AN7T0025 | 4240008513430 | U | | EA | GOGGLES,INDUSTRIAL | XB3 | | 2 | 0 | $6.72 | PC | T039D | 00151336 |
| AN7T0025 | 5110008142027 | U | | EA | AXE,CRASH | XB3 | | 2 | 0 | $46.50 | PC | T039D | 00151336 |
| AN7T0025 | 5821006010481FZ | 7 | | EA | RECEIVER ASSY,RADIO | XD2 | | 1 | 0 | $5,070.00 | PC | T039D | 00151336 |
| AN7T0025 | 5831009600839G | U | | EA | SWITCHING UNIT ASSE | XB3 | | 1 | 0 | $10,550.00 | PC | T039D | 00151336 |
| AN7T0025 | 5985000198501 | U | 3851 | EA | ANTENNA | XB3 | | 2 | 0 | $69.00 | PC | T039D | 00151336 |
| AN7T0025 | 5985000198501 | U | 3851 | EA | ANTENNA | XB3 | L | 4 | 0 | $69.00 | PC | T039D | 00151336 |
| AN7T0025 | 6130009667836 | U | | EA | POWER SUPPLY | XB3 | | 2 | 0 | $465.08 | PC | T039D | 00151336 |
| AN7T0025 | 6130012206331 | U | | EA | CIRCUIT CARD ASSEMB | XB3 | F | 1 | 0 | $1,019.70 | PC | T039D | 00151336 |
| AN7T0025 | 6140009128935 | U | 1703 | EA | BATTERY | XF3 | | 2 | 0 | $1,317.60 | PC | T039D | 00151336 |
| AN7T0025 | 6645005887611 | J | 5878 | EA | CLOCK,AIRCRAFT | XD2 | | 3 | 0 | $913.07 | PC | T039D | 00151336 |

TOTAL $ 31,331.69


BuNo 150541







BuNo. 150813





'JST

'99

| AMARC ID | NSN | CII | ISG # | UM | NOMENCLATURE | ERR | WHY | QTY | ISS | UNIT PRICE | AC_S | MDS | ACFT_SR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AN7T0027 | 1377007561384E | U | | EA | CART FIRE EXT | XB3 | | 2 | 0 | $42.49 | PC | T039D | 00150543 |
| AN7T0027 | 1560P150543 | U | | EA | MOUNTING BRACKET | XB3 | | 1 | 0 | $50.00 | PC | T039D | 00150543 |
| AN7T0027 | 1660011409400 | U | | EA | MASK,OXYGEN | XF3 | | 9 | 0 | $150.00 | PC | T039D | 00150543 |
| AN7T0027 | 1680004317945 | U | | EA | BELT,AIRCRAFT SAFET | XB3 | F | 1 | 0 | $228.66 | PC | T039D | 00150543 |
| AN7T0027 | 5110008142027 | U | | EA | AXE,CRASH | XB3 | | 1 | 0 | $46.50 | PC | T039D | 00150543 |
| AN7T0027 | 5821006010481FZ | 7 | | EA | RECEIVER ASSY,RADIO | XD2 | | 1 | 0 | $5,070.00 | PC | T039D | 00150543 |
| AN7T0027 | 5841ND324565LX | U | | EA | RECEIVER TRANSMITTE | XB3 | H | 1 | 0 | $17,680.91 | PC | T039D | 00150543 |
| AN7T0027 | 5841P900625F | U | | EA | ANTENNA,T39D ACFT | XB3 | H | 1 | 0 | $100.00 | PC | T039D | 00150543 |
| AN7T0027 | 5841P900626F | U | | EA | RADAR IND,T39D ACFT | XB3 | H | 1 | 0 | $100.00 | PC | T039D | 00150543 |
| AN7T0027 | 5841PAPX-93 | U | | EA | REC/TRANS,IFF,T39D | XB3 | H | 1 | 0 | $1,000.00 | PC | T039D | 00150543 |
| AN7T0027 | 6130009667836 | U | | EA | POWER SUPPLY | XB3 | | 1 | 0 | $465.08 | PC | T039D | 00150543 |
| AN7T0027 | 6130010055392FZ | U | | EA | INVERTER,POWER,STAT | XD2 | H | 1 | 0 | $4,500.00 | PC | T039D | 00150543 |
| AN7T0027 | 6140012384932 | U | | EA | BATTERY ASSEMBLY | XB3 | | 2 | 0 | $780.10 | PC | T039D | 00150543 |
| AN7T0027 | 6545009196650 | U | | EA | FIRST AID KIT,GENER | XB3 | H | 1 | 0 | $29.95 | PC | T039D | 00150543 |
| AN7T0027 | 6645000763050 | J | 5878 | EA | CLOCK,PANEL | XD2 | | 1 | 0 | $913.07 | PC | T039D | 00150543 |
| AN7T0027 | 6645003274005 | J | 5878 | EA | CLOCK,AIRCRAFT,MECH | XD2 | | 1 | 0 | $913.07 | PC | T039D | 00150543 |

TOTAL $ 34,092.42













CC .T 0.

| AMARC_ID | NSN | CI | ISG# | UM | NOMENCLATURE | ERR | WHY | QTY | ISS | UNIT_PRICE | AC_S | MDS | ACFT_SR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AN7T0026 | 1377007561384E | U | | EA | CART FIRE EXT | XB3 | | 2 | 0 | $42.49 | PC | T039D | 00150969 |
| AN7T0026 | 1680004317945 | U | | EA | BELT,AIRCRAFT SAFET | XB3 | L | 1 | 0 | $228.66 | PC | T039D | 00150969 |
| AN7T0026 | 5110008142027 | U | | EA | AXE,CRASH | XB3 | | 1 | 0 | $46.50 | PC | T039D | 00150969 |
| AN7T0026 | 5821006010481FZ | 7 | | EA | RECEIVER ASSY,RADIO | XD2 | | 1 | 0 | $5,070.00 | PC | T039D | 00150969 |
| AN7T0026 | 5841ND324565LX | U | | EA | RECEIVER TRANSMITTE | XB3 | H | 1 | 0 | $17,680.91 | PC | T039D | 00150969 |
| AN7T0026 | 5841P900625F | U | | EA | ANTENNA,T39D ACFT | XB3 | H | 1 | 0 | $100.00 | PC | T039D | 00150969 |
| AN7T0026 | 5841P900626F | U | | EA | RADAR IND,T39D ACFT | XB3 | H | 1 | 0 | $100.00 | PC | T039D | 00150969 |
| AN7T0026 | 5841PAPX-93 | U | | EA | REC/TRANS,IFF,T39D | XB3 | H | 1 | 0 | $1,000.00 | PC | T039D | 00150969 |
| AN7T0026 | 6130009667836 | U | | EA | POWER SUPPLY | XB3 | | 1 | 0 | $465.08 | PC | T039D | 00150969 |
| AN7T0026 | 6140012384932 | U | | EA | BATTERY ASSEMBLY | XB3 | | 2 | 0 | $780.10 | PC | T039D | 00150969 |
| AN7T0026 | 6645003274005 | J | 5878 | EA | CLOCK,AIRCRAFT,MECH | XD2 | | 1 | 0 | $913.07 | PC | T039D | 00150969 |
| AN7T0026 | 6645009508599 | J | 6832 | EA | CLOCK,PANEL | XD2 | | 1 | 0 | $653.70 | PC | T039D | 00150969 |

TOTAL $ 27,903.10























