LAFONT, TUNNELL, FORMBY, LAFONT & HAMILTON, L.L.P.

Attorneys and Counselors
P. O. Box 1510
Plainview, Texas 79073-1510

H. M. LaFONT
GRADDY TUNNELL
MARSHALL FORMBY (1911-1984)
BILL LaFONT*
*BOARD CERTIFIED CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
TOM HAMILTON
BRENT HAMILTON

701 Broadway
Skaggs Building
Telephone 806-293-5361
Telecopy 806-293-5366

June 30, 1998

John A. Dietrich
Senior Trial Attorney
Navy Litigation Office
General Counsel of the Navy
901 M Street, SE, Bldg. 36
Washington, DC 20374

*Via Fax 202-685-6795*

Re: Settlement Agreement - The Lan-Dale Co./United States Marine Corps Air Ground Museum Exchange Contracts

Dear Mr. Dietrich:

It has been some time since I have received any communication from you regarding the preparation of settlement documents to conclude the settlement agreement entered into between the parties on May 11, 1998.

I attempted to contact you by telephone, but missed you. I am concerned that the Armed Services Board of Contract Appeals' extension will expire prior to the time that the settlement agreement has been approved and executed by the parties. My records indicate that the Board of Contract Appeals extended the stay for 45 days, until 15 July 1998. For this reason, Lan-Dale requests that you immediately forward to this office for review and signature the settlement agreement for transfer the following items and aircraft to Lan-Dale:

Davis-Montham AFB:

| | |
|---|---|
| T-39D | BuNo 151336 |
| T-39D | BuNo 150543 |
| T-39D | BuNo 150547 |
| T-39D | BuNo 150969 |
| T-39D | BuNo Unknown (to be designated) |

Cherry Point:

| | |
|---|---|
| VT-39E | BuNo 157354 |
| T-34B | BuNo 140908 |

Five (5) T-39D (J60-P3) zero time engines as agreed (to be designated)

All aircraft located Davis Montham and Cherry Point to be released to Lan-Dale at no cost.

Lan-Dale acquires aircraft and engines on "as is, where-is" basis.

Please furnish the settlement agreement to Lan-Dale for review and approval at the earliest possible date.

Sincerely yours,

LaFONT, TUNNELL, FORMBY,
LaFONT & HAMILTON, L.L.P.

By: Tom Hamilton
Tom Hamilton

TH:dey

xc: A. J. D'Alessandris, President
THE LAN-DALE CO.
2000 East Airport Drive
Tucson, Arizona 85706

*Via Fax 520-889-0226*