**Hays Roxann Civ AMARC/FSO**

**From:** anthony_mazzone@icpphil navy mil
**Sent:** Wednesday, June 30, 1999 8 49 AM
**To:** walsh michael@hq navy mil
**Subject:** T-39s

Mike:

Thanks for the copy of the MEMORANDUM, June 22, 1999, "APPROVAL OF MODIFICATION OF GOE WITH THE CIVILIAN SECTOR".

About a year ago I wrote to Karen and Mr. Dietrich advising that they should be aware of, and give consideration to, costs involved in removing aircraft from AMARC. There will be fees for escort, preparation and towing In order to avoid the untenable situation of AMARC storing aircraft no longer owned by the military services, I suggest that title be turned over only when the aircraft reach the gate and all fees have been paid.

Also, 5 of the J-60 engines are still installed on the aircraft AMARC should have provided an estimate for removal.

I'm just sending this as a reminder of what needs to be considered in modifying the contract.