C & J SALES

800 / 828-3597
phone/fax/mess.
805 / 389-1950
outside U S A
805 / 484-5840
hangar

50 Durley Avenue
Camarillo, CA 93010

June 20, 2000

To: Whom It May Concern
RE: North American T-39D buno 150548

C & J Sales primary business is the sales, support and repair of the military surplus aircraft. We have been in business since 1988 and are recognized by lenders and insurance underwriters as a source for evaluation and appraisal.

This estimation of value is in response to a previous appraisal summary that appears below. It is clear that a miscalculation was made in the valuation of T-39D buno 150548.

| | | | | | |
|---|---|---|---|---|---|
| T-39D | buno | 151336 | $50,000 | removed items | $ 31,331.69 |
| T-39D | buno | 150543 | $50,000 | removed items | $ 34,092.42 |
| T-39D | buno | 150547 | $55,000 | removed items | $ 20,578.56 |
| T-39D | buno | 150969 | $50,000 | removed items | $ 27,903.10 |
| T-39D | buno | 150548 | $70,000 | removed items | $321,880.76 |

All aircraft were inspected on June 13, 2000 and appear to be similar in condition and total airframe/engine time. Buno 150548, however, does not show any reason to have the higher value of $70,000 versus the other aircraft of $50,000. Further, I would reduce the valuation of buno 150548 by the removed items being 10 times more than the other four aircraft included in the previous appraisal.

Valuation of T-39D buno 150548 should be $20,000 and it should be considered a parts aircraft because of the cost of replacement of the removed items.

Sincerely,

Charles S. Smith

Charles S. Smith