# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING: DO-C9E — PAGE 1 OF PAGES 5

2. CONTRACT (Proc. Inst. Ident.) NO. M00264-99-C-0003

3. EFFECTIVE DATE

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.

5. ISSUED BY — CODE M00264
COMMANDING GENERAL - PANDC BR (B215)
CATLIN AVENUE
MARINE CORPS BASE
QUANTICO, VA 22134

6. ADMINISTERED BY (If other than Item 5) — CODE
See Item 5

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, state and zip code)
THE LAN-DALE CO
5895 ALPHA AVENUE
RENO, NV 89506

CODE — FACILITY CODE

8. DELIVERY
[ ] FOB ORIGIN [ X] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
EXCHANGE - THERE IS NOT EXCHANGE OF FUNDS

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: — ITEM

11. SHIP TO/MARK FOR — CODE
NO CONTACTS IDENTIFIED
TMO
BLDG 2009
QUANTICO, VA 22134

12. PAYMENT WILL BE MADE BY — CODE
DFAS - KC/FE
1500 E. 95TH STREET
KANSAS CITY, MO 64197-0013

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA

| 15A. ITEM NO. | 15B. SUPPLIES/ SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

15G. TOTAL AMOUNT OF CONTRACT $0.00

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/ CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| | C | DESCRIPTION/ SPECS./ WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 3 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 4 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 5 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [ ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [ ] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ____ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
A.J. D'ALESSANDRIS President

20A. NAME AND TITLE OF CONTRACTING OFFICER
KATHY GERBERT / CONTRACT SPECIALIST
GARY E. WATSON
CONTRACTING OFFICER

19B. NAME OF CONTRACTOR
The Lan-Dale Co.
BY [signature] (Signature of person authorized to sign)

19C. DATE SIGNED

20B. UNITED STATES OF AMERICA
BY [signature] (Signature of Contracting Officer)

20C. DATE SIGNED
1/18/00

NSN 7540-01-152-8069 — 26-107 — STANDARD FORM 26 (REV. 4-85)
PREVIOUS EDITION UNUSABLE — GPO 1985 O - 469-794 — Prescribed by GSA FAR (48 CFR) 53.214(a)

**SECTION B**
**SUPPLIES OR SERVICE AND PRICES/COSTS**

| ITEM NUMBER | SUPPLIES / SERVICES | QUANTITY | AMOUNT |
|---|---|---|---|
| 0001 | EXCHANGE OF AIRCRAFT, in an "as is, where is" condition, (CLIN's 0001AA through 0001AJ) owned by the U.S. Marine Corps, for AIRCRAFT (CLIN 0002AA and 0002AB) owned by THE LAN-DALE COMPANY, 5995 Alpha Ave., RENO, NV 89506 | | |
| 0001AA | T-34B, BuNo 140908 | 1 EACH | EXCHANGE |
| 0001AB | T-39D, BuNo 151336 | 1 EACH | EXCHANGE |
| 0001AC | T-39D, BuNo 150543 | 1 EACH | EXCHANGE |
| 0001AD | T-39D, BuNo 150547 | 1 EACH | EXCHANGE |
| 0001AE | T-39D, BuNo 150969 | 1 EACH | EXCHANGE |
| 0001AF | T-39D, BuNo 150548 | 1 EACH | EXCHANGE |
| 0001AG | VT-39E, BuNo 157354 | 1 EACH | EXCHANGE |
| 0001AH | T-39, ENGINES<br>S/N J60P-3A-637667<br>S/N J60P-3A-637670<br>S/N J60P-3A-637593<br>S/N J60P-3A-637597<br>S/N J60P-3A-637671 | 5 EACH | EXCHANGE |
| 0001AJ | MISC. ITEMS EXCHANGE | 1 LT | EXCHANGE |
| 0001AK | RESTORE AND TRANSPORT<br>C-117-D, BuNo 50834 | 1 EACH | EXCHANGE |
| 0002 | EXCHANGE OF AIRCRAFT in an "as is, where is" condition, (CLIN 0002AA) owned by THE LAN-DALE COMPANY, 5995 Alpha Ave., RENO, NV 89506 for AIRCRAFT (CLIN's 0001AA through 0001AK) owned by the U.S. Marine Corps | | |
| 0002AA | VC-118, BuNo 128427 | 1 EACH | EXCHANGE |
| 0002AB | C-117-D, BuNo. 50834 | 1 EACH | EXCHANGE |

SECTION C
DESCRIPTION / SPECS / WORK STATEMENT

C-1 SCOPE OF WORK

C-1.1 RECITATIONS, PURPOSE AND RELEASE

C-1.1.1 WHEREAS, the Lan-Dale Company (hereinafter, "the contractor" or "the Lan-Dale Company") filed a claim with the contracting officer and an appeal to the Armed Services Board of Contract Appeals, docketed as ASBCA No. 50829; and,

C-1.1.2 WHEREAS, both the Lan-Dale Company and the Government desire a complete and universal resolution of all disputes, claims and appeals, of every kind and nature; and,

C-1.1.3 NOW, THEREFORE, this substituted contract (see paragraph H-8, *infra.*) resolves all disputes between the United States Marine Corps and The Lan-Dale Company during the period 1 January 1990 to the date of this contract. The acceptance of this contract by The Lan-Dale Company constitutes full resolution of disputes, claims and appeals against the United States Government. By accepting the terms and conditions of this contract, the Lan-Dale Company irrevocably and absolutely releases, remises, waives and forever discharges all claims, liabilities, damages, suits, actions or causes of action which it ever had, now has, or may have against the United States Government under contract number M00264-92-C-0010 and all oral agreements related to said contract.

C-1.2 The Government Property listed in CLINS 0001AA to 0001AJ of Section "B" of this contract shall be, or have been, delivered to The Lan-Dale Company "AS IS, WHERE IS", with no warranties implied or operational condition guaranteed. The Government does not warrant that all parts necessary for operation are present on the Government property identified in CLINS 0001AA to 0001AJ. Additionally, the Government does not warrant that the parts identified in logbooks are present. Further, all estimated values used in negotiation were prepared strictly to assist the Government, and do not constituted warranties or representations upon which the Lan-Dale Company can reasonably rely.

C-2 GOVERNMENT PROPERTY LOCATION

C-2.1 CLIN 0001AA and 0001AG are located at Marine Corp Air Station, Cherry Point, NC.

C-2.2 CLINs 0001AB, 0001AC, 0001AD, 0001AE, 0001AF, and 0001AH are located at Davis Monthan Air Force Base, AZ

C-2.3 CLIN 0001AJ is already in the possession of the Lan-Dale Company.

C-3 CONTRACTOR RESPONSIBILITIES

C-3.1 The transportation of all equipment from current locations shall be the responsibility of the Contractor.

C-3.2 All costs for transportation, presentation, insurance, and incidentals Related to the movement of the property shall be at the Contractor's expense.

C-3.3 The services required under CLIN 0001AK have already been performed by the contractor.

C-4 This agreement does not relieve the Lan-Dale company of any past, present or future tax obligations it may have to the United States.

C-5 The parties acknowledge that this is a jointly drafted, integrated contract. The parties acknowledge that they have fully read and understood this contract. The parties further acknowledge that they employed licensed legal counsel to

advise them of the binding legal meaning of the obligations set forth in this contract.

C-6 RATIFICATION OF BILLS OF SALE PREVIOUSLY EXCHANGED UNDER CONTRACT No. M00264-92-C-0010

Recognizing that the Government has previously executed Bills of Sale in favor of the Lan-Dale Company under Contract No. M00264-92-C-0010, and further recognizing that the present contract substitutes for Contract No. M00264-92-C-0010 (see paragraphs H.8, *infra,*), the parties hereby ratify anew the following previously executed Bills of Sale as good and proper consideration in this present contract:

C-6.1 CLIN 0001AJ:

The bills of sale listed below constitute full satisfaction of the Government's obligations under CLIN 0001AJ of this contract

- Bill of Sale - Aircraft, Cessna 02A, 20 Feb 1992
- Bill of Sale - Engine, Continental, 20 Feb 1992
- Bill of Sale - Propellers, McCauley, 20 Feb 1992
- Bill of Sale - Aircraft, BT-13A, 20 Feb 1992
- Bill of Sale - Jeep, CJ-5, 20 Feb 1992 (Serial No. 063605)
- Bill of Sale - Jeep, CJ-5, 20 Feb 1992 (Serial No. 063606)

Copies of the Bills of Sale listed above are contained in attachment I of this contract

C-6.2 CLINs 0001AK AND 0002AB:

The parties also ratify anew the Government's Bill of Sale - Aircraft, C-117D, dated 20 Feb 1992, that pertains to the C-117D, BuNo. 50834, and identified in CLINs 0001AK and 0002AB of this contract. The Lan-Dale Company, by signing this contract, agrees to convey titled back to the Government under CLIN 0002AB. The Government shall accept title in accordance with paragraph F.1 and F.2, *infra*.

C-7 The official signing this contract on behalf of the Lan-Dale Company warrants that he is duly authorized by the Lan-Dale Company to execute this contract as a binding obligation of the Lan-Dale Company. Further the official signing this contract warrants that the Lan-Dale Company, its officers, its principals and its agents have not assigned or otherwise transferred all or any part of the company's rights arising out of contract number M00264-92-C-0010.

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

## SECTION D
## PACKAGING AND MARKING

D-1 Shipping, licensing and minimum insurance requirements shall conform with current federal, state and local regulations for each state included in the Contractor travel arrangements.

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

## SECTION E
## INSPECTION AND ACCEPTANCE

E-1 MATERIAL INSPECTION AND RECEIVING REPORT
As evidence of acceptance of CLINs 0002AA and 0002AB, the Contracting Officer's Representative (COR) shall prepare and sign or as appropriate, have the Contractor sign Material Inspection and Receiving Reports (DD 250) with the block numbers 1, 2, 3, 7, 8, 9, 15, 16, 17 and 21B completed. The originals shall be furnished to the Contracting Officer, MCB, Quantico, VA , with a copy furnished to the Contractor.

E-2 Acceptance for CLINs 0001AA and 0001AG will be made at MCAS Cherry Point, NC; acceptance for CLINs 0001AB, 0001AC, 0001AD, 0001AE, 0001AF, and 0001AH will be made at Davis Monthan AFB, AZ.

E-3 FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full test. Upon request the Contracting officer will make their full text available.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| FAR REFERENCE | CLAUSE OR PROVISION TITLE | DATE |
|---|---|---|
| 52.246-02 | Inspection of Supplies Fixed Price | JUL 1985 |
| 52.246-16 | Responsibility for Supplies | APR 1984 |

E-4 Risk of Loss Prior to Acceptance. The Government assumes no responsibility for maintaining the items described in CLINs 0001AA to 0001AJ from signing of this contract to removal by the contractor. The Lan-Dale Company accepts all risk of loss or damage these items.

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

**SECTION F**

**DELIVERIES OR PERFORMANCE**

F-1 The Airplanes listed in CLINs 0002AA and 0002AB are currently located at Cherry Point, MCB, NC and shall be transferred in place "AS IS, WHERE IS", on an F.O.B. Destination basis within sixty (60) days from effective date of the contract.

F-2 Titles to CLIN 0002AA and CLIN 0002AB shall transfer to the Government upon acceptance and will be evidenced by execution of a Material Inspection and Receiving Report (DD-250).

F-3 Title to CLINs 0001AA, 0001AB, 0001AC, 0001AD, 0001AE, 0001AF, 0001AG, 0001AH shall transfer to the Contractor upon execution by the Government of a Bill of Sale which shall be accomplished after receipt of the Material Inspection and Receiving Report referenced in section E-1. Bills of Sale shown in attachments "A" through "H".

F-4 FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full test. Upon request the Contracting officer will make their full text available.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| FAR REFERENCE | CLAUSE OR PROVISION TITLE | DATE |
|---|---|---|
| 52.247-34 | F.O.B. Destination | APR 1984 |

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

## SECTION G
## CONTRACT ADMINISTRATION DATA

G-1 All contract Administration functions shall be retained by the Contracting Officer, Purchasing and Contracting Branch (B-215), 2010 Henderson Road, Quantico, VA 22134. Any inquiries pertaining to the administration or performance of this contract should be directed to the Contract Administrator, telephone (703)784-1925. See H.2

G-2 This contract is for the direct exchange of property between the United States Government and The Lan-Dale Company. The exchange is a result of a settlement of contract claims and disputes between the United States Government and The Lan-Dale Company. In accordance with as ASBCA No. 50829, both parties have agreed that there is to be no monetary compensation.

G-3 The Contractor shall provide the United States Government with Bills of Sale for CLINs 0002AA and 0002AB to the address below:

COMMANDING GENERAL
PURCHASING AND CONTRACTING (B215)
3250 CATLIN ROAD
QUANTICO, VA 22134

G-4 Report of Property received (DD 250) shall be prepared by the Contracting Officer's Representative, in accordance with local requirements and paragraph E-1 in section E.

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

H-1 Concurrent with the execution of this contract, the Parties hereby agree to release and withdraw, with prejudice any claims now pending against the other in any forum whatsoever, including ASBCA Appeal Number 50829, and that the Parties shall relinquish forever any claims known or unknown, arising now or at any time in the future against the other in connection with this exchange agreement or any previous transaction; provided however, that this release shall not abridge, enlarge, or abrogate the rights of each Party to this Agreement to secure free and clear title and ownership to the items of exchange set forth in Section C of this Agreement. The Appellant specifically releases the Government from claims for attorney's fees, interest and for costs arising out of or related to its ASBCA Claim No. 50829.

H-2 The Contracting Officer's Representative (COR) for this project is Mike Starn, Quantico Marine Air / Ground Museum. - See G-1

H-3 The authority of the COR is confined to inspection and acceptance of the deliverable items as specified herein, and to coordinate and monitor the service performed hereunder. Only the Contracting Officer has the authority to authorize deviations from specifications or requirements. In the event the Contractor does deviate without written approval of the Contracting Officer, such deviations shall be at the risk of, and any cost related thereto shall be borne by, the Contractor.

H-4 CLINs 0001AA, 0001AB, 0001AC, 0001AD, 0001AE, 0001AF, 0001AG, 0001AH, 0001AJ shall be delivered in "AS IS, WHERE IS" condition. Contractor shall obliterate all stars, bars, insignia and service markings wherever they appear, prior to assuming ownership, without expressed or implied warranty of any kind. Removal of CLINs 0001AA, 0001AB, 0001AC, 0001AD, 0001AE, 0001AF, 0001AG, 0001AH, 0001AJ shall not take place until CLINs 0002AA and 002AB has been delivered and accepted by the Government and a Bill of Sale issued. Removal of CLINs 0001AA, 0001AB, 0001AC, 0001AD, 0001AE, 0001AF, 0001AG, 0001AH, from military property, shall take place within sixty (60) days after the issuing of Bill Of Sale.

H-5 Both the Contractor and Government represent that the equipment exchanged under the terms and conditions of this contract is in satisfaction of the Contractor's ASBCA Claim No 50829, Neither party warrants the fitness of the equipment exchanged hereunder for any purpose. The Contractor undertakes and agrees to indemnify and hold the Government, its agents, officers and employees harmless from any and all loss or liability (whether in tort or in contract) which might arise from the use of the equipment exchanged under this contract for any purpose other than static display when such use results in (i) injury to or death of personnel of the Contractor or third parties; or (ii) damage to or destruction of real or personal property of the Contractor or third parties.

H-6 GOVERNMENT BILL OF SALE (CLINs 0001AA, 0001AB, 0001AC, 0001AD, 0001AE, 0001AF, 0001AG, 0001AH)
As evidence of transfer of title of Government-owned equipment to the Contractor as required by DOD Property Disposal Manual DOD 4160.21-1, the Contracting Officer shall, upon the receipt of DD Form 250 evidencing delivery and acceptance of CLIN 0002AB, furnish the Contractor a Bill of Sale covering CLINs 0001AA - 0001AH using the format required by DOD Property Disposal Manual DOD 4160-21-M-1. A copy of the Bill of Sale Document to be provided is included as Attachments "A" through "J".

H-7 CONSTRUCTIVE CHANGE ORDERS
No understanding or agreement, contract modification, change or other matter deviating from or constituting an alternation or change of terms of the contract will be effective or binding upon the Government unless formalized by contractual documents executed by the Contracting Officer or his duly authorized representative.

H-8 This contract, Contract No. M00264-99-C-0003, is a substitute contract in place of Contract No. M00264-92-C-0010. This contract is accepted by each party in satisfaction and discharge of the other's obligations under Contract No. M00264-92-C-0010. Breach of this substituted contract does not give either party the right to enforce duties under Contract No. M00264-92-C-0010.

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

## SECTION I
## CONTRACT CLAUSES

FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (IAW FAR 52.107(b)) JUN 1988

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

| | | |
|---|---|---|
| 52.202-1 | DEFINITIONS | OCT 1995 |
| 52.203-3 | GRATUITIES | APR 1984 |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES | APR 1984 |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | JUL 1995 |
| 52.203-7 | ANTI-KICKBACK PROCEDURES | JUL 1995 |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | JAN 1997 |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | JAN 1990 |
| 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER | JUN 1996 |
| 52.215-2 | AUDIT AND RECORDS--NEGOTIATION | AUG 1996 |
| 52.222-20 | WALSH-HEALEY PUBLIC CONTRACTS ACT | DEC 1996 |
| 52.223-2 | CLEAN AIR AND WATER | APR 1984 |
| 52.223-6 | DRUG-FREE WORKPLACE | JAN 1997 |
| 52.223-13 | CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING | OCT 1996 |
| 52.223-14 | TOXIC CHEMICAL RELEASE REPORTING | OCT 1996 |
| 52.228-5 | INSURANCE - WORK ON A GOVERNMENT INSTALLATION | JAN 1997 |
| 52.228-7 | INSURANCE - LIABILITY TO THIRD PERSONS | MAR 1996 |
| 52.233-1 | DISPUTES | DEC 1998 |
| 52.233-3 | PROTEST AFTER AWARD | AUG 1996 |
| 52.237-2 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT AND VEGETATION | APR 1984 |
| 52.242-13 | BANKRUPTCY | JUL 1995 |
| 52.243-1 | CHANGES--FIXED-PRICE | AUG 1987 |
| 52.244-6 | SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS | OCT 1998 |
| 52.245-4 | GOVERNMENT-FURNISHED PROPERTY (SHORT FORM) | APR 1984 |

| | | |
|---|---|---|
| 52.245-19 | GOVERNMENT PROPERTY FURNISHED "AS IS" | APR 1984 |
| 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) | SEP 1996 |
| 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) | APR 1984 |
| 52.252-6 | AUTHORIZED DEVIATIONS IN CLAUSES | APR 1984 |

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.
(b) The use in this solicitation or contract of any Defense Federal Acquisition Regulation Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

| DFAR PARA | CLAUSE TITLE | DATE |
|---|---|---|
| 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS | DEC 1991 |

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

SECTION J

LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

| | |
|---|---|
| ATTACHMENT "A" | Government Bill of Sale, T-34, BuNo 140908 |
| ATTACHMENT "B" | Government Bill of Sale, T-39D, BuNo 151336 |
| ATTACHMENT "C" | Government Bill of Sale, T-39D, BuNo 150543 |
| ATTACHMENT "D" | Government Bill of Sale, T-39D, BuNo 150547 |
| ATTACHMENT "E" | Government Bill of Sale, T-39D, BuNo 150969 |
| ATTACHMENT "F" | Government Bill of Sale, T-39D, BuNo 150548 |
| ATTACHMENT "G" | Government Bill of Sale, VT-39E, BuNo 157354 |
| ATTACHMENT "H" | Government Bill of Sale, T-39, ENGINES |
| ATTACHMENT "I" | Government Bills of Sale ratified pursuant to paragraph C.6 |

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

C4502P22 DOC NBR: M20409 9211 0004 DATE: 990730
COMMAND: B (SUPPLY OFFICER APPROVED) ACTION-CODE: A

DIC: A0B RIC: MQD M&S: U NSN: UI: MO QTY: 2
DEM: R SUP ADDR: MMQ999 SIG: J PROJ: PRI: 07 RDD: 225 ADV:
UP: 8594.46 FY: 1999 FIP: M00002 22 20 BH 2332 6A40 CO MMXX XXX X

COST CODE: 122292110004 SAC: MEC: SSC: MSDS: TOTAL PRI: 17,188.92
PART#: CONTRACT CAGE:
MANUFACTURER: BELL ATLANTIC
RECORD TYPE: W

SOS: NAME: BELL ATLANTIC TICKET NBR:
STREET ADDRESS: 2059 CHAIN BRIDGE ROAD
CITY-STATE: VIENNA VA ZIP: 22182
TELEPHONE: 202 494 2465 EXT: POC: RENEÈ

NOMEN: SERVICE CONTRACT 2 MO AIR TIME 39.99 MO X 114 X 2 AND ADDITI
ONAL AIRTIME 118 X 114 PHONES X 2 MO @ .30
_CED APPROVAL

PF 1 - TOP PF 3 - PAGE TWO PF 4 - SCROLL PF 6 - PRINT PF 12-MENU

ORIG - COPY -

LAN-DALE COMPANY M00264-99-C-0003

ATTACHMENT "A"

BILL OF SALE - AIRCRAFT

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCB, Quantico, Virginia, acting on behalf of the Seller, sole owner of (1) T-34B, BuNo 140908 Airplane, for and in consideration of (1) VC-118, BuNo 128427 Airplane and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 5995 Alpha Ave., Reno, Nevada 89506 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Parts unto the BUYER, The Lan-Dale Company, BUYERS(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at Marine Corps Base, Quantico, Virginia, the 7th day of FEB in the year of our Lord, two thousand, A.D. (2000).

UNITED STATES OF AMERICA
By: Gary E. Watson

GARY E. WATSON
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 7th day of February, 2000, personally appeared before me, Gary E. Watson, and acknowledged the within instrument to be his free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 7th day of February, 2000 A.D.

Nov. 31, 2001 Shirley T. Bates
NOTARY

MY COMMISSION EXPIRES

ATTACHMENT "B"

BILL OF SALE - AIRCRAFT

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCB, Quantico, Virginia, acting on behalf of the Seller, sole owner of (1) T-39D, BuNo 151336 Airplane, for and in consideration of (1) VC-118, BuNo 128427 Airplane and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 5995 Alpha Ave., Reno, Nevada 89506 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Parts unto the BUYER, The Lan-Dale Company, BUYERS(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at Marine Corps Base, Quantico, Virginia, the 7th day of FEB in the year of our Lord, two thousand, A.D. (2000).

UNITED STATES OF AMERICA
By: [signature]
GARY E. WATSON
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 7th day of February, 2000, personally appeared before me, Gary E. Watson, and acknowledged the within instrument to be his free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 7th day of February, 2000 A.D.

Nov. 30, 2001 [signature] NOTARY

MY COMMISSION EXPIRES

**ATTACHMENT "C"**

BILL OF SALE - AIRCRAFT

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCB, Quantico, Virginia, acting on behalf of the Seller, sole owner of (1) T-39D, BuNo 150543 Airplane, for and in consideration of (1) VC-118, BuNo 128427 Airplane and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 5995 Alpha Ave., Reno, Nevada 89506 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Parts unto the BUYER, The Lan-Dale Company, BUYERS(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at Marine Corps Base, Quantico, Virginia, the 7th day of FEB in the year of our Lord, two thousand, A.D. (2000).

UNITED STATES OF AMERICA
By: [signature]
GARY E. WATSON
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 7th day of February, 2000, personally appeared before me, Gary E. Watson, and acknowledged the within instrument to be his free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 7th day of February, 2000 A.D.

Nov. 30, 2001 [signature: Shirley J. Bates]
NOTARY

MY COMMISSION EXPIRES

**ATTACHMENT "D"**

BILL OF SALE - AIRCRAFT

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCB, Quantico, Virginia, acting on behalf of the Seller, sole owner of (1) T-39D, BuNo 150547 Airplane, for and in consideration of (1) VC-118, BuNo 128427 Airplane and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 5995 Alpha Ave., Reno, Nevada 89506 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Parts unto the BUYER, The Lan-Dale Company, BUYERS(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at Marine Corps Base, Quantico, Virginia, the 7th day of FEB in the year of our Lord, two thousand, A.D. (2000).

UNITED STATES OF AMERICA
By:

Gary J. Watson

GARY E. WATSON
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 7th day of February, 2000, personally appeared before me, Gary E. Watson, and acknowledged the within instrument to be his free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 7th day of February, 2000 A.D.

Nov. 30, 2001 Shirley J. Bates

NOTARY

MY COMMISSION EXPIRES

**ATTACHMENT "E"**

BILL OF SALE - AIRCRAFT

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCB, Quantico, Virginia, acting on behalf of the Seller, sole owner of (1) T-39D, BuNo 150969 Airplane, for and in consideration of (1) VC-118, BuNo 128427 Airplane and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 5995 Alpha Ave., Reno, Nevada 89506 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Parts unto the BUYER, The Lan-Dale Company, BUYERS(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at Marine Corps Base, Quantico, Virginia, the 7th day of FEB in the year of our Lord, two thousand, A.D. (2000).

UNITED STATES OF AMERICA
By: [signature]
GARY E. WATSON
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 7th day of February, 2000, personally appeared before me, Gary E. Watson, and acknowledged the within instrument to be his free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 7th day of February, 2000 A.D.

Nov. 30, 2001 — Shirley J. Bates
MY COMMISSION EXPIRES — NOTARY

**ATTACHMENT "F"**

BILL OF SALE - AIRCRAFT

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCB, Quantico, Virginia, acting on behalf of the Seller, sole owner of (1) T-39D, BuNo 150548 Airplane, for and in consideration of (1)VC-118, BuNo 128427 Airplane and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 5995 Alpha Ave., Reno, Nevada 89506 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Parts unto the BUYER, The Lan-Dale Company, BUYERS(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at Marine Corps Base, Quantico, Virginia, the 7th day of FEB in the year of our Lord, two thousand, A.D. (2000).

UNITED STATES OF AMERICA
By: [signature]

GARY E. WATSON
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 7th day of February, 2000, personally appeared before me, Gary E. Watson, and acknowledged the within instrument to be his free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 7th day of February, 2000 A.D.

Nov. 30, 2001 [signature: Shirley J. Bates]
NOTARY

MY COMMISSION EXPIRES

**ATTACHMENT "G"**

BILL OF SALE - AIRCRAFT

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCB, Quantico, Virginia, acting on behalf of the Seller, sole owner of (1) VT-39E, BuNo 157354 Airplane, for and in consideration of (1)VC-118, BuNo 128427 Airplane and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 5995 Alpha Ave., Reno, Nevada 89506 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Parts unto the BUYER, The Lan-Dale Company, BUYERS(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at Marine Corps Base, Quantico, Virginia, the 7th day of FEB in the year of our Lord, two thousand, A.D. (2000).

UNITED STATES OF AMERICA
By: Gary E. Watson

GARY E. WATSON
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 7th day of February, 2000, personally appeared before me, Gary E. Watson, and acknowledged the within instrument to be his free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 7th day of February, 2000 A.D.

Nov. 30, 2001 Sheila T. Bates
NOTARY

MY COMMISSION EXPIRES

**ATTACHMENT "H"**

BILL OF SALE - AIRCRAFT

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCB, Quantico, Virginia, acting on behalf of the Seller, sole owner of (5) T-39 Engines, S/N J60P-3A-637667, J60P-3A-637670, J60P-3A-637593, J60P-3A-637597, J60P-3A-637671, for and in consideration of (1) VC-118, BuNo 128427 Airplane and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 5995 Alpha Ave., Reno, Nevada 89506 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Parts unto the BUYER, The Lan-Dale Company, BUYERS(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at Marine Corps Base, Quantico, Virginia, the 7th day of Feb in the year of our Lord, two thousand, A.D. (2000).

UNITED STATES OF AMERICA
By:

GARY E. WATSON
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 7th day of February, 2000, personally appeared before me, Gary E. Watson, and acknowledged the within instrument to be his free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 7th day of February, 2000 A.D.

Nov. 30, 2001 NOTARY

MY COMMISSION EXPIRES

ATTACHMENT "I"

Copies of prior bills of sale pertaining to CLIN 0001AJ.

- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -

BILL OF SALE- AIRCRAFT, C-117D

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of Aircraft, C-117D, BuNo 50834; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Aircraft unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the 20th day of February in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

Wanda D. LaBelle

WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 20th day of February, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 20th day of February, 1992 A.D.

Notary Shirley P. Bates

May 24, 1993
MY COMMISSION EXPIRES

# BILL OF SALE- ENGINE, CONTINENTAL

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of (2) Engines, Continental, Model 0470-4, Serial #51063-5-M and #116216R; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Engines, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Engines unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the 20th. day of February in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

Wanda D. LaBelle
WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 20th day of February, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 20th day of February, 1992 A.D.

Notary Shirley J. Bates

May 24, 1993
MY COMMISSION EXPIRES

BILL OF SALE- AIRCRAFT, BT-13A

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of Aircraft, BT-13A, BuNo 41-10886; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Aircraft unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the 20th day of February in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

Wanda D. LaBelle
WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 20th day of February, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 20th day of February, 1992 A.D.

Notary: Shirley J. Bates

May 24, 1993
MY COMMISSION EXPIRES

BILL OF SALE- PROPELLERS, MCCAULEY

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of (2) Propellers, McCauley, Model 2AF34C55-0, Serial #851543 and #851540; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Propellers, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Propellers unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the 20th. day of February in the year of our Lord, one thousand nine hundred and ninety-two, A.D. 1992).

UNITED STATES OF AMERICA
By:

Wanda D. Labelle

WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 20th day of February, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 20th day of February, 1992 A.D.

Notary: Shirley J. Bates

May 24, 1993
MY COMMISSION EXPIRES

# BILL OF SALE- ENGINE, CONTINENTAL

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of (2) Engines, Continental, Model 0470-4, Serial #51063-5-M and #116216R; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Engines, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Engines unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the 20th. day of February in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

Wanda D. LaBelle
WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 20th day of February, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 20th day of February, 1992 A.D.

Notary Shirley J. Bates

May 24, 1993
MY COMMISSION EXPIRES

BILL OF SALE- AIRCRAFT, BT-13A

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of Aircraft, BT-13A, BuNo 41-10886; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Aircraft unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the 20th day of February in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

Wanda D. LaBelle
WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 20th day of February, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 20th day of February, 1992 A.D.

Notary Shirley J. Bates

May 24, 1993
MY COMMISSION EXPIRES

BILL OF SALE- PROPELLERS, MCCAULEY

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of (2) Propellers, McCauley, Model 2AF34C55-0, Serial #851543 and #851540; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Propellers, and by those present does hereby confirm transfer of all right; title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Propellers unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the 20th day of February in the year of our Lord, one thousand nine hundred and ninety-two, A.D. 1992).

UNITED STATES OF AMERICA
By:

Wanda D. LaBelle

WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 20th day of February, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 20th day of February, 1992 A.D.

Notary Shirley J. Bates

May 24, 1993

MY COMMISSION EXPIRES

BILL OF SALE- AIRCRAFT, Cessna 02A

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of Aircraft, Cessna 02A, BuNo 721300; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Aircraft, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Aircraft unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the 20th day of February in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

Wanda D. LaBelle
WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 20th day of February, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 20th day of February, 1992 A.D.

Notary [signature]

May 24, 1993
MY COMMISSION EXPIRES

# BILL OF SALE- JEEP, CJ-5

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of Jeep, CJ-5, 1975, Model 8300, Serial #063605; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant in Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Jeep, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Jeep unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the 20th. day of February in the year of our Lord, one thousand nine hundred and ninety-two, A.D. 1992).

UNITED STATES OF AMERICA
By:

Wanda D. LaBelle
WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 20th day of February, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 20th day of February, 1992 A.D.

Notary [signature]

May 24, 1993
MY COMMISSION EXPIRES

# BILL OF SALE- JEEP, CJ-5

KNOW YE, that the United States of America (hereinafter referred to as the "SELLER"), represented by the Sale Contracting Officer, MCCDC, Quantico, Virginia, acting on behalf of the United States, sole owner of Jeep, CJ-5, 1975, Model 8300, Serial #063606; for and in consideration of (1) Aircraft, C-118-B, BuNo 128427, configured for a former Commandant-in-Marine Corps colors and markings, in Museum display condition, and other good and valuable consideration to it in hand paid by The Lan-Dale Company, (Mr. A.J. D'Alessandris), 1460 Terminal Way, Reno, Nevada 89502 (hereinafter referred to as the "BUYER") receipt of which is hereby acknowledged has bargained and sold Jeep, and by those present does hereby confirm transfer of all right, title, and interest to said "BUYER".

TO HAVE AND TO HOLD, the Jeep unto the BUYER, The Lan-Dale Company, BUYER(s) heirs, administrators, executors, successors and assigns forever.

IN TESTIMONY WHEREOF, the said SELLER has caused this instrument to be executed at the Marine Corps Combat Development Command, Quantico, Virginia, the 20th day of February in the year of our Lord, one thousand nine hundred and ninety-two, A.D. (1992).

UNITED STATES OF AMERICA
By:

Wanda D. LaBelle

WANDA D. LABELLE
Contracting Officer
United States Marine Corps

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

BE IT KNOWN, that on this 20th day of February, 1992, personally appeared before me, Wanda D. Labelle, and acknowledged the within instrument to be her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 20th day of February, 1992 A.D.

Notary Shirley T. Bates

May 24, 1993
MY COMMISSION EXPIRES