HEADQUARTERS UNITED STATES MA[illegible]E CORPS
MUSEUMS BRANCH
MARINE CORPS HISTORY AND MUSEUMS DIVISION
2014 ANDERSON AVENUE
QUANTICO, VIRGINIA 22134-5002

In Reply Refer To

13000
HDM-2
8 Feb 00

From: Head Museums Branch
To: Naval Aviation Supply Office, ATTN: Anthony Mazzone, Code 03432.06, 700 Robbins Avenue, Philadelphia, PA 19111

Ref: (a)MCCDC Exchange Contract M00264-99-C-0003

Subj: AUTHORIZATION FOR REMOVAL OF AIRCRAFT AND ENGINES

1. Per Ref (a) this activity requests your assistance to obtain a removal schedule with AMARC for the following aircraft and engines:

T-39D Aircraft
BuNos: 151336, 150543, 150547, 150969, 150548

J60P-3A Engines
S/Ns: 637667, 637670,637593, 637597, 637671

Owner: Lan-Dale Company
Mr. Tony D'Alesandris
1460 Terminal Way
Reno, NV 89502
Phone No.: (520)889-3036

will pay for removal of all material.

2. Request removal of the above aircraft and engines at the earliest possible date and notify this activity upon completion of removal.

3. POC for this activity is Mr Michael Stam DSN 278-2606/7/8 Comm. (703)784-2606/7/8

R. J. SULLIVAN
LtCol, USMC

Copy To:
NAVICP Det AMARC
MCCDC Counsel

10 Feb 2000

To: Tony D'Alesandris (Lan-Dale Company)
From: AK1 Kevin Potts (Logistics NAVICP DET FSO Tucson AZ)

Subj: **Cost estimate to remove 5 T-39's and 5 engines from AMARC to Lan-Dale gate**

1. Mr. D'Alesandris this is to inform you of the cost involved to remove the Aircraft and Engines stated in USMC letter dated 8 Feb 2000.

2. To remove A/C BUNO's 151336,150543,150547,150969 and 150548 and Engine S/N's: 637667,637670,637593,637597 and 6377671 the cost estimate from AMARC is $35,029.00.

3. Any questions on this estimate can be addressed to AK1 Potts at (520) 228-8466.

AK1 Kevin L. Potts
AK1(AW) USN

23 Feb 2000

To: Tony
From: Kevin Potts

Subj: Cost breakdown for the movement of T-39 A/C and Engines

1. As per our phonecon here is the breakdown of functions that will need to be preformed in conjunction with your aircraft move.
2. If there are any questions please feel free to contact me at 228-8466 or my Cell phone at (520) 237-0875. I will be out of the office between 24 Feb and 9 March. I will return on the 10th. My Cell # will be on most of the time I am away from the office.

AK1 Kevin Potts

Job Plan PLAN7TTG — Description: T-39 ACFT NAVY TOW TO GATE

| OPN | Work Center | Description | Std Hours |
|---|---|---|---|
| 10 | 4D2742 | NOTIFY RECORDS | .5 |
| 20 | 4D2742 | REMOVE ALL TECH DATA FROM ACFT | 1.0 |
| 30 | 4D2755 | CW EGRESS FINALS | 2.0 |
| 40 | 4D2742 | CW WITH RAD INSPECTION | 1.0 |
| 50 | 4D2742 | CW WITH RAD SWIPES/ANNOTATE/ NO REMOVALS | 4.0 |
| 60 | 4D2752 | CW RAD FINALS | 2.0 |
| 70 | 4D2752 | CW FINAL DEMIL INSPECTION | 2.0 |
| 80 | 4D2724 | CW CLASSIFIED FINAL /REMOVAL | 2.0 |
| 90 | 4D2742 | DRAIN ALL HAZARDOUS FLUIDS & ACCUMULATORS | 4.0 |
| 100 | 4D2742 | CW ASBESTOS INSP/ANNOTATE/NO REMOVALS | 3.0 |
| 110 | 4D4141 | ISSUE C 03 ITEMS | 3.0 |
| 120 | 4D2742 | ENSURE C 03 ITEMS ARE STOWED IN ACFT | 2.0 |
| 130 | 4D2742 | PICKUP RECORDS | 1.0 |
| 140 | 4D2724 | CW WITH TOWABILITY INSPECTION | 2.0 |
| 150 | 4D2715T | SERVICE TIRES AND STRUTS | 1.5 |
| 160 | 4D2757 | INSTALL WHEELS ON RIMS IF REQUIRED | 4.0 |
| 170 | 4D2715 | TOW ACFT TO DESIGNATED | 12.0 |
| 180 | 4D2742 | CLEAN & SECURE AREA | 3.0 |

Total Hours: 50.0

Job Plan Description
OLJ60ENG T-39 ENGINE (J60-P-3) REMOVE & TRANSPORT TO GATE

| OPN | Work Center | Description | Std Hours |
|---|---|---|---|
| 10 | 4D2743 | NOTIFY RECORDS OF ENG. OVERLAND | .5 |
| 20 | 4D2743 | TRANSIT & SEARCH FOR PALLET & OLD MATTRESS | 4.0 |
| 30 | 4D2743 | DRAIN HAZARDOUS FLUIDS ( REF 1T39-2-2) | 1.5 |
| 40 | 4D2743 | CW RAD INSPECTION | 1.0 |
| 50 | 4D2743 | CW RAD SWIPE/ANNOTATE/NO REMOVALS | 1.0 |
| 60 | 4D2752 | CW RAD FINAL/NO REMOVALS | 2.0 |
| 70 | 4D2743 | REMOVE ENG. IAW 1T-39-2-3 ( SLING/AGE/KQ641) | 12.0 |
| 80 | 4D2715M | ASSIST ENG. REMOVAL | 3.0 |
| 90 | 4D2743 | PLACE ENG ON PALLET & OLD MATRESS OR SUIT SUB. | 1.0 |
| 100 | 4D2743 | RE-INSTALL COWLING ON ACFT (REF 1T-39-2-3) | 2.0 |
| 110 | 4D2743 | NOTIFY ENGINE MGR | .5 |
| 120 | 4D2743 | PICK UP ENG. RECORDS | 1.0 |
| 130 | 4D2744 | TAG ENGINE | 1.0 |
| 140 | 4D2725R | RESEAL ACFT ENGINE COMPARTMENT | 5.0 |
| 150 | 4D4143 | CUT SHIPPER | 1.0 |
| 160 | 4D2715M | TRANSPORT ENG. ON PALLET TO GATE | 4.0 |

Total Hours: 40.5

TOTAL P.02