JET-TECH ENG.

To Whom It May Concern:

T 39 Engine Removal

1. Un cowl engine disconnect fire warning on top and bottom of cowling.
2 Install engine sling on top lifting eye.
3. Remove wires from starter generator.
4. Disconnect throttle lever and remove screw from arm on cross shaft.
5. Remove fuel hose from elbow.
6. Remove ETP hose from pylon.
7. Remove EGT harness form pylon.
8. Remove bleed air line on top of engine.
9. Remove bolt from front mount.
10. Apply tension on lifting sling.
11. Disconnect the two main cannon plugs on top of engine.
12. Remove both hydraulic lines from pylon.
13. Loosen main mount nuts in board and out board; pull out T bolts and open clamps.
14. Lower engine to the ground.

Note: Three men can easily remove an engine in one hour, if done IAW T.O.IT-39A-2-3 paragraph 3-80.

Monty Jackson
General Manager

5513 THOMAS • LAREDO, TEXAS 78041 • TEL. (956) 725-0582 • FAX (956) 726-6251

From Blarty

J-60 ENGINE REMOVAL

**NOTE: COMPLETE STEPS 1 THROUGH 9 FOR ALL ENGINES FIRST. THEN PROCEED WITH STEPS 10 THROUGH 14**

1. Un cowl engine, disconnect fire warning on top and bottom of cowling.

2. Remove wires from starter generator.
The generators are on the left side of the engines.

3. Disconnect throttle lever and remove screws from arm on cross shaft .
Both are on the pylon. Disconnect from the cross shaft. There is a clevis rod that comes down, it has an arm on it, and you just disconnect it from the bearing. There's a 10/32 screw with a castle nut on it.

4. Remove fuel hose from elbow.
On the bottom of the engine, disconnect it at the elbow. A stainless steel line, it comes off the fuel controller and goes up to the back by the fire shield. On the left engine, it travels from the pylon, over the top, and then down to connect with the elbow. It's a long hose with a #10 or 12 fitting, that stays with the pylon. When the engine is lowered, feed the hose out of the way. The right engine has a short, stubby hose that's connected to the elbow. Disconnect it at the elbow and drop the engine.

5. Remove ETP hose from the pylon.
Disconnect it from the bottom of the exhaust case. There's a little T-fitting, like a little steel flex hose, you disconnect it from the exhaust case.

6. Remove EGT harness from pylon.
It should be removed at the pylon. Located in the back, where the exhaust case is, are two cannon plugs; one has a cap on the end of it that is for the jet calibrator machine. The other one has a harness that comes down underneath the engine and plugs into the pylon. Leave it attached to the engine.

7. Remove bleed air on top of engine.
Just loosen the clamps and just snap them back; pull that line back. It is a ½ inch socket. Located on top of the engine, near the middle, it is a condensed-looking hose. It comes off right behind the fire shield. It has a stainless steel elbow, all solid. It goes down to another one that goes beside the pylon and goes into the back fuselage, underneath the pylon.

8. Disconnect two main cannon plugs on top of the engine.

9. Remove both hydraulic lines from the pylon.

10. Install engine sling on top lifting eye.

11. Apply tension on lifting ring.

12. Loosen main mounts both inboard and outboard and pull the T-bolts and open the clamps.
Pull the T-bolts and open the clamps or the bolts will get bent.

13. Remove bolt from front mount.
Loosen the top mount, take out the cotter key, pull the nut off it, support the front, slip the bolt out of it, **but make sure you save the little serrated spacer** (an eccentric cam) that locks it in.

14. Lower engine and secure to engine stand, and place on Lan-Dale flatbed trailer.