1416

THE LAN-DALE CO.
5995 ALPHA AVE.
RENO, NV 89506

94-72/1224

DATE 30 May 2000

PAY TO THE ORDER OF ACCOUNTING and FINANCE OFFICER $ 28,255.63

THE SUM 28255 DOLS 63 CTS DOLLARS

Bank of America
P.O. Box 20000 #121
Reno, Nevada 89520-0025 (800) 388-2265

FOR

⑈0000 1416⑈ ⑆122400724⑆ 9610 22506⑈