LAN-DALE CO. V. UNITED STATES OF AMERICA

THE LIST OF EXHIBITS ATTACHED TO THIS PETITION OF 19 AUGUST 2003
ALSO APPLY TO THE DECLARATION OF 19 AUGUST 2003

LIST OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | LtCol Beebe's statement of valuation (Enc 16, IG's Investigative Report) |
| B | Photos of VC-118B |
| C | Lan-Dale's two-page proposal, 21 June 1991 |
| D | MCAGM's formal acceptance of the two-page proposal, 28 June 1991 |
| E | MCAGM's request for approval to higher authority, 03 July 1991 |
| F | Pages 6 & 7, Ferrari's Investigative Report, 22 September 1995 |
| G | Dragotta's fraudulent request for approval to higher authority, 15 November 1991 |
| H | Award/Contract, 10 February 1992 |
| I | Photographs of C-117D flight delivery to MCAS Cherry Point, 27 February 1992 |
| J | Lan-Dale letter to Dragotta, 26 May 1992 |
| K | SecNavInst 5370.2H, DOD LAW |
| L | Nihart's letter to Simmons, 08 September 1994 |
| M | Hotline Complaint, 20 September 1994 |
| N | W.W. Scheffler's letters to Ferrari, 10 July & 03 August 1995; Ferrari's letter to Scheffler, undated |
| O | LtCol Ferrari's letter to Lan-Dale, 08 August 1995 |
| P | Hamilton's letters of 19 January, 07 February, & 03 March 1995 to Penny Clark |
| Q | Ferrari's final report Opinions and Recommendations, 07 November 1995 |
| R | Photographs of the T-39s, 11 May 1998 |
| S | Hamilton's letter to Dietrich, 30 June 1998; copy to ASBCA |
| T | Mazzone's letter, 30 June 1999; Dietrich advised one year prior re. costs |
| U | Dietrich's letter to Hamilton, 24 November 1999 |
| V | C & J Sales appraisal $20,000, 20 June 2000 |

| | |
|---|---|
| W | Settlement Award/Contract, 18 January 2000 |
| X | AMARC's Actual Cost Estimate of 10 February 2000 ($35,029.00); and Cost Breakdown of 23 February 2000 |
| Y | Monty Jackson's engine removal procedure, 25 May 2000 |
| Z | Lan-Dale check for $28,255.63, 30 May 2000 |
| AA | AMARC's Actual Cost Estimate of 02 June 2000 [engines] and 05 June 2000 [aircraft] ($62,301.00); first mention of DEMIL |
| BB | Starn's "No Demil" letter, 06 June 2000 |
| CC | Dietrich's letter to Hamilton, 08 August 2000; End User Certificates |
| DD | Dietrich's letter to Hamilton, 11 September 2000 |
| EE | Brew's letter to Watson, 03 October 2000; offered Watson $21,199 |
| FF | Brew's letter to Watson, 24 October 2000 |
| GG | Watson's letter to Brew, 26 October 2000 |
| HH | Hamilton's letter to Dietrich, 23 October 2000 |
| II | Revised Claim, 06 May 2002 |
| JJ | Watson's letter to Sakrison, 23 May 2002; Received 03 June 2002 |
| KK | Watson's letter to Sakrison, 17 July 2002 |
| LL | Watson's letter to Sakrison, 16 August 02; final decision NLT 23 August 2002 |
| MM | Watson's Denial of the Claim, received 16 September 2002 |
| NN | Federal Acquisition Regulations (FARs) |
| OO | T-39 Operational Cost |