ORIGINAL

FORM 2

COVER SHEET

RECEIVED
CASE # 03-1956
AUG 2 1 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s) LAN-DALE CO.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): JAMES M. SAKRISON

Firm Name: SLUTES, SAKRISON & HILL, P.C.

Post Office Box: 03-1956C

Street Address: 33 NORTH STONE AVE., SUITE 1000

City-State-Zip: TUCSON, AZ 85701-1489

Telephone & Facsimile Numbers: PHONE: 520-624-6691; FAX: 791-9632

Is the attorney of record admitted to the Court of Federal Claims Bar? NO (Submission in process)

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 1 8 FAILURE TO PERFORM IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SETTLEMENT CONTRACT, RETURN OF SEIZED PROPERTY, DAMAGES, AND ATTORNEY'S FEES

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D

See attached sheet for three digit codes.

Amount Claimed: $ 8,000,000

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ____________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.