IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LAN-DALE CO., Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-1956C (Judge Miller) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Nancy M. Kim as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Nancy M. Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street NW
Washington D.C. 20530

Dated: August 28, 2003

s/ Nancy M. Kim
NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7300
Fax: (202) 307-0972