# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **LAN-DALE CO.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 03-1956C |
| **THE UNITED STATES,** | * | (Filed Oct. 8, 2003) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's Motion To Opt Out of Electronic Filing System filed by leave on September 29, 2003, is granted as unopposed, defendant having stated that it did not oppose plaintiff's motion in the response filed on October 7, 2003. Accordingly,

**IT IS ORDERED**, as follows:

Pursuant to § II, ¶ 10 of General Order No. 42, the Clerk of the Court shall except this case from the CM/ECF case filing system. All further filings shall be made by hard copy.

______________________________

**Christine Odell Cook Miller**
Judge