# In the United States Court of Federal Claims

No. 03-1956C

(Filed: January 29, 2008)

| | |
|---|---|
| **LAN-DALE COMPANY,** Plaintiff, | |
| v. | |
| **THE UNITED STATES,** Defendant. | |

## ORDER

On February 13, 2004, Senior Judge Reginald Gibson issued an opinion granting Defendant's motion to dismiss, based upon 28 U.S.C. § 1500. Because Plaintiff had filed suits having essentially identical claims in both this Court and the United States District Court for the District of Arizona on the same day, § 1500 was found to deny subject matter jurisdiction in this Court.

Subsequently, on April 6, 2004, Judge Gibson issued a second opinion, addressing a motion for reconsideration by Plaintiff, in which the February 13, 2004 opinion was modified to order transfer of Plaintiff's Count I to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. § 1631.

The case remained pending in the District of Arizona from June 2004 to December 2006, when Judge David Bury determined that the District of Arizona also did not have jurisdiction over Plaintiff's claim. Consequently, Judge Bury ordered that the case be re-transferred back to this Court. After an unsuccessful motion by Plaintiff for reconsideration of Judge Bury's order, the case was returned to this Court on November 16, 2007.

In short, both this Court and the District of Arizona have previously found a lack of jurisdiction regarding Plaintiff's claim. To resolve this issue, and to determine how to proceed, the Court hereby ORDERS the parties to submit a joint status report on or before **February 29, 2008**, indicating to the Court the following:

(1) Whether Defendant will seek to renew its motion to dismiss Plaintiff's claim under 28 U.S.C. § 1500.

(2) If Defendant will renew its motion, a proposed schedule for briefing.

(3) If Defendant will not renew its motion, a proposal for how the parties wish to proceed in this case, including statements as to whether any additional discovery is necessary and whether any other dispositive motions will be filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge