IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAN-DALE CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1956C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of January 29, 2008, the parties respectfully submit this joint status report.

Plaintiff Lan-Dale Co. is in the process of transferring representation of its case to new counsel. Accordingly, undersigned counsel of record for both parties propose to file another joint status report within thirty days, or on March 30, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades
REGINALD T. BLADES
Assistant Director

s/ James M. Sakrison
JAMES M. SAKRISON
Slutes, Sakrison & Rogers, P.C.
4801 East Broadway, Suite 301
Tucson, AZ 85711
tel: (520) 624-6691

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorney for Plaintiff

Attorneys for Defendant

February 29, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 29th day of February, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley