IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAN-DALE CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1956C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of March 24, 2008, the parties respectfully submit this joint status report.

Plaintiff Lan-Dale Co. is still in the process of transferring representation of its case to new counsel. Accordingly, undersigned counsel of record for both parties propose to file another joint status report within thirty days, or on April 30, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Noah J. Van Amburg
NOAH J. VAN AMBURG
Van Amburg Law Firm, P.L.L.C.
2033 East Speedway Boulevard, Suite 102
Tucson, AZ 85719
tel: (520) 323-4559
fax: (520) 323-4595

Attorney for Plaintiff

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division

Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorneys for Defendant

March 31, 2008

## CERTIFICATE OF FILING

I hereby certify that on the 31 st day of March, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley