Noah J. Van Amburg
VAN AMBURG LAW FIRM, P.L.L.C.
2033 E. Speedway Blvd., Suite 102
Tucson, Arizona 85719
Phone: (520) 323-4559
Fax: (520) 323-4595
E-Mail: njv@azbar.org
Attorney for Plaintiff

UNITED STATES COURT OF

FEDERAL CLAIMS

| | |
|---|---|
| LAN-DALE CO., PLAINTIFF, v. UNITED STATES OF AMERICA DEFENDANT. | **CASE NO. 03-1956C** **PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL AND AFFIDAVIT OF APPOINTMENT** |

Plaintiff Lan-Dale Co. ("Plaintiff") hereby moves this Court for leave pursuant to RCFC 83.1(c)(4) to substitute counsel from James M. Sakrison to Noah J. Van Amburg of the Van Amburg Law Firm, P.L.L.C., 2033 E. Speedway, Suite 102, Tucson, Arizona 85719, and respectfully asks that Noah J. Van Amburg be reflected in the Court's records as the attorney of record for Plaintiff pursuant to RCFC 83.1(c)(1) from this date forward. This motion contains the consent of the previous attorney endorsed on the motion and is accompanied by an Affidavit of Appointment attached hereto.

RESPECTFULLY SUBMITTED this 1st day of May, 2008.

**VAN AMBURG LAW FIRM, P.L.L.C.**

By /s/ Noah J. Van Amburg
NOAH J. VAN AMBURG
Attorney for the Plaintiff

I consent to the change of counsel requested in the Motion for Leave to Change Counsel.

Dated: 5/1/08 By /s/ James M. Sakrison
JAMES M. SAKRISON

## CERTIFICATE OF FILING

I hereby certify that on May 1, 2008, I electronically filed a copy of the foregoing "MOTION FOR LEAVE TO CHANGE COUNSEL" using the CM-ECF System. I understand that notice of this filing will be sent to all parties be operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Noah J. Van Amburg

AFFIDAVIT OF APPOINTMENT

I, A. J. D'Alessandris, president and authorized agent of Lan-Dale Co. affirm that Noah J. Van Amburg has been retained to represent Lan-Dale Co. in this matter; that Lan-Dale consents to the request for change of counsel made in the Motion for Leave to Change Counsel; and that Lan-Dale Co. asks that Noah J. Van Amburg be made the counsel of record for Lan-Dale Co.

Dated: 5/1/08 By /s/ A. J. D'Alessandris
A. J. D'Alessandris