IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAN-DALE CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1956C |
| | ) | (Chief Judge Damich) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of June 30, 2008, the parties respectfully submit this joint status report.

Counsel for the parties have discussed possible ways of resolving this lawsuit, but have been unable to reach agreement. Upon further consideration, counsel for defendant believes that this case can be resolved by dispositive motion. Accordingly, counsel for defendant proposes to file our dispositive motion within thirty days of the Court's order or notification to proceed.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Noah J. Van Amburg
NOAH J. VAN AMBURG
Van Amburg Law Firm, P.L.L.C.
2033 East Speedway Boulevard, Suite 102
Tucson, AZ 85719
tel: (520) 323-4559
fax: (520) 323-4595

Attorney for Plaintiff

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorneys for Defendant

July 14, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 14th day of July, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley