# In the United States Court of Federal Claims

No. 03-1956C

(Filed: August 15, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**LAN-DALE CO.**, *
*
Plaintiffs, *
*
v. *
*
**UNITED STATES,** *
*
Defendant *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with his concurrence, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge Thomas C. Wheeler.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge