# In the United States Court of Federal Claims

No. 03-1956C

(Filed: August 20, 2008)

```
*************************************** *
                                        *
LAN-DALE CO.,                           *
                                        *
                   Plaintiff,           *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                   Defendant.           *
                                        *
*************************************** *
```

**SCHEDULING ORDER**

As discussed with counsel for the parties, the Court will conduct a telephonic status conference in the above-captioned case on August 28, 2008 at 2:00 PM EDT.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge