# In the United States Court of Federal Claims

No. 03-1956C

(Filed: August 28, 2008)

```
*************************************** *
                                        *
LAN-DALE CO.,                           *
                                        *
                     Plaintiff,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                     Defendant.         *
                                        *
*************************************** *
```

**ORDER**

On August 28, 2008 the Court held a telephonic status conference with counsel for the parties to discuss the status of the case. Pursuant to the Court's discussion with counsel, the parties shall observe the following briefing schedule regarding Defendant's dispositive motion:

1. Defendant's motion to dismiss shall be filed on or before September 29, 2008.

2. Plaintiff's response shall be filed within 28 days after the filing of Defendant's motion, in accordance with Rule 7.2 of the Court.

3. Defendant's reply shall be filed within 14 days thereafter, in accordance with Rule 7.2. of the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge